Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail:  cbrumfiel@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail:  jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel:  510.273.8780   Fax:  510.839.9104

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA LINA YURIAR and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 4:23-cv-06438-KAW<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER E. BRUMFIEL**<br><br>Judge:   Hon. Kandis A. Westmore<br><br>Trial Date:            None |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Christopher E. Brumfiel of Burke, Williams & Sorensen, LLP, and as a member admitted to the bar of this Court, hereby appears as counsel of record for Defendant COUNTY OF ALAMEDA.  The undersigned hereby requests to be added to the docket's list of counsel as an attorney to be noticed. Copies of all pleadings, papers, and notices should be served/noticed as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4882-2870-3657 v1

1

Case No. 4:23-cv-06438-KAW
NOTICE OF APPEARANCE OF CHRISTOPHER E. BRUMFIEL

1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Christopher E. Brumfiel (SBN 214866)
   E-mail:  cbrumfiel@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail:  jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel:  510.273.8780   Fax:  510.839.9104

| | |
|---|---|
| Dated:  February 28, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By:  */s/ Christopher E. Brumfiel* |
| | Gregory B. Thomas |
| | Christopher E. Brumfiel |
| | Jasper L. Hall |
| | Attorneys for Defendant |
| | COUNTY OF ALAMEDA |

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4882-2870-3657 v1

2

Case No. 4:23-cv-06438-KAW
NOTICE OF APPEARANCE OF CHRISTOPHER E. BRUMFIEL