UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
INITIAL CASE MANAGEMENT MINUTES

| **Date:** 3/19/2024 | **Time:** 1:33pm – 2:05pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-06438-KAW | **Case Name:** Yuriar et al. v. County of Alameda et al. | |

**For Plaintiffs:** Eric Valenzuela
**For Defendant County of Alameda:** Christopher Brumfield
**For Defendant State of California:** Kymberly Speer

**Deputy Clerk:** William F. Tabunut          **Liberty Recorder:** 1:33pm – 2:05pm

### PROCEEDINGS

Initial case management conference held via Zoom. Parties to meet and confer as to the possibility of filing a stipulation for staying of the case.

**ADR REFERRAL**:

(x)  Case referred to (random) Magistrate Judge for Settlement Conference to be completed by **3/21/2025**, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| Last day to amend pleadings: | **6/11/2024** |
| Fact Discovery cutoff**:** | **7/14/2025** |
| Expert disclosure: | **7/22/2025** |
| Expert rebuttal: | **7/28/2025** |
| Expert discovery cutoff**:** | **8/11/2025** |
| Dispositive Motions heard by**:** | **9/18/2025** |
| Meet and Confer: | **10/17/2025** |
| Joint Pretrial Conference Statement and Motions in Limine: | **10/28/2025** |
| Oppositions to Motions in Limine and Objections to Evidence: | **11/7/2025** |
| Pretrial Conference: | **11/19/2025 at 2:00 p.m.** |
| Jury Trial: | **12/8/2025 at 9:00 a.m., for 5-7 days** |

Parties to file joint status report with the Court by **6/17/2024.**

Order to be prepared by the Court.