LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO.** 3:23-cv-06438 KAW<br><br>**JOINT STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

Since Plaintiffs filed their initial Complaint in this action, Plaintiffs have discovered the names of additional parties and have informed Defendants that they intend to seek leave of Court to file a First Amended Complaint replacing Doe Defendants 1-2 with the names of Basir Qurishi and Alexis Perez-Rojas.

Defendants stipulate that leave to amend the Complaint to include as a named defendants Basir Qurishi and Alexis Perez-Rojas, be granted.

      Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiff to file a First Amended Complaint.

DATED: April 12, 2024      LAW OFFICES OF DALE K. GALIPO

By: /s/ Eric Valenzuela
Eric Valenzuela
Attorneys for Plaintiffs

DATED: April 12, 2024      BURKE, WILLIAMS & SORENSEN, LLP

By /s/ Christopher E. Brumfiel
Gregory B. Thomas
Christopher E. Brumfiel
Jasper L. Hall
Attorneys for Defendant
COUNTY OF ALAMEDA

DATED: April 12, 2024      ROB BONTA
Attorney General of California
ROHIT S. KODICAL
Supervising Deputy Attorney General

By /s/ Kymberly E. Speer
KYMBERLY E. SPEER
Deputy Attorney General
Attorneys for Defendant
California Highway Patrol