1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN, GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO**. 3:23-cv-06438 KAW<br><br>**[Proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 3:23-cv-06438 KAW is **GRANTED** and the Plaintiffs are granted leave to file a First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable Kandis A. Westmore
United States Magistrate Judge