1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN, GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO**. 4:23-cv-06438 KAW<br><br>**ORDER AS MODIFIED GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1 **ORDER**

2 **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the
3 parties' Joint Stipulation in Case No. 3:23-cv-06438 KAW is **GRANTED**, the
4 first amended complaint shall be filed within 7 days of this order.

6     IT IS SO ORDERED.
7 DATED: April 16, 2024

_Kandis Westmore_
Honorable Kandis A. Westmore
United States Magistrate Judge