LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants | Case No.:  3:23-cv-06438 KAW<br><br>**WRITTEN REQUEST FOR TELEPHONIC CONFERENCE** |

Plaintiffs hereby request that the Court set a telephonic conference because Plaintiffs' counsel is unable to obtain the Defendant County of Alameda's portion of the joint letter after having their meet and confer session regarding the County's Responses to Plaintiffs' Request for Production.  Accordingly, Plaintiffs bring this written request for a telephonic conference per the Court's Standing Order (¶17), for the purpose of enforcing the Court's Joint Letter requirements regarding discovery disputes.  Attached hereto as Exhibit "A" is Plaintiffs' counsel's declaration regarding the meet and confer which occurred over Zoom on Wednesday, May 1, 2024, the attempts to obtain the County's portion of the joint letter, the reasons for the inability to comply with the Court's Standing Order, and the inability to obtain three dates and times at which the parties are available for a telephonic conference.

Dated:  May 8, 2024                              LAW OFFICES OF DALE K. GALIPO


                                        By:      /s/ Eric Valenzuela
                                                 Eric Valenzuela
                                                 Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

WRITTEN REQUEST FOR TELEPHONIC CONFERENCE