# EXHIBIT A

1 LAW OFFICES OF DALE K. GALIPO
2 Dale K. Galipo (Pro Hac Vice Ca. Bar No. 144074)
  Eric Valenzuela (Pro Hac Vice Bar No. 284500)
3 21800 Burbank Boulevard, Suite 310
  Woodland Hills, California 91367
4 Tel: (818) 347-3333 | Fax: (818) 347-4118
5 Email: dalekgalipo@yahoo.com, evalenzuela@galipolaw.com

7 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARIA LINA YURIAR, et al., | Case No. 4:23-cv-06438 KAW |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' REQUEST FOR A TELEPHONIC CONFERENCE** |
| COUNTY OF ALAMEDA, et al., | |
| Defendants | |

### DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Northern District of California. I am one of the attorneys of record for Plaintiffs in the instant action. I make this declaration in support of Plaintiffs' Request for a Telephonic Conference. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

-1-   Case No. No. 3:23-cv-06438 KAW

DECLARATION OF ERIC VALENZUELA

2. I met and conferred with defense counsel for the County of Alameda, via Zoom, on May 1, 2024, regarding the County's Responses to Plaintiffs' Request for Production of Documents.

3. Counsel for the County advised that they would not be producing any responsive documents with regards to Defendant Deputy Alexis Perez-Rojas while the California Department of Justice was conducting its investigation into this fatal officer involved shooting.

4. The issue regarding the CA., DOJ investigation was brought up with the Court during the Case Management Conference on March 19, 2024.

5. During the meet and confer the parties discussed and agreed to submit the joint letter regarding the discovery dispute on May 8, 2024 (5 Court days after the meet and confer), per the Court's Standing Order.

6. Yesterday, on May 7, 2024, after I sent defense counsel for the County the introduction to the joint letter, defense counsel for the first time notified me that they would not be providing County's portion of the joint letter. Instead, the County was going to file a motion to stay discovery pending the DOJ's investigation.

7. I reminded defense counsel that the Court's Standing Order clearly states that "[d]iscovery disputes between the parties must be addressed in a joint letter". (See ¶17). However, despite the Court's clear requirements in its Standing Order, the County maintained that they would not be providing their portion of the joint letter and instead was going to proceed with the filing their motion to stay discovery.

8. I notified counsel for the County this morning that I was going to be filing a request for a telephonic, and per the Court's Standing Order and that I was supposed to provide three (3) dates and times of availability for the parties to have the telephonic conference.

-2-   Case No. No. 3:23-cv-06438 KAW

DECLARATION OF ERIC VALENZUELA

9. Counsel for the County did not respond with any dates or times of availability as of the time of filing this Request and Declaration.

DATED: May 8, 2024      THE LAW OFFICES OF DALE K. GALIPO

By:      /s/ Eric Valenzuela
Eric Valenzuela
Attorneys for Plaintiffs