UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. 4:23-cv-06438-KAW<br><br>**AMENDED ORDER SETTING DISCOVERY TELEPHONIC CONFERENCE**[1]<br><br>Re: Dkt. No. 35 |

On May 8, 2024, Plaintiffs filed a request for a telephonic conference to enforce the Court's meet and confer requirement pursuant to Paragraph 17 of the Court's standing order. (Dkt. No. 35.)

Plaintiffs' request is GRANTED, and the Court sets a telephonic conference on Friday, May 17, 2024 at 11:00 **AM**, which shall be held on the Court's conference call line.[2] If the parties file a joint discovery letter by May 15, 2024, the telephonic conference will be vacated.

Finally, the parties are directed to review Section 9 of the Northern District Guidelines for Professional Conduct, available at https://cand.uscourts.gov/forms/guidelines-for-professional-conduct/, which addresses discovery.

IT IS SO ORDERED.

Dated: May 16, 2024

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] Amendment is bolded and corrects the time of the telephonic conference.
[2] Call-in information will be provided separately.