**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**DISCOVERY TELEPHONIC CONFEFRENCE MINUTES**

| **Date:** 5/17/2024 | **Time:** 11:00am - 11:36am | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 23-cv-06438-KAW | **Case Name:** Yuriar et al. v. County of Alameda et al. | |

**For Plaintiffs:**
Eric Valenzuela

**For Defendant County of Alameda:**
Jasper Hall

**For State of California:**
Kymberly Speer

**Deputy Clerk:** William F. Tabunut          **Not Reported:**

**PROCEEDINGS**

Discovery telephonic conference re: Docket 35 held. County of Alameda to file motion to stay discovery by 5/22/2024 10 pages or less, and Plaintiff's opposition due 5/29/2024.