1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Christopher E. Brumfiel (SBN 214866)
   E-mail: cbrumfiel@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail: jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel: 510.273.8780    Fax: 510.839.9104
6
   Attorneys for Defendants
7  COUNTY OF ALAMEDA and ALEXIS PEREZ-
   ROJAS
8

9                  UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

| 12 | MARIA LINA YURIAR and JUAN GUILLERMO, | Case No. 4:23-cv-06438-KAW |
|---|---|---|
| 13 | | **DECLARATION OF ALAMEDA COUNTY SHERIFF'S OFFICE CAPTAIN ROBERT EVANS IN SUPPORT OF DEFENDANTS COUNTY OF ALAMEDA AND ALEXIS PEREZ-ROJAS' MOTION TO STAY DISCOVERY** |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI; ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive, | |
| 17 | | *Filed concurrently with Notice of Motion and Motion* |
| 18 | Defendants. | |
| 19 | | Judge: Hon. Kandis A. Westmore<br>Date: July 18, 2024<br>Time: 1:30 p.m.<br>Crtrm.: TBD |
| 20 | | |
| 21 | | Trial Date:         None |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4861-0066-4252 v2                    1                  Case No. 4:23-cv-06438-KAW
                                                        CAPT. EVANS' DECLARATION ISO
                                                        MOTION TO STAY DISCOVERY

DECLARATION OF CAPTAIN ROBERT EVANS

I, Captain Robert Evans, declare as follows:

1. I am a Captain of the Internal Affairs Unit for the Alameda County Sheriff's Office. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of the Defendants' Motion to Stay Discovery.

2. On July 3, 2023, Alameda County Sheriff's Office Deputy Alexis Perez-Rojas ("Perez-Rojas") was involved in the fatal shooting of Juan Diego Bernal Yuriar. On July 4, 2023, Alameda County Sheriff's Office was informed that pursuant to Assembly Bill 1506 and Government Code 12525.3, the California Department of Justice started an investigation into the fatal shooting. Moreover, the California Department of Justice is the sole investigating entity into the fatal shooting. Alameda County Sheriff's Office has not received any additional information related to the investigation from the California Department of Justice. Moreover, I have been informed that the investigation is ongoing and based on representations made by California Department of Justice to Alameda County Sheriff's Office, the investigation will likely conclude by the end of the year. Due to the lack of investigatory materials prepared by Alameda County Sheriff's Office following the fatal shooting due to California Department of Justice's investigation into this matter, all document and information requests related to the incident should be addressed with the California Department of Justice directly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 21th day of May, 2024, at Dublin, California.

_____
Captain Robert Evans