Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA and ALEXIS PEREZ-ROJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA LINA YURIAR and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI; ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 4:23-cv-06438-KAW<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS COUNTY OF ALAMEDA AND ALEXIS PEREZ-ROJAS TO STAY DISCOVERY**<br><br>*Filed concurrently with Notice of Motion and Motion, Declaration of Christopher E. Brumfiel; and Declaration of Captain Robert Evans*<br><br>Judge:  Hon. Kandis A. Westmore<br>Date:    July 18, 2024<br>Time:   1:30 p.m.<br>Crtrm.:  TBD<br><br>Trial Date:           None |

4882-5736-7745 v1

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Case No. 4:23-cv-06438-KAW
[PROP] ORDER GRANTING MOTION TO STAY

1  TO ALL PARTIES AND COUNSEL OF RECORD:

2      Defendants COUNTY OF ALAMEDA and ALEXIS PEREZ-ROJAS ("County
3  Defendants") Motion to Stay Discovery came on regularly for hearing on July 18, 2024, at 1:30 p.m.
4  in Department TBD of the above-entitled Court, the Honorable Kandis A. Westmore, presiding.

5      The court having considered all the relevant arguments, papers and evidence, and good
6  cause appearing,

7      IT IS ORDERED that Defendants' Motion to Stay Discovery is GRANTED. All
8  Discovery in this matter will be stayed for 180 days with a further status conference 90 days from
9  the entry of this order or until the California Department of Justice's investigation into the fatal
10 officer involved shooting of the decedent, Juan Diego Bernal Yuriar, concludes.

12     **IT IS SO ORDERED.**

14     Dated: _____

    _____
    KANDICE A. WESTMORE
    United States Magistrate Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4882-5736-7745 v1

1

Case No. 4:23-cv-06438-KAW
[PROP] ORDER GRANTING MOTION TO STAY