# EXHIBIT A



# CALIFORNIA
# DEPARTMENT OF JUSTICE

**Report on the Investigation into the Death of Daniel Elena Lopez and Valentina Orellana Peralta on December 23, 2021**

Los Angeles County AB 1506

APRIL 2024




# TABLE of CONTENTS
BACKGROUND—AB 1506 ..............................................................................................1

PRIVACY STATEMENT ................................................................................................ 2

INTRODUCTION........................................................................................................... 3

SUMMARY OF INCIDENT ........................................................................................... 4

INVESTIGATION........................................................................................................ 26

    DOJ Response ................................................................................................... 26

EVIDENCE REVIEWED..............................................................................................27

    Evidence Recovery............................................................................................ 29

    Incident Scene Evidence – Bullet Impacts ..................................................... 29

    Vehicular, Body-Worn, and Civilian Camera Footage ................................. 32

    Communications .............................................................................................. 32

    Interviews of Victims and Civilian Witnesses............................................... 32

    Compelled Statements of Non-Shooting Officers........................................ 33

    Decedent Information ..................................................................................... 55

    Injuries .............................................................................................................. 55

    Coroner's Investigation ................................................................................... 56

    Use of Force Expert's Analysis ....................................................................... 56

    Applicable Legal Standards............................................................................. 58

LEGAL ANALYSIS ....................................................................................................... 61

CONCLUSION............................................................................................................. 64

# CONCLUSION

The evidence does not show, beyond a reasonable doubt, that Officer Jones acted without the intent to defend himself and others from what he reasonably believed to be imminent death or serious bodily injury.  The doctrine of transferred intent mandates that the same reasoning applies to the death of Ms. Orellana Peralta. Therefore, there is insufficient evidence to support a criminal prosecution of Officer Jones.  As such, no further action will be taken in this case.