
Case 4:23-cv-06438-KAW   Document 46   Filed 08/01/24   Page 1 of 3

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARIA LINA YURIAR, et al., | No.  Case No. 4:23-cv-06438-KAW |
|---|---|
| Plaintiffs, | *Hon. Peter A. Kang* |
| v. | |
| COUNTY OF ALAMEDA, et al., | **JOINT STATUS REPORT** |
| Defendants. | |

Pursuant to the Court's Order [Doc. # 42] requiring a monthly Joint Status Report, the parties hereby jointly submit this joint report addressing the following specific issues raised by this Honorable Court.

**1.     Status of the Case**

Per Plaintiffs:

The Court recently denied the Defendants motion to stay discovery [Doc. #


4882-8946-0180 v1                                         1                       Case No. 4:23-cv-06438-KAW

45]. As a result, it is anticipated that the defense will produce the documents responsive to Plaintiffs' request for production of documents. Plaintiffs will seek to depose the individual Defendant Officer and Deputy, after obtaining and reviewing the investigative materials. Per the Court's Order (Doc. # 45, at 3], Plaintiffs will seek to conduct another telephonic conference with the Court before attempting to notice the depositions of the Defendant Officer and Deputy.

Per County Defendants:

Following the Court's order denying County Defendants' motion to stay discovery pending the conclusion of the California Department of Justice's investigation, County Defendants will produce all non-privileged documents related to the incident. However, County Defendants will not respond to any special interrogatories, requests for admission, or produce any individual County Defendants for deposition until the conclusion of the Department of Justice's investigation into this incident.

Per State Defendants:

State Defendants will produce all non-privileged documents related to the incident. State Defendants have already provided written responses to Plaintiffs requests for production of documents and will produce the responsive documents forthwith.

**2.    Scheduling the Next Pre-Settlement Videoconference**

Per Plaintiffs:

After obtaining the investigative materials regarding the shooting, Plaintiffs would be agreeable to scheduling another pre-settlement video conference. Further, Plaintiffs are agreeable to conducting the settlement conference before seeking to depose the individual defendants. Plaintiffs are agreeable to scheduling pre-settlement video conference in October 2024 and participating in the settlement conference in December 2024.

Per County Defendants:

County Defendants are agreeable to scheduling pre-settlement video conference in October 2024 and participating in the settlement conference in December 2024.

Per State Defendants:

State Defendants are agreeable to scheduling pre-settlement video conference in October 2024 and participating in the settlement conference in December 2024.

Dated:  August 1, 2024          LAW OFFICE OF DALE K. GALIPO

                                By:    /s/ Eric Valenzuela
                                    DALE K. GALIPO
                                    ERIC VALENZUELA
                                    Attorneys for Plaintiffs

Dated:  August 1, 2024

                                By:    /s/ Kymberly Speer
                                    Kymberly Speer, *Attorney for Defendants State of California, appearing by and through its California Highway Patrol and Officer Basir Qurishi*

Dated:  August 1, 2024

                                By:    /s/ Jasper Hall
                                    Jasper Hall, *Attorney for Defendant County of Alameda and Alexix Perez-Rojas*