UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maria Lina Yuriar and Juan Guillermo,

Plaintiff,

v.

County of Alameda; State of California; et al.,

Defendant.

Case No. 4:23-cv-06438 KAW

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) State of California/CHP and Basir Qurishi, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Lee H. Roistacher, Dean Gazzo Roistacher LLP- 440 Stevens Avenue, Suite 100 Solana Beach, CA 92075; T(858) 264-4938 F(858) 492-0486  E-mail: lroistacher@deangazzo.com

Name(s) of counsel withdrawing from representation and firm name:
Kymberly E. Speer, Office of the Attorney General - 1515 Clay Street, 20th Fl., Oakland, CA 94612 T(510)879-0985 F(510) 622-2121  E-mail: Kymberly.Speer@doj.ca.gov

Date: January 28, 2025

~~[PROPOSED]~~ **ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: January 31, 2025

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE



Judge Kandis Westmore

## DECLARATION OF SERVICE BY E-MAIL

Case Name:  **Maria Lina Yuriar, et al. v. County of Alameda, et al.**
No.:        **4:23-cv-06438 KAW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>January 28, 2025</u>, I served the attached **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** by transmitting a true copy via electronic mail to the addressee(s) as follows:

| | |
|---|---|
| Lee H. Roistacher<br>Dean Gazzo Roistacher LLP<br>440 Stevens Avenue, Suite 100<br>Solana Beach, CA 92075<br>**E-mail:** lroistacher@deangazzo.com | Eric Valenzuela<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310<br>Woodland HIlls, CA 91367<br>**E-mail**: evalenzuela@galipolaw.com<br>Attorneys for Plaintiffs |

Gregory B. Thomas
Christopher E. Brumfiel
Jasper L. Hall
Burke, Williams & Sorensen, LLP - Oakland
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
**E-mail:** gthomas@bwslaw.com
**E-mail**: cbrumfiel@bwslaw.com
**E-mail:** jhall@bwslaw.com
Attorneys for County of Alameda

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 28, 2025, at Oakland, California.

| Chanvie Nailon | /s/ Chanvie Nailon |
|:---:|:---:|
| Declarant | Signature |

OK2024400262
91949290.docx