1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Eric Valenzuela (Bar No. 284500)
3  evalenzuela@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California  91367
   Telephone:    (818) 347-3333
5  Facsimile:    (818) 347-4118

6  Attorneys for Plaintiffs

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  MARIA LINA YURIAR; and JUAN      | **CASE NO**. 4:23-cv-06438-KAW
    GUILLERMO,

13                                    | **STIPULATION TO DISMISS WITH
                                      | PREJUDICE**
                  Plaintiffs,

14                                    | [Proposed] Order *filed concurrently
                                      | herewith*
15          vs.

16  County of Alameda; State of
    California; and Does 1-20, inclusive,

17

18              Defendants.

19

20

21

22

23

24

25

26

27

28

1      IT IS HEREBY STIPULATED by and among the parties, by and through

2  their respective attorneys of record, and pursuant to Federal Rules of Civil

3  Procedure 41 (a)(2), that this Court enter a Dismissal as to the parties

4  DEFENDANTS COUNTY OF ALAMEDA and ALEXIS PEREZ-ROJAS with

5  prejudice.  Parties shall bear their own costs and attorneys' fees.  This stipulation

6  does not apply to Defendants State of California and Basir Qurishi.

7      IT IS SO STIPULATED.

8

9  DATED:  April 23, 2025          LAW OFFICES OF DALE K. GALIPO

10

11                                                    By:   /s/ *Eric Valenzuela*
                                                             Eric Valenzuela
12                                                           Attorneys for Plaintiffs

13

14  DATED:  April 23, 2025          BURKE, WILLIAMS & SORENSEN, LLP

15

16                                                    By   /s/ *Gregory B. Thomas*
                                                            Gregory B. Thomas
17                                                          Christopher E. Brumfiel
                                                            Attorneys for Defendant
18                                                          COUNTY OF ALAMEDA and ALEXIS
19                                                          PEREZ-ROJAS

20

21  DATED:  April 23, 2025                       DEAN GAZZO ROISTACHER LLP

22

23                                                    By   /s/ *Lee H. Roistacher*
                                                            LEE H. ROISTACHER
24                                                          Attorneys for Defendants
                                                            STATE OF CALIFORNIA and BASIR
25                                                          QURISHI

26

27

28