UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN, GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO**. 4:23-cv-06438 KAW<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Stipulation to dismiss the action with prejudice as to DEFENDANTS COUNTY OF ALAMEDA and ALEXIS PEREZ-ROJAS is **GRANTED**. This Order does not apply to Defendants State of California and Basir Qurishi.

**IT IS SO ORDERED.**

DATED: April 24, 2025

_____
Honorable Kandis A. Westmore
United States Magistrate Judge