Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Brooke Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com
        bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.: 4:23-cv-06438 KAW<br><br>**STIPULATION TO MODIFY CASE MANAGEMENT ORDER AND [PROPOSED] ORDER**<br><br>Magistrate: Judge Kandis A. Westmore<br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 12/08/2025 |

The parties, by and through counsel, stipulate to modify the Case Management Order ("CMO") by continuing case management dates established by the CMO. *See* Doc. 27.

No prior request has been made to modify the Case Management Order dates.

The parties generally expect to complete fact discovery by the current deadline of July 14, 2025, but two outstanding issues will not be resolved before that date and those issues significantly impact how this case proceeds regarding expert discovery, dispositive motions, trial preparation and the trial itself.

There exists a yet unresolved discovery issue on which the parties have sought an informal discovery conference with the Court as reflected in the May 30, 2025 joint letter pertaining to the depositions of defendant Officer Qurishi and former defendant Deputy Sheriff

1

Aleix Perez-Rojas and their assertions of the Fifth Amendment in light of the still on-going criminal investigation by the California Department of Justice ("DOJ") of the officer involved shooting forming the basis of this action.  See Doc. 61.

Also, a disputed issue in this case is whether the decedent grabbed Officer Qurishi's gun before being shot by Deputy Perez-Rojas.  During the DOJ's investigation, fingerprint and biological samples from the decedent were collected for comparison to Officer Qurishi's gun.  All this evidence is in the possession of the DOJ.  Defendants have issued a subpoena to the DOJ for all investigative materials, test results and for inspection (by experts) of all evidence in the DOJ's possession but there is little chance the DOJ will comply with the subpoena before completion of the investigation absent a court order requiring it.

Based on these issues, the parties agree to the following alteration of the case management dates and request the Court modify the CMO as follows:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Trial | December 8, 2025 | February 9, 2026 |
| Pretrial Conference | November 19, 2025 | January 21, 2026 |
| Objections; Oppositions to Motions in Limine | November 7, 2025 | January 9, 2026 |
| Joint Pretrial Statement; Motions in Limine | October 28, 2025 | December 30, 2025 |
| Meet and Confer | October 17, 2025 | December 18, 2025 |
| Dispositive Motion Hearing Cut Off | September 18, 2025 | November 20, 2025 |
| Close of Expert Discovery | August 11, 2025 | October 13, 2025 |
| Rebuttal Experts/Reports | July 28, 2025 | September 29, 2025 |
| Expert Disclosure/Reports | July 22, 2025 | September 23, 2025 |

///

///

///

2

Case No. ASDF

| Fact Discovery Cut Off | July 14, 2025 | September 17, 2025 |

Dated: June 18, 2025                    Law Offices of Dale K. Galipo

                                        By: /s/ *Dale Kristopher Galipo*
                                            Dale Kristopher Galipo
                                            Erik Valenzuela
                                            Attorneys for Plaintiffs

Dated: June 18, 2025                    Dean Gazzo Roistacher LLP


                                        By: /s/ *Lee H. Roistacher*
                                            Lee H. Roistacher
                                            Brooke Mesner
                                            Attorneys for Defendants
                                            State of California by and through
                                            California Highway Patrol and Officer
                                            Basir Qurishi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____               _____
                                        Hon. Kandis A. Westmore
                                        United States Magistrate Judge