UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06438-KAW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO MODIFY CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 62 |

On June 18, 2025, the parties filed a stipulation to modify the case management order. (Dkt. No. 62.) The Court GRANTS the stipulation as modified, and sets the following case management schedule:

| | |
|---|---|
| Trial | March 2, 2026 |
| Pretrial Conference | February 11, 2026 |
| Joint Evidentiary Objections and Responses | January 30, 2026 |
| Oppositions to Motions in Limine | January 23, 2026 |
| Joint Pretrial Statement; Motions in Limine | January 13, 2026 |
| Meet and Confer | January 6, 2026 |
| Last Day to Hear Dispositive Motions | November 20, 2025 |
| Close of Expert Discovery | October 13, 2025 |
| Rebuttal Expert Disclosure and Reports Provided | September 29, 2025 |
| Expert Disclosure and Reports Provided | September 23, 2025 |

| Non-Expert Discovery Cut-off | September 17, 2025 |

    IT IS SO ORDERED.

Dated: June 30, 2025

                                            _____
                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge