Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
          ksullivan@deangazzo.com
          bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>          Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br>Magistrate: Judge Kandis A. Westmore<br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

Plaintiffs Maria Lina Yuriar and Juan Guillermo, and defendants State of California and Basir Qurishi, through respective counsel, stipulate as follows regarding plaintiffs operative first amended complaint (Doc. 30):

1.   Plaintiffs dismiss with prejudice their Second Claim for Relief for Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983) against defendant Qurishi;

2.   Plaintiffs dismiss with prejudice their claims for punitive damages under federal and state law against defendant Qurishi;

3.   Plaintiffs dismiss with prejudice their claims for direct negligence against Defendant State of California in the Fifth Claim for Relief under subparts (e)-(h) only; and

4.   Each party will bear their own fees and costs regarding these dismissals.

5. Pursuant to this stipulation, stipulating parties request the Court enter an order of dismissal under Federal Rule of Civil Procedure 41(a)(2)

Dated: September 30, 2025                    Law Offices of Dale K. Galipo

                                             By: /s/ Erik Valenzuela
                                             Dale Kristopher Galipo
                                             Erik Valenzuela
                                             Brooke M. Mesner
                                             Attorneys for Plaintiffs
                                             Email: evalenzuela@galipolaw.com
                                                    ldeleon@galipolaw.com
                                                    dgilbert@galipolaw.com

Dated: September 30, 2025                    Dean Gazzo Roistacher LLP

                                             By: /s/ Lee H. Roistacher
                                             Lee H. Roistacher
                                             Kimberly A. Sullivan
                                             Brooke M. Mesner
                                             Attorneys for Defendants
                                             State of California by and through
                                             California Highway Patrol and Officer
                                             Basir Qurishi
                                             Email: lroistacher@deangazzo.com
                                                    ksullivan@deangazzo.com
                                                    bmesner@deangazzo.com

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1.i.2, I hereby attest that each of the other Signatories have concurred in the filing of the document.

Dated: September 30, 2025           /s/ Lee H. Roistacher

                                    Lee H. Roistacher