Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
            ksullivan@deangazzo.com
            bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**[PROPOSED] ORDER OF DISMISSAL [FRCP 41(a)(2)]**<br><br>Magistrate: Judge Kandis A. Westmore<br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

Plaintiffs Maria Lina Yuriar and Juan Guillermo, and defendants State of California and Basir Qurishi, through respective counsel, have stipulated to plaintiffs dismissing with prejudice from the operative first amended complaint (Doc. 30) the Second Claim for Relief asserted against defendant Qurishi, the punitive damages claims under federal and state law asserted against defendant Qurishi, and the direct negligence claims against the State of California in the Fifth Claim for Relief under subparts (e)-(h) only, with each party to bear their own fees and costs related to these dismissals.

The Court accordingly dismisses with prejudice plaintiffs' Second Claim for Relief, plaintiffs' punitive damages under federal and state law, and the direct negligence claims against

///

the State of California in the Fifth Claim for Relief under subparts (e)-(h) only, with each party to bear their own fees and costs related to this dismissal.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    Kandis A. Westmore
                                    United States Magistrate Judge



John A. Kronstadt




United States District Judge

| | | |
|---|---|---|
| Dated: September ____, 2025 | | Law Offices of Dale K. Galipo |

By: _____
Dale Kristopher Galipo
Erik Valenzuela
Brooke M. Mesner
Attorneys for Plaintiffs
Email:   evalenzuela@galipolaw.com
              ldeleon@galipolaw.com
              dgilbert@galipolaw.com

| | | |
|---|---|---|
| Dated: September ____, 2025 | | Dean Gazzo Roistacher LLP |

By: _____
Lee H. Roistacher
Kimberly A. Sullivan
Brooke M. Mesner
Attorneys for Defendants
State of California by and through
California Highway Patrol and Officer
Basir Qurishi
Email: lroistacher@deangazzo.com
              ksullivan@deangazzo.com
              bmesner@deangazzo.com

3

[Proposed] Order of Dismissal [Frcp 41(A)(2)]                                            Case No. ASDF