| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619)<br>Kimberly A. Sullivan, Esq. (317857) |
| 3 | Brooke M. Mesner, Esq. (SBN 354265)<br>440 Stevens Avenue, Suite 100 |
| 4 | Solana Beach, CA  92075<br>Telephone:  (858) 380-4683 |
| 5 | Facsimile:  (858) 492-0486<br>E-mail:  lroistacher@deangazzo.com |
| 6 | ksullivan@deangazzo.com<br>bmesner@deangazzo.com |
| 7 | Attorneys for Defendants |
| 8 | State of California by and through California Highway<br>Patrol and Officer Basir Qurishi |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**DECLARATION OF PARRIS WARD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER BASIR QURISHI**<br><br>Date:            November 20, 2025<br>Time:            1:30 p.m.<br>Courtroom:   TBD<br>Magistrate: Judge Kandis A. Westmore<br><br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

I, Parris Ward, declare as follows:

1. I am over the age of 18 years old and I have personal knowledge of all matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

1. 2. I am currently a certified forensic video analyst and a computer modeling specialist at Biodynamics Engineering, Inc. (BEI), where I have been employed since 1988.

1

Declaration of Parris Ward In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:    4:23-cv-06438 KAW

2. At BEI, I provide forensic analysis and video recordings. I also create scientific visualizations of injury events through computer animation and simulation. I am a Certified Forensic Video Analyst and a member of the Law Enforcement and Emergency Services Video Association (LEVA). I have had hundreds of hours of training in forensic video analysis and I have taken classes on video recording systems through UCLA Extension, and in high-speed digital imaging at MIT. I have worked and testified as an expert in the area of forensic video analysis and enhancement for more than 30 years in state and federal courts in both civil and criminal cases.

3. I received a Juris Doctor degree from Pepperdine University Law School in 1988.

4. I was provided with a video file from a California Highway Patrol (CHP) in-car camera system, referred to as Wireless Mobile Video/Audio Recording System (WMVARS). The video file is named "CHP00000379.mpv – CHP WMVARS Recording."

5. The WMVARS captured Officer Qurishi's attempt to detain two suspects in front of the apartment building after the high-speed pursuit. While it did not capture images of the subsequent shooting, it did record audio commands given by Officer Qurishi, comments made by the suspects, and the sounds of gunshots fired.

6. The WMVARS starts at time stamp 1:52:45 during the high-speed pursuit. The recording is 1 hour and 1 minute long. It has an average frame rate of 30 frames per second and consists of 110316 frames. The image resolution is 1280x720 pixels. The video has two audio channels (stereo). Each audio channel records sound from wireless transmitters worn by the officers. Audio channel 2 recorded sound from Officer Qurishi's transmitter.

7. I was provided with a video from Alameda County Deputy Perez-Rojas' Axon Body 3 body-warn camera (BWC). The video file name is "CHP00000367.mpv—Deputy Perez-Rojas' Body-Warn Camera Video."

8. The Axon Body 3 camera was set to record at a resolution of 1280x720 pixels at a variable from rate averaging 30 frames per second (FPS). The display aspect ratio is 16:9.

9. The Axon Body 3 cameras superimpose a time stamp in the upper right corner of the image. In this case the time stamp represents "Zulu time" which is the military term for

2
Declaration of Parris Ward In Support of Motion for Summary
Judgment by Defendants State of California by and Through
California Highway Patrol and Officer Basir Qurishi

Case No. ASDF

Doc ID: acee0d929515bd53f6bacea2f701bc6a430031e7

1  Coordinated Universal Time (UTC) or Greenwich Mean Time (GMT). California is in the
2  Pacific Time Zone, so the time shown on the video is 7 hours ahead of local time. Thus, when
3  the time displayed on the video is "08:58:33" the local time is 1:58:33 AM. The string of
4  characters appearing beneath the time stamp, after the words Axen Body 3 is the camera serial
5  number.

6       10.    When BWC's are placed in docking stations, video data is uploaded to Axon's
7  Evidence.com cloud storage and the internal clocks are synchronized to a time server. Even with
8  this process, however, the timestamps of cameras in the field may still be off by a few seconds.
9  Thus, it is not unusual that the time stamp on Deputy Perez-Rojas' BWC differs from the CHP
10  WMVARS recording by 1 second.

11       11.    Deputy Perez-Rojas' BWC recording begins at time stamp 08:58:33 (1:58:33
12  AM) and has a duration of 4 minutes and 38 seconds. It is comprised of 8355 frames. Evidence
13  can be seen of two shots being fired. Gun smoke is seen in frame 1179 and the slide of his gun
14  is seen in the rearward position in frame 1192. When evidence of a gun being fired is visible on
15  video, such as gun smoke or recoil, the shot has already been fired and the bullet has left the
16  barrel of the gun. Thus, technically, Deputy Perez-Rojas' first shot was fired during the interval
17  between frame 1178 and 1179, while his second shot was fired in the interval between frames
18  1191 and 1192. For the purpose of this analysis, however, I will identify shots by referencing
19  the frame numbers where the visual evidence of a shot is observed. The audio from the BWC
20  recording can assist in identifying when shots are fired that cannot be visually identified. In this
21  case, all three shots fired at the scene can be heard on the recording.

22       12.    BWC's do not replicate what a deputy saw at the time of an incident. BWC's are
23  usually mounted to the chest of deputy rather than at eye level. They are pointed forward and do
24  not follow the head or eye movements of the deputy and can be blocked by objects in front of
25  the deputy's chest. They have ultra-wide-angle lenses that create both optical and perspective
26  distortion. The recordings BWC's produce lack the visual acuity of the human eye. The deputy
27  may, therefore, see details that were not captured on video. These devices are simply designed
28  to document what happened in front of a deputy, rather than what a deputy saw or experienced.

3

Declaration of Parris Ward In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi     Case No. ASDF

Doc ID: acee0d929515bd53f6bacea2f701bc6a430031e7

13. Two security cameras captured portions of the incident. The images are black and white and have a resolution of 720x480 pixels and both are 1 hour long.

14. One camera provides a view of the area in front of the apartment building (CHP00000364.AVI). It captured the fleeing suspects and CHP patrol vehicle as they arrived at the location and when Mr. Bernal-Yuriar laid down on the ground in front of the building. It also shows when he got up from the prone position and attempted again to flee and was detained again by Officer Qurishi. It also shows clearly when Deputy Perez-Rojas fired his gun and when he arrived on scene. This video has some dropped frames and scrambled images.

15. The second camera recording (CHP00000366.AVI.avi) provides a view looking down the driveway which runs along the side of the apartment building. The camera is mounted such that the image appears to be rotated 90 degrees clockwise. This camera view briefly documents the arrival of the suspects and CHP vehicle beginning at frame 14683 and later shows a distant view of the altercation between Officer Qurishi and Mr. Bernal-Yuriar beginning at frame 22725. At frame 23383, gun smoke can be seen from the shot fired by Officer Qurishi. Gun smoke can be seen from Deputy Perez-Rojas' second shot at Frame 23449.

16. I have prepared clips from all 4 of the original video recordings that capture the shooting with frame numbers added using Amped FIVE forensic video analysis software. Frame numbering offers a more precise way to identify a specific frame of the video, rather than referring to the time stamp or running time of the video.

17. For Deputy Perez-Rojas' BWC recording, I have added a timer at the lower left corner of the screen that counts down to when the first shot was fired (by Officer Qurishi) and then counts up after that shot. Evidence of the first shot cannot be seen on the BWC video, so the frame that corresponds to the first shot was determined based on audio analysis and synchronization with the security camera videos. The time counter is based on the frame timing information contained in the video file metadata rather than the average frame rate of the video. This recording has a variable frame rate rather than a constant one, meaning that while the average frame rate of the video is 30 fps, some frames may vary slightly in timing and duration. The timer I created in Amped FIVE forensic software is based on the presentation time stamp

4

Declaration of Parris Ward In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No. ASDF

Doc ID: acee0d929515bd53f6bacea2f701bc6a430031e7

1   (PTS) values in the file metadata and is thus more accurate than a counter based simply on a 30
2   fps frame rate.

3        18.    For the security camera views, I have produced clips that have been enlarged and
4   brightened, and I have prepared versions the play at a reduced frame rate (slow motion).

5        19.    Audio recordings can be a more accurate way of determining shot timing than
6   only analyzing the video portion of the recordings because audio has a higher sampling rate than
7   video, meaning that the audio stream breaks down each second of a recording into more data
8   points than the video stream. A typical video will represent one second of time as series of 30
9   snapshots, while the audio recording for the same second in time will break the sound waves
10  down into tens of thousands of data points.

11       20.    In this case, the video from the Axon Body 3 camera was recorded at a frame
12  rate of approximately 30 images per second, while the accompanying audio was recorded at
13  48,000 samples per second. The WMVARS system in the CHP patrol vehicle recorded sound
14  from Officer Qurishi's mic at 44,100 samples per second. Spectral frequency and waveform
15  patterns from both recordings show visually when shots can be heard in the audio stream, as
16  well as when words were spoken.

17       21.    When analyzing video of shooting events, it is often not possible to determine
18  visually when every shot is fired. The camera may be blocked by an object or may not be pointed
19  in the direction of the gun that was fired. Even when images of the gun are captured on video,
20  muzzle flashes, gun smoke, bullet strikes or other indications that a gun was fired can go
21  undetected. It is therefore helpful to analyze both the video images and the accompanying audio
22  in determining when individual shots were fired. I analyzed the audio stream from Deputy Perez
23  Rojas' BWC and the CHP WMVARS recording using Adobe Audition sound editing software.
24  Both recordings show 3 shots were fired in a period of approximately 2.2 seconds.

25       22.    Based on visual cues in the videos and the audio analysis of the shots, I was able
26  to synchronize the 4 video camera views on one screen. At the top of the screen the two security
27  camera views are placed side by side. The WMVARS and BWC views are at the bottom of the
28  screen. This synchronized video begins with the start of the WMVARS recording, documenting

5
Declaration of Parris Ward In Support of Motion for Summary   Case No. ASDF
Judgment by Defendants State of California by and Through
California Highway Patrol and Officer Basir Qurishi
Doc ID: acee0d929515bd53f6bacea2f701bc6a430031e7

events from the pursuit on I-580 and ends one minute after the shooting occurs. When each shot is fired, the words "SHOT FIRED" appear in the upper left corner of the screen. The BWC recording is frame numbered and includes the countdown timer discussed above. The security camera clips are enlarged at certain points to make the actions of the individuals shown easier to see. The synchronized video was prepared using Adobe After Effects software.

23. I have prepared two versions of the 4-Camera Synchronized Video. One version includes only the channel 2 audio from the MVARS recording, while the other has the combined audio from the WMVARs and BWC recording.

24. The video files and still images I have produced are true and accurate representations of the original video images I was provided. They were prepared using reliable and widely accepted forensic software and techniques commonly used within the forensic video scientific community.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this  10th  day of  October , 2025, at  Encino , California.



Parris Ward, Declarant

6
Declaration of Parris Ward In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No. ASDF

Doc ID: acee0d929515bd53f6bacea2f701bc6a430031e7