Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         ksullivan@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**DECLARATION OF RYAN HARDIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER BASIR QURISHI**<br><br>Date:       November 20, 2025<br>Time:       1:30 p.m.<br>Courtroom:  TBD<br>Magistrate: Judge Kandis A. Westmore<br><br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

I, Ryan Hardin, declare as follows:

1.   I am over the age of 18 years old and I have personal knowledge of all matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

2.   I am currently employed as an Officer with the California Highway Patrol (CHP). My identification number is 22885.

///

1
Declaration of Officer Ryan Hardin In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:   4:23-cv-06438 KAW

Doc ID: 5fe4fc38349e1f2a45b877b30065c3d38c8ddad3

3. On July 3, 2023, at approximately 1052 hours, I was on active patrol wearing a full tan long-sleeve CHP uniform as the driver of a fully marked black and white CHP patrol vehicle (1583493) with the primary focus of traffic enforcement.

4. My partner, Officer Basir Qurishi was seated in the front right seat of the patrol vehicle.

5. We were stationary on the right-hand shoulder of the Grand Avenue onramp to I-580 eastbound, when my attention was suddenly drawn to a silver Hyundai Elantra in the #2 lane, traveling at a high rate of speed I visually estimated to be traveling at 100 MPH.

6. I activated the patrol vehicle's forward-facing radar (DE003414) which confirmed that the speeding vehicle was traveling 98 MPH in the posted 65 MPH zone. At this point, reasonable suspicion existed to pull over the speeding vehicle for violating California Vehicle Code (CVC) section 22349(a).

7. I accelerated the patrol vehicle and caught up to the speeding vehicle as we were just east of the 164th Avenue off ramp. I followed the speeding vehicle and attempted to obtain a license plate of the speeding vehicle.

8. I observed the speeding vehicle suddenly make one continuous turn from the #2 lane to the #4 lane, and the speeding vehicle exited at 164th Avenue. The driver of the speeding vehicle unsuccessfully negotiated the turn, and I observed the speeding vehicle drive over the raised concrete curb and crash into the electric box in the raised landscaped center island at the bottom of the offramp at approximately 0153 hours.

9. I drove the patrol vehicle just to the right of the speeding vehicle and activated the patrol vehicle's code 3 emergency lights.

10. As I exited my vehicle, I observed 3 occupants (the driver, right front passenger, and right rear passenger) in the vehicle wearing ski masks. I did not observe the occupant in the left rear seat.

11. The occupants of the speeding vehicle fled on foot and began traveling westbound on 163rd Avenue.

12. I instructed the occupants multiple times to stop running.

1  13. I cleared the speeding vehicle, ensuring that there were no other occupants.

2  14. I began running after the occupant of the speeding vehicle that was closest to me
3  and instructed Officer Qurishi to drive the patrol vehicle.

4  15. Officer Qurishi and I had previously agreed on a strategy for potential foot
5  pursuits: I would engage in the pursuit on foot, while Officer Qurishi would follow in the patrol
6  vehicle.

7  16. The suspect I pursued was wearing a black ski mask and dark clothing. As I
8  continued chasing the suspect, he made a right turn onto Maubert Avenue and continued running
9  northbound.

10  17. As I chased the occupant, I heard a vehicle travelling northbound on Maubert
11  Avenue directly behind me, and I believed this vehicle was Officer Qurishi.

12  18. I observed the suspect run onto the property of 16275 Maubert Avenue, where I
13  lost visual sight of the suspect. I advised Golden Gate Communication Center (GGCC) that the
14  suspect was last seen at 16275 Maubert Avenue at approximately 0156 hours.

15  19. Due to poor radio reception, I only heard Officer Qurishi advise he was "east of
16  Liberty Street." I believed that the vehicle that passed me earlier was Qurishi, and I assumed the
17  first street that I was unable to hear was 162nd Avenue.

18  20. I continued running northbound on Maubert and made a right turn onto 162nd
19  Avenue. I did not see Officer Qurishi at this location and observed patrol vehicle lights near the
20  crashed speeding vehicle. I ran southbound on Liberty Street and observed that the patrol vehicle
21  lights were not from my patrol vehicle but an Alameda County Sheriff Deputy's patrol vehicle.

22  21. I heard three gunshots and observed patrol vehicle lights sounding on 163rd
23  Avenue. I ran southbound on 163rd Avenue and arrived on scene several minutes after the officer
24  involved shooting at approximately 0201 hours.

25  22. I observed Officer Qurishi with multiple injuries on his face. Officer Qurishi
26  appeared to be in shock. I observed a black eye starting to form under Officer Qurishi's left eye,
27  a large welt forming in the middle of his forehead, and additional bruising on his face.

28

3

Declaration of Officer Ryan Hardin In Support of Motion for
Summary Judgment by Defendants State of California by and
Through California Highway Patrol and Officer Basir Qurishi

Case No. ASDF

1  23. I walked Officer Qurishi to the south sidewalk of 163rd Avenue and requested an
2  ambulance for Officer Qurishi.
3  I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct and that this declaration was executed this __03__ day of
5  __October__, 2025, at Sacramento, California.

_____
Ryan Hardin, Declarant

4

Declaration of Officer Ryan Hardin In Support of Motion for
Summary Judgment by Defendants State of California by and
Through California Highway Patrol and Officer Basir Qurishi

Case No. ASDF