Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         ksullivan@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI' ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER BASIR QURISHI**<br><br>Date:       November 20, 2025<br>Time:       1:30 p.m.<br>Courtroom:  TBD<br><br>Magistrate: Judge Kandis A. Westmore<br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

I, Lee H. Roistacher, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the courts of this state, and am a partner with the firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendants State of California by and through California Highway Patrol and Officer Basir Qurishi in the above matter.

2.  I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto.

1

3. Attached as Exhibit 1 to this declaration is a true and correct copy of the video recording from the "dash cam" - called the MVARS -- from the CHP patrol vehicle occupied by CHP Officers Basir Qurishi and Ryan Hardin's patrol vehicle on July 3, 2023 containing video footage for the time relevant to this case. The video file was produced in discovery by defendants as CHP 00000379. A storage device with the video recording is being separately transmitted to the Court.

4. Attached as Exhibit 2 is a true and correct copy of a surveillance video capturing the front lawn of 1621 163rd Avenue, San Leandro, California on July 3, 2023 collected by CHP during the investigation of the incident forming that basis of this case that contains video footage for the time relevant to this case. The video file was produced during discovery by defendants as CHP 00000364. A storage device with the video is being manually filed and separately transmitted to the Court.

5. Attached as Exhibit 3 is a true and correct copy of a surveillance video capturing the driveway area of 1621 163rd Avenue, San Leandro, California, on July 3, 2023 collected by CHP during the investigation of the incident forming the basis of this case containing video footage of the time relevant to this case. The video file was produced during discovery by defendants as CHP 00000366. A storage device with the video is being manually filed and separately transmitted to the Court.

6. Attached as Exhibit 4 is a true and correct copy of Alameda County Sheriff's Deputy Alexis Perez-Rojas Body Cam Footage from July 3, 2023 containing video footage for the time relevant to this case. The video file was produced by defendants during discovery as CHP00000367. A storage device with the video is being manually filed and separately transmitted to the Court.

7. Attached as Exhibit 5 is a true and correct copy of a video titled "4-Camera Sync with Combined Audio.mp4" created by Parris Ward as referenced in paragraphs 22-23 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

///

2

Declaration of Lee H. Roistacher In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:   4:23-cv-06438 KAW

8. Attached as Exhibit 6 is a true and correct copy of a Video titled "4-Camera Sync with WMVARS Audio only.mp4" created by Parris Ward as referenced in paragraphs 22-23 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

9. Attached as Exhibit 7 is a true and correct copy of a video titled "CHP00000364 Numbered Frames.mp4" created by Parris Ward as referenced in paragraph 16 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

10. Attached as Exhibit 8 is a true and correct copy of a video titled "CHP00000364 Numbered+Brightened.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

11. Attached as Exhibit 9 is a true and correct copy of a video titled "CHP00000366 Altercation Clip 8FPS SlowMo.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

12. Attached as Exhibit 10 is a true and correct copy of a video titled "CHP00000366 Alteration Clip Enlarged.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

13. Attached as Exhibit 11 is a true and correct copy of a video titled "CHP00000366 Alteration Clip Enlarged 5X" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

14. Attached as Exhibit 12 is a true and correct copy of a video titled "CHP000000366 Number+Enlarged 4x.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

3

Declaration of Lee H. Roistacher In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:   4:23-cv-06438 KAW

15. Attached as Exhibit 13 is a true and correct copy of a video titled "CHP00000366 Rotated+Numbered frames.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

16. Attached as Exhibit 14 is a true and correct copy of a video titled "CHP00000367 BWC Numbered + timer.mp4" created by Parris Ward as referenced in paragraph 17 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

17. Attached as Exhibit 15 is a true and correct copy a video titled "CHP00000379 WMVARS numbered frames.mp4" created by Parris Ward as referenced in paragraph 16 of his declaration. A storage device with the video is being manually filed and separately transmitted to the Court.

18. Attached as Exhibit 16 is a true and correct copy of CHP Officer Ryan Hardin's Supplemental Report regarding the incident forming the basis of this case produced during discovery by defendants as CHP00000386-CHP00000388.

19. Attached as Exhibit 17 is a true and correct copy Alameda Sheriff's Office Incident Report #23-009618 regarding the incident forming the basis of this case produced by Alameda County defendants during discovery as COUNTY000503-COUNTY000507.

20. Attached as Exhibit 18 is a true and correct copy of excerpts from the deposition of Ivan Ramirez taken in this case.

21. Attached as Exhibit 19 is a true and correct copy of excerpts from the deposition of Basir Qurishi taken in this case.

22. Attached as Exhibit 20 is a true and correct copy of excerpts from Basir Qurishi's statement regarding the incident forming the basis of this case given to the Department of Justice on July 22, 2023 produced by defendants in discovery as CHP00000543-CHP0000648.

23. Attached as Exhibit 21 is a true and correct copy of a video of the interview by Alameda County Sheriff's Office of Owen Vivo taken on July 3, 2023 regarding the incident

4

Declaration of Lee H. Roistacher In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:   4:23-cv-06438 KAW

forming the basis of this case produced by Alameda County defendants during discovery as COUNTY000282. A storage device with the video is being manually filed and separately transmitted to the Court.

24. Attached as Exhibit 22 is a true and correct copy of excerpts from the deposition of Owen Vivo taken in this case.

25. Attached as Exhibit 23 is a true and correct copy of excerpts from the deposition of Alexis Perez-Rojas taken in this case.

26. Attached as Exhibit 24 is a true and correct copy of excerpts from the deposition of Katherine Raven, M.D. taken in this case.

27. Attached as Exhibit 25 is a true and correct copy defendants' expert Clarence Chapman's Federal Rule of Civil Procedure 26 report.

28. Attached as Exhibit 26 is a true and correct copy of the Identification Report from the Critical Incident Reconstruction Report prepared by CHP regarding the incident forming the basis of this case produced by defendants during discovery as CHP 00000110.

29. Attached as Exhibit 27 is a true and correct copy of excerpts from Alexis Perez-Rojas' statement given to the Department of Justice on July 24, 2023 regarding the incident forming the basis of this case produced by defendants in discovery as CHP00000450-CHP0000542.

30. Attached as Exhibit 28 is a true and correct copy of Basir Qurishi's Medical Records from Eden Medical Center where he was seen after the incident forming the basis of this case produced by defendants during discovery as CHP 00001097-00001103

31. Attached as Exhibit 29 is a true and correct copy of a photograph of Basir Qurishi taken after the July 3, 2023 incident produced by defendants during discovery as CHP00000992.

32. Attached as Exhibit 30 is a true and correct copy of the Summary of Incident Report, Injury Descriptions from the Critical Incident Reconstruction Report prepared by CHP regarding the incident forming the basis of this case produced by defendants during discovery as CHP00000107.

5
Declaration of Lee H. Roistacher In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.:   4:23-cv-06438 KAW

33. Attached as Exhibit 31 is a true and correct copy of the Physician's Report for California Highway Patrol Limited Duty Assignment regarding Basir Qurishi produced by the defendants during discovery as CHP00001124-00001126.

34. Attached as Exhibit 32 is a true and correct copy Juan Yuriar's Autopsy Report prepared by Katherine Raven, M.D. produced by defendants during discovery as CHP00000447-00000453.

35. Attached as Exhibit 33 is a true and correct copy of defendants' expert Dr. Gary M. Vilke's Federal Rule of Civil Procedure 26 report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 15th day of October, 2025, at Solana Beach, California.

                                                              */s/ Lee H. Roistacher*
                                                              Lee H. Roistacher, declarant

6

Declaration of Lee H. Roistacher In Support of Motion for Summary Judgment by Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi

Case No.: 4:23-cv-06438 KAW