# EXHIBIT 1

A true and correct copy of MVARS from Basir Qurishi and Ryan Hardin's patrol vehicle on July 3, 2023 produced during discovery by defendants as CHP 00000379 will be submitted to the Court via Thumb Drive