# EXHIBIT 2

A true and correct copy of surveillance video capturing of the front lawn of 1621 163rd Avenue, San Leandro, California on July 3, 2023 produced during discovery by defendants as CHP 00000364 will be submitted to the Court via Thumb Drive