# EXHIBIT 3

A true and correct copy of surveillance video of the driveway area of 1621 163rd Avenue, San Leandro, California, on July 3, 2023 produced during discovery by defendants as CHP 00000366 will be submitted to the Court via Thumb Drive