# EXHIBIT 4

A true and correct copy of Alameda County Sheriff's Deputy Alexis Perez-Rojas Body Cam Footage from July 3, 2023 produced by defendants as CHP00000367 will be submitted to the Court via Thumb Drive