# EXHIBIT 5

A true and correct copy of video titled "4-Camera Sync with Combined Audio.mp4" created by Parris Ward as referenced in paragraphs 22-23 of his declaration will be submitted to the Court via Thumb Drive