# EXHIBIT 6

A true and correct copy of Video titled "4-Camera Sync with WMVARS Audio only.mp4" created by Parris Ward as referenced in paragraphs 22-23 of his declaration will be submitted to the Court via Thumb Drive