# EXHIBIT 7

A true and correct copy of Video titled "CHP00000364 Numbered Frames.mp4" created by Parris Ward as referenced in paragraph 16 of his declaration will be submitted to the Court via Thumb Drive