# EXHIBIT 8

A true and correct copy of Video titled "CHP00000364 Numbered+Brightened.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration will be submitted to the Court via Thumb Drive