# EXHIBIT 9

A true and correct copy of Video titled "CHP00000366 Altercation Clip 8FPS SlowMo.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration will be submitted to the Court via Thumb Drive