# EXHIBIT 11

A true and correct copy of Video titled "CHP00000366 Alteration Clip Enlarged 5X" created by Parris Ward as referenced in paragraph 18 of his declaration will be submitted to the Court via Thumb Drive