# EXHIBIT 12

A true and correct copy of Video titled "CHP000000366 Number+Enlarged 4x.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration will be submitted to the Court via Thumb Drive