# EXHIBIT 13

A true and correct copy of Video titled "CHP00000366 Rotated+Numbered frames.mp4" created by Parris Ward as referenced in paragraph 18 of his declaration will be submitted to the Court via Thumb Drive