# EXHIBIT 14

A true and correct copy of Video titled "CHP00000367 BWC Numbered + timer.mp4" created by Parris Ward as referenced in paragraph 17 of his declaration will be submitted to the Court via Thumb Drive