# EXHIBIT 15

A true and correct copy of Video titled "CHP00000379 WMVARS numbered frames.mp4" created by Parris Ward as referenced in paragraph 16 of his declaration will be submitted to the Court via Thumb Drive