# EXHIBIT 16



| | | STATE OF CALIFORNIA |
|---|---|---|
| 3 of 5 f | | **SUPPLEMENTAL REPORT** |
| | | Hayward Area |

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER ID | LOG NUMBERS |
|---|---|---|---|---|
| 07/03/2023 | 0152 | 9345 | 22885 | 230703GG00160 |

1  **PURPOSE**
2  The purpose of this report is to provide information regarding my involvement in log 230703GG00160.
3
4  **SUMMARY:**
5  On July 3, 2023, at approximately 0152 hours, I was on active patrol wearing a full tan long-sleeve
6  CHP uniform as the driver of a fully marked black and white CHP Patrol Vehicle (#1583493) (p/v) with
7  the primary focus of traffic enforcement. My partner, Officer Qurishi #22773, was seated in the front
8  right seat.
9
10  We were stationary on the right-hand shoulder of the Grand Avenue onramp to I-580 eastbound,
11  when my attention was suddenly drawn to a silver Hyundai Elantra (s/v) in the #2 lane, traveling at a
12  high rate of speed I visually estimated to be traveling at 100 MPH. I activated the p/v's forward-facing
13  RADAR (DE003414) which confirmed that the s/v was traveling 98 MPH in the posted 65 MPH zone.
14  I accelerated the p/v and caught up to the s/v as we were just east of the 164th Avenue off ramp. I
15  observed the s/v suddenly make one continuous turn from the #2 lane to the #4 lane, and the s/v
16  exited at 164th Avenue. I followed the s/v and attempted to obtain a license plate of the s/v. The driver
17  of the s/v unsuccessfully negotiated the turn, and I observed the s/v drive over the raised concrete
18  curb and crash into the electric box in the raised landscaped center island at the bottom of the
19  offramp at approximately 0153 hours. I drove the p/v just to the right of the s/v and activated the p/v's
20  code 3 emergency lights. As I looked to my right, I observed 3 occupants (the driver, right front
21  passenger, and right rear passenger) in the vehicle wearing ski masks. I did not observe the occupant
22  in the left rear seat.
23
24  The occupants of the s/v fled on foot and began traveling westbound on 163rd Avenue. I instructed the
25  occupants multiple times to stop running. I cleared the s/v, ensuring that there were no other
26  occupants. I began running after the occupant of the s/v that was closest to me and instructed Officer
27  Qurishi to drive the p/v. The suspect I pursued was a Hispanic male, approximately 5'-08", 140lbs,
28  wearing a black ski mask and dark clothing. As I continued chasing the suspect, he made a right turn
29  onto Maubert Avenue and continued running northbound. As I chased the occupant, I heard a vehicle
30  travel northbound on Maubert Avenue at approximately 50 MPH directly behind me, and I believed
31  this vehicle was Officer Qurishi.

| PREPARED BY | ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| Hardin | 22885 | 07/03/2023 | | |



STATE OF CALIFORNIA

**SUPPLEMENTAL REPORT**

Hayward Area

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER ID | LOG NUMBERS |
|---|---|---|---|---|
| 07/03/2023 | 0152 | 9345 | 22885 | 230703GG00160 |

1  **SUMMARY (continued):**
2  I observed the suspect run onto the property of 16275 Maubert Avenue, where I lost visual of the
3  suspect. I advised Golden Gate Communication Center (GGCC) that the suspect was last seen at
4  16275 Maubert Avenue at approximately 0156 hours.
5
6  Officer Qurishi advised GGCC that he had two of the occupants of the s/v detained. Due to poor radio
7  reception, I only heard Officer Qurishi advise he was "east of Liberty Street." I believed that the
8  vehicle that passed me earlier was Officer Qurishi, and I assumed the first street that I was unable to
9  hear was 162nd Avenue. I continued running northbound on Maubert and made a right turn onto 162nd
10 Avenue. I did not see Officer Qurishi at this location and observed patrol vehicle lights near the s/v. I
11 ran southbound on Liberty Street and observed that the patrol vehicle lights were not from my p/v but
12 an Alameda County Sheriff Deputy's (ACSO) patrol vehicle. I heard three gunshot sounds coming
13 from and observed patrol vehicle lights southbound on 163rd Avenue. I ran southbound on 163rd
14 Avenue and arrived on scene several minutes after at approximately 0201 hours.
15
16 I observed Officer Qurishi with multiple injuries on his face and an ACSO Deputy. I walked with
17 Officer Qurishi to the south sidewalk of 163rd Avenue and requested an ambulance for Officer Qurishi.
18 Sergeant Lehr #20494 arrived on scene as Officer Qurishi was examined by medical staff and I
19 requested Officer Josslin #16802 as our area rep for any questioning.
20
21 Officer Qurishi and I were transported by emergency medical personnel *(See information below)* to
22 Eden hospital.
23  - Run Number: 342323643
24  - Rig: Rescue 24
25  - Personnel:
26      - Captain G. Brown #357
27      - Engineer A. Finnegan #893
28      - Firefighter JP Elias #971
29      - Firefighter Marc Filamor #968
30
31
32

| PREPARED BY | ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| Hardin | 22885 | 07/03/2023 | | |



Page 5 of 5

STATE OF CALIFORNIA

# SUPPLEMENTAL REPORT

Hayward Area

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER ID | LOG NUMBERS |
|---|---|---|---|---|
| 07/03/2023 | 0152 | 9345 | 22885 | 230703GG00160 |

1  **SUMMARY (continued):**
2  I was transported to 16233 East 14th Street by Sergeant Delucca #17629 from the CHP Dublin Area
3  to identify a potential suspect that ACSO deputies had located on East 14th Street, north of the scene.
4  The suspect did not match the description of the suspect that I had pursued on foot.
5
6  I was transported back to the scene to identify another potential suspect that ACSO deputies had
7  located near the scene hiding in a trash can. This suspect matched the description of the suspect that
8  I had been chasing and the suspect admitted to the deputies that he was in the s/v and ran from the
9  scene.
10
11  I was transported back to Eden Hospital where Officer Qurishi was cleared for his injuries. We were
12  transported to the Castro Valley Area Office, where we waited with Captain Danmeier and Lieutenant
13  Novosel. After several hours, we were transported back to the scene where we conducted a "walk
14  through" with Officer Josslin and Joel Weinstein.
15
16  See attached supplemental reports for accounts of other officers on scene.

| PREPARED BY | ID NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| Hardin | 22885 | 07/03/2023 | | |