# EXHIBIT 17

| OFFENSE CODE | | | |
|---|---|---|---|
| PC 243(C)(2) BATTERY AGAINST POLICE OFFICER F – 13A Aggravated Assault | | | |
| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
| Jul 3, 2023 01:57 | Jul 3, 2023 16:00 | ■ COMPLETED  ☐ ATTEMPTED | ☐ YES ■ NO |
| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
| ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

| WEAPON / FORCE INVOLVED | AGGRAVATED ASSAULT FACTORS / HOMICIDE FACTORS |
|---|---|
| Handgun | Assault On Law Enforcement Officer or Officers, Other Felony Involved |

| GANG INFORMATION | |
|---|---|
| Unknown | |
| MODUS OPERANDI | IS ANTI-REPRODUCTIVE RIGHTS CRIME? |
| Firearm Feature - Unknown | ☐ YES ■ NO |

*OFFENSE LOCATION*

| LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION | | | |
|---|---|---|---|
| 1621 163RD AV | | | |
| CITY | STATE | ZIP | COUNTRY CODE |
| SAN LEANDRO | CA | 94578 | US |
| LOCATION CATEGORY | AREA / BEAT / ESZ / SUBDIVISION 4 / SUBDIVISION 5 | | PUBLIC / PRIVATE |
| Multiple Family Dwelling | Ashland / E2 / 1223 | | Private |

*VICTIMS-1*

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 QURISHI , B. #22773 | 21 - 30 years old |
| SEX | RACE / ETHNICITY |
| Male | Other / Unknown |
| VICTIM IS OFFICER | LEOKA ACTIVITY TYPE |
| ■ YES ☐ NO | Investigating Suspicious Persons Or Circumstances |

| LEOKA ASSIGNMENT TYPE |
|---|
| Two Officer Vehicle Uniformed Law Enforcement Officers |

*SUSPECTS-2*

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-2 BERNAL-YURIAR, JUAN DIEGO *(deceased)* | 2003-03-29 |
| SEX | RACE / ETHNICITY |
| Male | Hispanic / Hispanic Or Latino |

| HOME ADDRESS |
|---|
| 495 BERRY AVE, HAYWARD, CA 94544 |

*WITNESS-1*

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 VIVO, OWEN | 1968-04-29 |
| SEX | RACE / ETHNICITY | PHONE NUMBER |
| Male | White / Not Hispanic Or Latino | (510) 731-8682 (Home Phone), (925) 890-8909 (primary, Mobile Phone) |

| HOME ADDRESS |
|---|
|  |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Snider #2374   Jul 11, 2023 22:07 (e-signature) | Ryan Romeril #1217   Jul 11, 2023 22:10 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Snider #2374 | Ryan Romeril #1217 |

1650 163RD AV, SAN LEANDRO, CA 94578

### INVOLVED OTHER-1

**INVOLVED OTHER-1 (ORGANIZATION)**
O-1 CHP - CASTRO VALLEY

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

**PHYSICAL ADDRESS**
CHP CASTRO VALLEY, 21020 REDWOOD RD, CASTRO VALLEY, CA 94546

**PHONE NUMBER**
(510) 581-9028 (Home Phone)

**NAME IDENTIFIER**
Legacy Id: 147254

## OFFENSE-2

**OFFENSE CODE**
PC 496D(A) POSSESS STOLEN VEHICLE/VESSEL/ETC F - 280 Stolen Property Offenses

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Jul 3, 2023 01:57 | Jul 3, 2023 16:00 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE |
|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

| CRIMINAL ACTIVITIES / ANIMAL CRUELTY | IS ANTI-REPRODUCTIVE RIGHTS CRIME? |
|---|---|
| Operate Promote Assist | ☐ YES ■ NO |

### OFFENSE LOCATION

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
LIBERTY OFF I580 RAMP EB & LIBERTY ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SAN LEANDRO | CA | 94578 | US |

| INTERSECTION STREET 1 | INTERSECTION STREET 2 |
|---|---|
| LIBERTY OFF I580 RAMP EB | LIBERTY ST |

| LOCATION CATEGORY | AREA / BEAT / ESZ / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Highway Road Alley Street Sidewalk | Ashland / E2 / 1223 | Public |

### VICTIMS-2

| VICTIMS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-2 Melgar, Silvia Evora | 1 - 99 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Hispanic / Hispanic Or Latino | (510) 695-9057 (primary, Mobile Phone) |

### SUSPECTS-2

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-2 BERNAL-YURIAR, JUAN DIEGO *(deceased)* | 2003-03-29 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

**HOME ADDRESS**
495 BERRY AVE, HAYWARD, CA 94544

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Snider #2374   Jul 11, 2023 22:07 (e-signature) | Ryan Romeril #1217   Jul 11, 2023 22:10 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Snider #2374 | Ryan Romeril #1217 |

### SUSPECTS-3

| SUSPECTS-3 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-3 RAMIREZ, IVAN RODRIGUEZ | 2006-08-27 *(juvenile)* |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Hispanic / Hispanic Or Latino | (510) 706-8767 (primary, Mobile Phone) |

**HOME ADDRESS**
23643 WRIGHT DR, HAYWARD, CA 94541

### SUSPECTS-4

| SUSPECTS-4 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-4 Mendoza, Abraham | 2006-06-17 *(juvenile)* |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Hispanic / Hispanic Or Latino | (510) 798-2732 (Home Phone) |

**HOME ADDRESS**
24223 MAGNA AV, HAYWARD, CA 94544

### SUSPECTS-5

| SUSPECTS-5 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-5 HERNANDEZ, ERIC | 2008-01-15 *(juvenile)* |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

**HOME ADDRESS**
21332 MEEKLAND AV, TONI CT & MISSION CT, HAYWARD, CA 94541

## OFFENSE-3

**OFFENSE CODE**
PC 148(A)(1) OBSTRUCT/RESIST/ETC PUBLIC/PEACE OFFICER/EMERGENCY MED TECH M - 90Z All Other Offenses

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED COMPUTER/ HANDHELD DEVICE USE |
|---|---|---|
| Jul 3, 2023 01:57 | Jul 3, 2023 16:00 | ☐ YES ■ NO |

| SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | IS ANTI-REPRODUCTIVE RIGHTS CRIME? |
|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO |

**OFFENSE LOCATION**

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
1621 163RD AV

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SAN LEANDRO | CA | 94578 | US |

| LOCATION CATEGORY | AREA / BEAT / ESZ / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Highway Road Alley Street Sidewalk | Ashland / E2 / 1223 | Public |

### VICTIMS-3

**VICTIMS-3 NAME**
V-3 STATE OF CA

### SUSPECTS-2

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-2 BERNAL-YURIAR, JUAN DIEGO *(deceased)* | 2003-03-29 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

**HOME ADDRESS**

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Snider #2374   Jul 11, 2023 22:07 (e-signature) | Ryan Romeril #1217   Jul 11, 2023 22:10 (e-signature) |
| **PRINT NAME** | **PRINT NAME** |
| Zachary Snider #2374 | Ryan Romeril #1217 |

Alameda County Sheriff's Office
Mark43 RMS Form v2.0 generated by R. Chevalier #1877 on Jul 18, 2023 17:46.

Pg 17 of 95
COUNTY000505

495 BERRY AVE, HAYWARD, CA 94544

### SUSPECTS-3

| SUSPECTS-3 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-3 RAMIREZ, IVAN RODRIGUEZ | 2006-08-27 *(juvenile)* |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Hispanic / Hispanic Or Latino | (510) 706-8767 (primary, Mobile Phone) |

HOME ADDRESS
23643 WRIGHT DR, HAYWARD, CA 94541

### SUSPECTS-4

| SUSPECTS-4 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-4 Mendoza, Abraham | 2006-06-17 *(juvenile)* |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Hispanic / Hispanic Or Latino | (510) 798-2732 (Home Phone) |

HOME ADDRESS
24223 MAGNA AV, HAYWARD, CA 94544

### SUSPECTS-5

| SUSPECTS-5 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-5 HERNANDEZ, ERIC | 2008-01-15 *(juvenile)* |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Hispanic / Hispanic Or Latino |

HOME ADDRESS
21332 MEEKLAND AV, TONI CT & MISSION CT, HAYWARD, CA 94541

## OFFENSE-4

OFFENSE CODE
PC 245(A)(4) ADW WITH FORCE:POSSIBLE GBI F - 13A Aggravated Assault

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Jul 3, 2023 01:57 | Jul 3, 2023 16:00 | ☒ COMPLETED<br>☐ ATTEMPTED | ☐ YES ☒ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
|---|---|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

| WEAPON / FORCE INVOLVED | AGGRAVATED ASSAULT FACTORS / HOMICIDE FACTORS |
|---|---|
| Personal Weapons | Assault On Law Enforcement Officer or Officers |

| GANG INFORMATION | IS ANTI-REPRODUCTIVE RIGHTS CRIME? |
|---|---|
| Unknown | ☐ YES ☒ NO |

### OFFENSE LOCATION

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
1621 163RD AV

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SAN LEANDRO | CA | 94578 | US |

| LOCATION CATEGORY | AREA / BEAT / ESZ / SUBDIVISION 4 / SUBDIVISION 5 | PUBLIC / PRIVATE |
|---|---|---|
| Multiple Family Dwelling | Ashland / E2 / 1223 | Private |

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Snider #2374   Jul 11, 2023 22:07 (e-signature) | Ryan Romeril #1217   Jul 11, 2023 22:10 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Snider #2374 | Ryan Romeril #1217 |

CONFIDENTIAL

| V-1 QURISHI, B. #22773 | | 21 - 30 years old |
|---|---|---|
| SEX | RACE / ETHNICITY | |
| Male | Other / Unknown | |
| VICTIM IS OFFICER | LEOKA ACTIVITY TYPE | |
| ■ YES ☐ NO | Traffic Pursuits and Stops | |

| LEOKA ASSIGNMENT TYPE |
|---|
| One Officer Vehicle Alone Uniformed Law Enforcement Officers |

*SUSPECTS-2*

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-2 BERNAL-YURIAR, JUAN DIEGO *(deceased)* | 2003-03-29 |
| SEX | RACE / ETHNICITY |
| Male | Hispanic / Hispanic Or Latino |

| HOME ADDRESS |
|---|
| 495 BERRY AVE, HAYWARD, CA 94544 |

*WITNESS-1*

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 VIVO, OWEN | 1968-04-29 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (510) 731-8682 (Home Phone), (925) 890-8909 (primary, Mobile Phone) |

| HOME ADDRESS |
|---|
| 1650 163RD AV, SAN LEANDRO, CA 94578 |

*INVOLVED OTHER-1*

| INVOLVED OTHER-1 (ORGANIZATION) |
|---|
| O-1 CHP - CASTRO VALLEY |

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Government | Law Enforcement |

| PHYSICAL ADDRESS |
|---|
| CHP CASTRO VALLEY, 21020 REDWOOD RD, CASTRO VALLEY, CA 94546 |

| PHONE NUMBER |
|---|
| (510) 581-9028 (Home Phone) |

| NAME IDENTIFIER |
|---|
| Legacy Id: 147254 |

### OFFENSE-5

| OFFENSE CODE |
|---|
| VC 20002(A) HIT AND RUN-PROPERTY DAMAGE |

| OFFENSE START DATE | OFFENSE END DATE | SUSPECTED COMPUTER/ HANDHELD DEVICE USE |
|---|---|---|
| Jul 3, 2023 01:57 | Jul 3, 2023 16:00 | ☐ YES ■ NO |

| SUSPECTED ALCOHOL CONSUMPTION | OTHER SUSPECTED DRUG USE | |
|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | |
| MODUS OPERANDI | | IS ANTI-REPRODUCTIVE RIGHTS CRIME? |
| Accomplices - Unknown | | ☐ YES ■ NO |

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Zachary Snider #2374   Jul 11, 2023 22:07 (e-signature) | Ryan Romeril #1217   Jul 11, 2023 22:10 (e-signature) |
| PRINT NAME | PRINT NAME |
| Zachary Snider #2374 | Ryan Romeril #1217 |