# EXHIBIT 18

Transcript of the Testimony of:

# IVAN RODRIGUEZ RAMIREZ

YURIAR, et al.

vs.

COUNTY OF ALAMEDA, et al.

July 15, 2025

Volume I



1      That's what I told you at the beginning of
2  a deposition, right, if I ask you a question that
3  doesn't make sense or you don't understand, just
4  speak up, and I'll clarify it for you.  So let's
5  start over.
6      So how did you first meet Oso back in the
7  beginning of 2022?
8      A    Through bicycles.  I would ride bicycles.
9      Q    Have you spoken with Oso or seen him since
10 the incident?
11     A    Yes.  Just like "hi" and "bye."  I don't
12 really like to talk about it.
13     Q    Have you spoken with him about the
14 incident?
15     A    No.
16     Q    A stolen vehicle that was -- strike that.
17     So at some point on July 2nd or July 3rd of
18 2023, did you assist with stealing a vehicle?
19     A    No.
20     Q    You were in a stolen vehicle, though, when
21 it crashed, correct?
22     A    Yes.
23     Q    Do you recall if it was Hyundai?
24     A    Yeah.  It was Hyundai.
25     Q    And then for Diego, when did you first meet

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were duly sworn; that a record
 8    of the proceedings was made by me using machine
 9    shorthand which was thereafter transcribed under my
10    direction; that the foregoing transcript is a true
11    record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [  ] was [  ] was not requested.
16              I further certify I am neither financially
17    interested in the action, nor a relative or employee
18    of any attorney or party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: July 29, 2025
23
24                        _____
25                        JANE BRAMBLETT, CLR, CCRR
                          CSR No. 7574
```