# EXHIBIT 19

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4  MARIA LIN YURIAR; and JUAN        )
   GUILLERMO,                        )
5                                    )
                                     )
6          Plaintiffs,               )
                                     )   Case No.:
7      vs.                           )   4:23-cv-06438-KAW
                                     )
8  STATE OF CALIFORNIA; BASIR        )
   QURISHI; and DOES 3-10,           )
   Inclusive,                        )
9                                    )
           Defendants.               )
10 _____)

11

12

13

14

15     VIDEOTAPED/VIDEOCONFERENCED DEPOSITION OF

16          BASIR SAHIL QURISHI

17          Dublin, California

18          Friday, July 11, 2025

19

20

21

22

23  Reported by:
    LAURA L. CORNING
24  FCRR
    California CSR No. 8363
25  JOB No. 18224

1    estimated it at.  I don't recall exact -- the exact

2    speeds, but it was a high rate of speed.

3         Q.    Okay.  At some point did you attempt to pull

4    the vehicle over?

5         A.    So Officer Harding and I were attempting to

6    catch up to the vehicle to get a license plate number.

7         Q.    Did you see the vehicle crash at some point?

8         A.    Yes.

9         Q.    Where did the vehicle crash?

10        A.    It was as it was exiting the off-ramp, it

11   crashed into the -- like an electrical box of some sort.

12        Q.    And how far would you estimate the vehicle you

13   were in was from the vehicle when it crashed?

14        A.    At the time of the crash, we were pretty close

15   to the vehicle.

16        Q.    How close would you say is "pretty close"?

17        A.    If -- if I were to use car lengths as an

18   example, maybe a few car lengths.

19        Q.    What would you estimate the speed of the

20   vehicle at the time of the crash?

21             MS. SULLIVAN:  Calls for speculation; but if

22   you know, you can answer.

23             THE WITNESS:  I don't recall.  I don't

24   remember how fast it could have been going at the time of

25   the crash.

Basir Sahil Qurishi

```
 1    BY MR. GALIPO:
 2          Q.    Do you have any estimate?
 3          A.    I would not be able to give an estimate based
 4    off my memory.
 5          Q.    And how would you characterize the clash --
 6    the crash?  Was it a height impact, a heavy impact?  How
 7    would you characterize it?
 8          A.    I don't quite remember how it looked.  I just
 9    remember they crashed into an electrical box or something
10    of that nature.
11          Q.    Did you have any impression whether it was a
12    big impact or a light impact or anything else?
13          A.    I don't recall how I felt at that moment or
14    how hard the impact was.
15          Q.    Okay.  And did your vehicle come to a stop at
16    some point?
17          A.    Yes.
18          Q.    Where did it come to a stop?
19                MS. SULLIVAN:  Vague as to time, but go ahead.
20                THE WITNESS:  If I recall correctly, we came
21    to a stop slightly behind and to the right of the vehicle
22    that we were attempting to conduct an enforcement stop
23    on.
24    BY MR. GALIPO:
25          Q.    At some point did you see people fleeing from
```

Basir Sahil Qurishi

1    the vehicle?

2         A.    Yes.

3         Q.    How many people did you see fleeing?

4         A.    I don't recall the exact number, but I saw

5    multiple people with ski masks on, fully clothed, exiting

6    and running from the vehicle.

7         Q.    Did you see people getting out of both the

8    driver's side and the passenger side?

9         A.    All doors looked and appeared to be open.  So

10   I'm not sure, but I just saw multiple people running with

11   ski masks on heading towards the residential direction.

12        Q.    And when you saw these people getting out of

13   the car and running, were you still in your car or had

14   you gotten out of your car?

15        A.    I don't recall exactly.  I might have been in

16   the process of getting out.

17        Q.    And you would have gotten out on the passenger

18   side?

19        A.    That is correct.

20        Q.    And at some point, if you know, was the patrol

21   vehicle moved from that initial stopped position?

22        A.    Yes.  I had gotten back into the patrol

23   vehicle and moved it.

24        Q.    And why did you get back into the patrol

25   vehicle?

Basir Sahil Qurishi

1    A.    When all the suspects with ski masks on had

2  exited their vehicle and ran towards a residential area,

3  Officer Harding and I quickly cleared the vehicle and

4  Harding went after them on foot and told me to get in the

5  patrol vehicle, and so I ran back to the patrol vehicle.

6    Q.    And what did you do once you got back into the

7  patrol vehicle?

8    A.    I put it in Drive and drove in the direction

9  that the individuals with ski masks ran and my partner

10  ran.

11    Q.    And did you bring the vehicle to a stop again

12  at some point?

13    A.    Yes.

14    Q.    Where did you stop it again?

15    A.    In -- in the street and in some neighborhood.

16    Q.    Why did you stop it there?

17    A.    So at that moment, as I was originally driving

18  the vehicle down that street, I saw two shadowy figures

19  running.  I assumed it was my partner and whoever he was

20  chasing.  So once I got close to those figures, that's

21  where I stopped it and realized it was not my partner.

22  It was two people with ski masks on.

23    Q.    Did you have a police radio on you at the

24  time?

25    A.    Yes.  I had a handheld radio on me.

Basir Sahil Qurishi

```
 1        A.    Again, the only thing I saw was Suspect B kept
 2   reaching for his ankle area.  I was not sure if he had
 3   something there or not.
 4        Q.    Okay.  You're familiar with what a gun looks
 5   like?
 6        A.    Yes.
 7        Q.    You have training with respect to firearms?
 8        A.    Yes.
 9        Q.    You're aware that, for example, a handgun has
10   different parts:  like a grip, a trigger, a trigger
11   guard, a barrel, slide, things like that?
12        A.    Yes.
13        Q.    What I'm specifically asking you -- I know you
14   didn't know whether they had any weapons on them or not.
15   I get that.  I'm wondering if you saw a firearm at that
16   point.
17        A.    I did not see it -- anything visible on the
18   outside; but if they had something concealed, I would not
19   know.
20        Q.    Okay.  And did either one of them verbally
21   threaten to harm you at that point?
22        A.    At that exact moment, no.
23        Q.    Did you have any idea as to how old these
24   people were?
25        A.    I had no idea who I was dealing with.
```

Basir Sahil Qurishi

1   Everyone was covered up head to toe and wearing ski

2   masks.

3       Q.   So, for example, did you know their race?

4       A.   Again, I would not know what [sic] their race

5   or who I was dealing with due to the fact that they were

6   all covered up head to toe wearing ski masks.

7       Q.   And did you have any impression, initially, as

8   to their age, whether they were in their teens, twenties,

9   or thirties, for example?

10          MS. SULLIVAN:  Asked and answered.  Calls for

11  speculation based on prior testimony, but go ahead.

12          THE WITNESS:  Again, I -- I wouldn't know how

13  old they were just because they were covered up head to

14  toe wearing ski masks.

15  BY MR. GALIPO:

16      Q.   And after you told them to prone out on the

17  ground or words to that effect, did you give them any

18  other commands?

19          MS. SULLIVAN:  Just vague as to time.  I know

20  that you're talking about at this very point in time, but

21  go ahead.

22          THE WITNESS:  I don't recall if I gave any

23  other commands.  I do remember asking if they had weapons

24  on them.

25  //

Basir Sahil Qurishi

```
 1    BY MR. GALIPO:

 2         Q.    And did either one of them respond?

 3         A.    I recall the suspect on the sidewalk respond

 4    and tell me he had a knife in his waistband area.

 5         Q.    Was that Suspect A?

 6         A.    Yeah.  That's Suspect A, the one that was on

 7    the sidewalk.

 8         Q.    And did he take the knife out at some point?

 9         A.    No.

10         Q.    He just --

11         A.    But I don't -- I don't know if he did at some

12    point throughout the whole thing, but while I was near

13    him, he did not.

14         Q.    He just told you he had a knife in his

15    waistband in response to your question.

16         A.    Yes.

17         Q.    Did Suspect B respond at all to your question

18    about whether they had weapons?

19         A.    No.

20         Q.    At that point did you try to communicate to

21    find out where your partner was?

22         A.    No.

23         Q.    At that point did you try to find out where

24    backup was and how far out it was?

25         A.    At that exact point, no.
```

Basir Sahil Qurishi

1    Q.   Did you consider holding these two at gunpoint

2  until your backup arrived?

3         MS. SULLIVAN:  Incomplete hypothetical.  Lacks

4  foundation, but go ahead to the extent you understand.

5         THE WITNESS:  I felt like I had to make a move

6  due to the fact it felt like a long time was passing and

7  I had two suspects in front of me.

8  BY MR. GALIPO:

9    Q.   I -- I get that part.  I guess what I'm asking

10  you is whether you considered waiting for backup; whether

11  the thought even crossed your mind.

12    A.   So I already felt like I was [sic] waited and

13  waiting long enough, and that's when I decided to make my

14  decision to ...

15    Q.   Okay.  To take some action or to make contact

16  with them?

17    A.   Yes.  The goal was to place them in handcuffs.

18    Q.   So when you say you thought you waited long

19  enough, you mean you had waited long enough for backup to

20  get there?

21    A.   It just felt like a lot of time was passing

22  by.  I was getting worried that these two would end up

23  doing something.  So I felt like I needed to start

24  placing cuffs on these suspects.

25    Q.   Did you have any information as to how far

1  out -- backup was out?

2      A.   I -- I don't know.

3      Q.   What did you do to try to place handcuffs on

4  them?

5      A.   I gave them the command to prone out on the

6  ground.

7      Q.   Anything else?

8      A.   I remember walking up towards Suspect A and

9  grabbing his wrists and attempting to place cuffs on him.

10     Q.   And what happened with Suspect A?

11     A.   I was able to get a handcuff on his wrist.

12     Q.   One wrist?

13     A.   Yes.

14     Q.   Do you recall which wrist it was?

15     A.   I believe it was his right wrist.  I'm not

16  entirely sure.  It's been -- been a while.

17     Q.   Was Suspect A still standing on the sidewalk

18  when you approached him?

19     A.   So I -- like I said, I had them all -- I had

20  both suspects, A and B, prone on the ground.  So he was

21  prone when I approached him.

22     Q.   So when you asked them to prone on the ground,

23  they both got down prone in compliance with your command?

24     A.   Suspect A got down prone.  Suspect B went

25  prone but started being fidgety and reaching for his

1  ankle area.

2      Q.   While he was prone?

3      A.   Yes, while he was prone.

4      Q.   And if I'm understanding, when you say

5  "prone," you're talking about chest/stomach down?

6      A.   Yes.  Prone as in chest and belly on the

7  ground.

8      Q.   And when Suspects A and B were prone, how far

9  were they apart from each other approximately?

10     A.   Again, I don't know the exact distance that

11 they were from each other.  If you want me to give you an

12 estimate, like I said, it felt like Suspect A was 10, 15

13 feet and Suspect B was 20, 25 feet from me.

14     Q.   That would -- so those are the estimates you

15 gave initially, but they were about the same when they

16 went prone?

17     A.   I believe so.  I -- I don't know.

18     Q.   And when Suspect B was reaching towards his

19 ankle area, did you see any weapon or anything in that

20 area?

21     A.   I -- I don't know if he had anything concealed

22 within that area.

23     Q.   But did you see any gun at that time?

24     A.   I wouldn't know if it was concealed within

25 that area or not.  If you're talking about on the outside

Basir Sahil Qurishi

1    of his clothing, I didn't see anything.

2        Q.   Okay.  And why did you only get one handcuff

3    on Suspect A?

4        A.   I put one handcuff on Suspect A, and Suspect B

5    immediately got up and started running.

6        Q.   So you felt if you didn't give chase to

7    Suspect B you wouldn't -- you wouldn't -- strike that.

8             You felt that if you completed the handcuffing

9    process on Suspect A, Suspect B would get away?

10            MS. SULLIVAN:  Lacks foundation.

11            THE WITNESS:  So I'm not sure what you're

12   asking.  I'm sorry.

13   BY MR. GALIPO:

14       Q.   That's okay.  That's what I told you to do at

15   the beginning.

16            I asked you why you didn't complete the

17   handcuffing process on Suspect A, and you said because

18   Suspect B got up and started moving or running away.

19            Did I understand you correctly?

20       A.   Yes.

21       Q.   So I -- what I'm gathering is, what you're

22   telling me, that you felt if you had completed the

23   handcuffing process on Suspect A, then that would have

24   given Suspect B more of an opportunity to get away.

25            Is that what you were thinking?

1    MS. SULLIVAN:  Misstates testimony and lacks

2    foundation.

3        Go ahead.

4        THE WITNESS:  So what I was thinking at that

5    time was I was unsure if Suspect B had any weapons on

6    him.  I was unsure what his goal was in that moment, if

7    he was planning to reposition and attack me.  I was

8    unsure if there was anybody else in the area, such as

9    residents who may have been outside due to the fact --

10   for the concern and safety of the community and everyone

11   around.  That's why I left Suspect A, who was at this

12   moment cooperative and compliant with me, and went after

13   Suspect B.

14   BY MR. GALIPO:

15       Q.   Do you know how much -- how much longer it

16   would have taken you to handcuff the other hand of

17   Suspect A?

18       MS. SULLIVAN:  Calls for speculation.

19       Go ahead, if you know.

20       THE WITNESS:  I do not know how long it would

21   have taken me.

22   BY MR. GALIPO:

23       Q.   Given that he was compliant, would it be fair

24   to say it would have been less than five seconds?

25       MS. SULLIVAN:  Calls for speculation.  It's an

Basir Sahil Qurishi

```
 1   incomplete hypothetical.
 2            THE WITNESS:  I do not know how long it would
 3   have taken due to the fact he had really thick gloves and
 4   thick clothing on, if I recall correctly.
 5   BY MR. GALIPO:
 6       Q.   Okay.  Had -- had Suspect A said anything to
 7   you up to this point that you get the one handcuff on him
 8   other than he's got a knife in his waistband area?
 9       A.   I do not recall if he said anything else.
10       Q.   Well, given that he's the one that told you he
11   had the knife on him, didn't you think it was important
12   to complete the handcuffing process on the -- on the
13   suspect that you knew had a weapon?
14            MS. SULLIVAN:  Lacks foundation.  Misstates
15   testimony.
16            Go ahead.
17            THE WITNESS:  So he was completely cooperative
18   with me, answering questions, whereas Suspect B did not
19   answer when I asked if -- if any of them had weapons.
20            Again, Suspect B running, I did not know what
21   he was planning to do.  I did not know if he had any
22   weapons on him.  I did not know if there was anyone else
23   in the area.  So for the safety of the community and
24   everyone around, I felt that was the best decision:
25   to go after Suspect B.
```

Basir Sahil Qurishi

```
 1    BY MR. GALIPO:
 2         Q.    And so at that point you realized that you did
 3    not complete the handcuffing process on Suspect A; is
 4    that fair?
 5         A.    Yes.   I knew I did not complete the handcuff
 6    process.
 7         Q.    And you were aware, at least based on what he
 8    told you, that he had a knife in his waistband?
 9         A.    Yes.
10         Q.    And you might have answered this already, but
11    did you ever consider completing the handcuffing on
12    Suspect A and then, rather than pursuing Suspect B, just
13    using your police radio to help set up a containment or a
14    perimeter?
15              MS. SULLIVAN:   It's asked and answered and
16    compound.
17              Go ahead.
18              THE WITNESS:   So in that moment what I was
19    thinking was I was not sure what Suspect B had on him.  I
20    was unsure if he had any weapons on him.  I was unsure
21    what his thought process was, if he was planning to
22    reposition or do something else.  I didn't know if there
23    was anyone else within the area, residents or whoever.
24    And so for the safety of the community and everyone
25    around, I decided that was the best decision:  to
```

Basir Sahil Qurishi

```
1    pursue Suspect B.
2    BY MR. GALIPO:
3        Q.    And did you say anything to Suspect A before
4    you started pursuing Suspect B?
5        A.    I do not recall if I said anything.
6        Q.    And then where did you pursue Suspect B to?
7        A.    We were still in front of the same
8    residence -- residential area.
9        Q.    How far did he move from you?
10           MS. SULLIVAN:  It's vague as to time.
11   BY MR. GALIPO:
12       Q.    So I'll try to clarify.
13           At some point I take it he got up from this
14   prone position?
15       A.    So, yes.  As I put one handcuff on Suspect A,
16   Suspect B immediately got up and started running.
17       Q.    Where did he go to?
18       A.    I'm not entirely sure what you mean by that.
19   His general direction, he ran -- if I'm facing him, he
20   ran to the right.
21       Q.    I'm just wondering, like, did he go to the
22   next yard?  Did he go to a fence?  Did he go to a tree?
23   Did he go 10 feet away.  Did he go a hundred feet away.
24   I'm trying to figure out where he went to after he got
25   up.
```

Basir Sahil Qurishi

1    A.    I believe he -- by the time I caught up to

2  him, we may be where -- from his position of being prone,

3  we were probably -- this is just me guessing -- 15 feet

4  from that original position.

5    Q.    And when you caught up to him, what were you

6  standing on, if you recall?  Was it grass?  Concrete?

7  Dirt?  Or something else?

8    A.    I do not recall.  I just remember it felt

9  uneven.  It did not feel solid.

10    Q.    Did you say anything to him after he got up

11  and started running away?

12    A.    I do not recall anything specifically.  I -- I

13  may have told him to get on the ground or stop.  I don't

14  recall.

15    Q.    Did he say anything to you as he was moving

16  away from you?

17    A.    I don't know if he did or not.

18    Q.    What did you do once you caught up to him?

19    A.    I just remember wrapping my arms around him.

20    Q.    And why -- why were you doing that?

21    A.    To get him on the ground or to get him to stop

22  running.

23    Q.    Did you eventually get him back on the ground?

24    A.    Yes.  I remember he was also himself -- like,

25  it felt like his body weight was going down towards the

1   ground himself as I also was trying to push him towards

2   the ground.

3        Q.   And do you believe you may have asked him to

4   get on the ground again?

5        A.   I don't remember for sure, but I may have told

6   him to get on the ground.

7        Q.   And so was this the second time now he's on

8   the ground prone?

9        A.   I don't know if he was prone in this moment,

10  but he was on the ground with his general chest area

11  facing towards the ground.

12       Q.   Was he saying anything to you at this point?

13       A.   I do not recall.

14       Q.   Did you attempt to handcuff him at this point?

15       A.   So at this moment, like I said, the ground

16  where I was, it felt uneven, and with the Suspect A still

17  on the sidewalk proned out, I felt like I needed to

18  reposition myself and Suspect B.

19       Q.   So did you attempt to handcuff him at all when

20  he went down the second time?

21       A.   I don't believe I did.

22       Q.   And the reason is -- is because of the uneven

23  ground and the positioning of Suspect A?

24       A.   I just remember my thought process being to

25  reposition me and Suspect B due to it not feeling even or

Basir Sahil Qurishi

 1   solid.

 2        Q.   And did you reposition Suspect B?

 3        A.   As I tried to reposition Suspect B, that's

 4   when he immediately turned and grabbed both of my legs

 5   and threw me on the ground and got on top of me, told me

 6   he was going to kill me, and started delivering deadly

 7   blows to my head over and over again.

 8        Q.   We're going to get to all that.  I'm just

 9   trying to take it one step at a time.

10        I -- I think I asked you when you attempted to

11   reposition him.

12        A.   (Indiscernible.)

13        MS. SULLIVAN:  Asked and answered.  Asked and

14   answered.

15        Go ahead.

16        THE WITNESS:  So, yes, as I tried to

17   reposition him, that's when he took me down on the ground

18   did everything I just explained to you.

19   BY MR. GALIPO:

20        Q.   Okay.  So you- -- you're saying that you --

21   you had him down in a prone or semi-prone position the

22   second time, and you didn't try to handcuff him at that

23   point?  Am I understanding you correctly?

24        MS. SULLIVAN:  Misstates testimony and lacks

25   foundation.

Basir Sahil Qurishi

```
 1                    Go ahead.
 2                    THE WITNESS:  So at that point, like I said,
 3    it felt like the ground was uneven, and I wasn't sure why
 4    it felt that way to me, but I felt like my best thing was
 5    to reposition myself and Suspect B.
 6    BY MR. GALIPO:
 7         Q.   Okay.  So I'm just going to break this down.
 8                    Would you agree you did not try to handcuff
 9    him at that point?
10                    MS. SULLIVAN:  Same objection.  Asked and
11    answered twice now, but go ahead.
12                    THE WITNESS:  So, again, at that point I was
13    choosing to reposition myself and Suspect B due to
14    everything I explained.
15    BY MR. GALIPO:
16         Q.   I know you choose [sic] to reposition.  I'm
17    just wondering if you tried to handcuff him before you --
18    you reposition or decided not to for the reasons you
19    stated?
20         A.   Okay.  If -- sorry.  I misunderstood your
21    question.  No, I didn't try to because my goal was to
22    reposition.
23         Q.   Okay.  So my next question is, what was your
24    plan where you wanted to reposition him to?
25         A.   I felt like repositioning him towards a
```

1    flatter surface, maybe the sidewalk, closer to, maybe,

2    Suspect A, so I could have both within my vicinity.

3        Q.    So did you voluntarily stand him up or ask him

4    to get up?  What happened there?

5            MS. SULLIVAN:  Misstates testimony, but go

6    ahead.

7            THE WITNESS:  I do not recall.  I just

8    remember he immediately decided to go after my feet -- or

9    legs and take me down onto the ground, and ...

10   BY MR. GALIPO:

11       Q.    I guess what I'm -- and I'm going to get to

12   that next, but I guess I'm wondering, how did he get from

13   a prone position to standing up.  Did he do that

14   voluntarily or did you pick him up to reposition him?

15   That's what I'm trying to find out, and then we'll get to

16   what happened after.

17           MS. SULLIVAN:  Misstates testimony that he got

18   to a standing position, but go ahead.

19           THE WITNESS:  Again, so I -- when you asked me

20   if he got prone for the second time, I said, I don't know

21   if he was actually fully prone, but his chest was towards

22   the ground.  So I -- I don't remember.  I don't recall

23   how his body was in that second time.

24   BY MR. GALIPO:

25       Q.    Okay.  And then did he end up getting to his

1  feet at some point?

2      A.   I don't know.  I don't know how or what he

3  did.

4      Q.   How were you planning on getting him from

5  where he was to the sidewalk?

6      A.   I was planning on assisting him up and walking

7  over there.

8      Q.   Okay.  How far was the sidewalk from you?

9      A.   I don't know.  If I were to give a guess, 10,

10  15 feet.

11      Q.   That's an estimate?

12      A.   That is my estimate.

13      Q.   Okay.  So you were going to stand him up, walk

14  him over to the sidewalk, and -- and put him back down

15  prone?  Is that what you were thinking?

16      A.   I was going to put him in a better position to

17  where I could place him in cuffs and have him wait.

18      Q.   And you felt you could not put him in cuffs in

19  the position he was in?

20      A.   So in that position I felt like it was just an

21  uneven surface.  It didn't feel, in that moment, right

22  for me, and I just wanted to reposition myself and

23  Suspect B.

24      Q.   And had you started the process of -- of

25  getting him up?

Basir Sahil Qurishi

1  but are you saying that he got up from that second prone

2  position at some point?

3       A.   What I'm saying is -- I'm saying I'm not sure

4  if I was helping assisting him get up or if he was

5  getting up on his own.  I did not expect him to do what

6  he did.  I didn't expect him to quickly turn around and

7  throw me on the ground and continue to strike me with

8  deadly blows and tell me he's going to kill me and all of

9  that.

10      Q.   Okay.

11      A.   I didn't expect any of that.

12      Q.   I understand.  So you're saying he got up.

13 You're just not sure if you assisted him up or not?

14      A.   Yes.  I don't recall how it happened.

15      Q.   And you're saying that it was after he got up

16 that he attacked you?

17      A.   Yes.  I'm saying it was -- it was at that

18 moment, during that repositioning that I was trying to

19 do, whether he was getting up on his own or whether it

20 was me who was assisting him get up, it was at that

21 moment he swept me from under my feet, got on top of me

22 and started striking me with deadly blows to my head and

23 telling me that he's going to kill me.

24      Q.   Okay.  So he takes you to the ground, and at

25 some point you end up on your back; is that correct?

Basir Sahil Qurishi

```
 1          A.   Yes.  That sounds accurate.  He -- like I
 2    said, he grabbed both of my legs, and it felt like I fell
 3    straight on my back.
 4          Q.   And he was on top of you at some point?
 5          A.   Yeah.  It felt like -- immediately after he
 6    threw me down, it felt like he was immediately on top of
 7    me.
 8          Q.   And at some point he starts punching?
 9          A.   Yes.  Everything felt immediate one after the
10    other.
11          Q.   Could you tell if he was punching you with his
12    right hand or left hand?
13          A.   When he was giving me those deadly blows to
14    the head, it felt like he was using both hands.
15          Q.   Okay.  Was he wearing gloves at the time?
16          A.   I do not recall if he was wearing gloves at
17    the time.
18          MS. SULLIVAN:  Hey, Dale, in the next five or
19    ten minutes do you want to take a break?
20          MR. GALIPO:  Yeah.  We can take a break.  One
21    second, please.
22          Q.   During the incident, did you have any audio
23    recording device on?
24          A.   Yes.
25          Q.   And where was that on your person?  Was
```

1    A.    Yes.  I don't recall if -- since the incident?

2    Q.    Right.

3    A.    Since the incident, also, I don't recall if

4  I've had any training.

5    Q.    Were you trying to block any of the blows that

6  were coming towards you?

7    A.    I felt like I was unable to block any blows.

8  They were rapid hard deadly blows that he was aiming

9  towards me.  It -- I -- it just felt rapid and hard

10 deadly blows towards my head area.

11   Q.    I'm just wondering whether you were trying to

12 block them, not whether you were successful or not,

13 whether you were trying at all.

14         MS. SULLIVAN:  Asked and answered.

15         Go ahead.

16         THE WITNESS:  I was trying to get out of that

17 situation alive.  So, yes, I felt like I was trying to

18 get away, block or dodge; but, again, he was on top of me

19 delivering strong, rapid, felt like over and over, again,

20 these deadly blows to my head.

21 BY MR. GALIPO:

22   Q.    What were you doing to try to get out of that

23 position?

24   A.    I remember originally trying to squirm away or

25 overcome him, but he -- he overpowered me and started

1  striking me with blows to the head and telling me he's

2  going to kill me.  At that moment I felt like I had to

3  fight for my life, and I utilized my firearm.

4        Q.    So were you on your back when you took your

5  firearm out?

6        A.    Yes.  When I took my firearm out, I was on my

7  back while Suspect B was delivering these deadly blows to

8  my head.

9        Q.    And how did you get your firearm out?  Did

10  you -- did you do that with one hand or two?

11       A.    I remember using just my right hand.

12       Q.    And what did you have to do with respect to

13  the locking mechanism to get the firearm out?

14       A.    In respect to the retention, I just remember

15  using my right thumb, pushing it down and forward, which

16  enables me to remove the firearm.

17       Q.    And had you already planned on shooting him

18  before you removed the firearm?

19       A.    So, like I mentioned, at this moment, during

20  that time, Suspect B was on top of me.  He told me he was

21  going to kill me, and he was doing so by delivering

22  deadly blows to my head.  So in that moment, I removed my

23  firearm in order to stop the threat and to save my life

24  from being taken from me.

25       Q.    So if I'm understanding your answer, you were

1   intending to shoot him before you removed the -- removed

2   the firearm.  That's why you removed it.  Am I getting

3   that correct?

4               MS. SULLIVAN:  Asked and answered, but go

5   ahead.

6               THE WITNESS:  The reason why I was removing

7   the firearm was to stop the deadly threat that Suspect B

8   was doing by telling me he was going to kill me and also

9   by showing it by delivering deadly blows to my head.

10              So, yes, I removed the firearm at that point

11  with the idea to stop the threat and to shoot Suspect B.

12  BY MR. GALIPO:

13      Q.   Okay.  And how much time do you think passed

14  between you removing the firearm and you shooting him?

15      A.   I -- I do not know.  Everything felt very,

16  very long.

17      Q.   Well, how long was it?  Can you give me any

18  estimate or range?

19              MS. SULLIVAN:  Asked and answered, but go

20  ahead.

21              THE WITNESS:  Again, I do not know.  That

22  whole situation felt very long.

23  BY MR. GALIPO:

24      Q.   Right now I'm just asking for how much time

25  between you taking the gun out and shooting him.

Basir Sahil Qurishi

```
 1   BY MR. GALIPO:
 2        Q.   When you took your firearm out of your holster
 3   with your right hand, what -- where did you direct it or
 4   point it?
 5        A.   So I remember pointing it up, and then I
 6   started moving it towards the left where I believed his
 7   general vicinity was.  But during that time, as I was
 8   moving it, it felt like there was some sort of
 9   resistance.  I was unsure if he was grabbing it or not.
10        Q.   Well, let me ask you this:  Did you ever see
11   his hand on your weapon at any point?
12        A.   I couldn't see anything due to the fact he
13   just kept hitting me in the head over and over again with
14   deadly blows.
15        Q.   So I take it that's no, you did not see his
16   hand on your weapon because you're saying you couldn't
17   see anything?
18        A.   No.  I -- I couldn't see if he had his hand on
19   my weapon or not.  He just continued to strike me in the
20   head with deadly blows over and over again.
21        Q.   How many times do you think he struck you in
22   the head after you pulled your gun out?
23        A.   After I pulled my gun out, I do not know.  It
24   felt like multiple times throughout the incident.  After,
25   it felt like he struck me multiple times as well.  I do
```

Basir Sahil Qurishi

1  not know.  I can't give you an answer.

2       Q.   Can you give me any estimate how many times he

3  hit you in the head after you pulled your gun out?

4            MS. SULLIVAN:  Asked and answered, but go

5  ahead.

6            THE WITNESS:  I -- I don't know.  I don't

7  know.

8  BY MR. GALIPO:

9       Q.   Do you know where he hit you in your face or

10 head after you pulled your gun out?

11      A.   I don't know.  It felt like everywhere.  It

12 felt like just my whole general head area.

13      Q.   And you don't know if he was wearing gloves or

14 not.  Is that your testimony?

15      A.   That is correct.  I do not know if he had

16 gloves on or not.

17      Q.   So when you were getting struck in the face,

18 you couldn't tell if it was a bare fist or not?

19      A.   I do not know.  They just felt so heavy.  And,

20 again, like I've been saying, just multiple deadly blows

21 to my head.  It just felt like really large heavy blows.

22 I do not know if it was gloved or if it was ungloved.

23      Q.   And after you pulled your gun out, these blows

24 to the head, what -- what hand were they being delivered

25 with, if you know.  His right hand or left?

Basir Sahil Qurishi

```
1       A.    Again, I don't know.  It felt like he was
2  using both of his hands when he was delivering these
3  deadly blows to my head.
4       Q.    Could you ever feel his hand on your hand at
5  any time?
6       A.    I don't believe I ever felt his hand on my
7  hand.  I just felt, like I said, some sort of resistance
8  as I was trying to position my firearm towards him.  I
9  don't know if he was grabbing it or not.  I assumed he
10  may have been just because it was a resistance as I was
11  trying to aim it towards his general area to which I
12  thought he was in.
13       Q.    And were you trying to strike him when you
14  fired your shot?
15       A.    The goal was to prevent the threat from
16  continuing.  So, yes, I was trying to position my firearm
17  to where it would strike the threat; in this case, that
18  would be Suspect B who was on top of me telling me he was
19  going to kill me and delivering deadly blows.
20       Q.    Yes.  I've heard that a few times during the
21  deposition.
22       A.    Yeah.
23       Q.    So were you trying to aim at his upper body?
24       A.    I was just trying to stop the threat.  I
25  didn't know where I was aiming it.  I was just going
```

Basir Sahil Qurishi

1  towards that general vicinity of where I thought he was

2  in.

3      Q.   Was the barrel of your gun pressed against any

4  part of his body when you fired?

5      A.   Again, I do not know.  All I can say, I felt

6  resistance.  I don't know if that was him grabbing it.  I

7  don't know what it was.  But it felt like there was

8  resistance as I was moving it to the left towards his

9  general area.

10     Q.   Well, do you know if the resistance was caused

11 by the barrel of your gun impacting a part of his body

12 before you fired?

13     A.   Again, I don't know what it was caused by.

14 During this whole time, he was just over and over again

15 hitting me in the head with deadly blows.  I was unable

16 to see anything.  I was just trying to point it towards

17 his general direction; and in this case, I felt there was

18 resistance.

19     Q.   Right.  I was just exploring the resistance

20 you're saying that you felt.

21     A.   Yes.

22     Q.   Do you know if, in your mind, the resistance

23 was consistent with the barrel of your gun impacting a

24 part of his body?

25     A.   Again, I don't know where that resistance was

1  coming from.  I don't know if it was his body.  I don't

2  know if he was grabbing it.  I don't know.

3      Q.    Okay.  Did your gun jam after the first shot?

4      A.    Yes.

5      Q.    Did you have any training that a gun could jam

6  if it's pressed against a hard object or a body when you

7  fire?

8      A.    I don't know if we were particularly trained

9  on if -- on that type of jam, but generally I -- I know a

10 gun can jam in multiple ways.

11     Q.    What are the ways that you understand a gun

12 can jam?

13     A.    A gun can jam just naturally as you're just

14 firing.  A gun can jam if someone or something is pushing

15 the slide or -- there's many ways a gun can jam.  I don't

16 know what caused that jam.

17     Q.    And after disengaging the retention, removing

18 your firearm from your holster, moving it to the left and

19 trying to strike Suspect B, did you press the trigger?

20     A.    So as I was pulling out the firearm and moving

21 it towards the left and meeting that resistance, once I

22 felt I had it towards the general vicinity of Suspect B's

23 body, I did pull the trigger.

24     Q.    And did you intentionally pull the trigger or

25 was it an accidental discharge?

Basir Sahil Qurishi

```
 1        A.   I intentionally pulled the trigger, again, due
 2   to the fact that Suspect B was on top of me and
 3   delivering these deadly blows, telling me he was going to
 4   kill me.  So in other words, in order to save myself and
 5   to stop the threat, I intentionally pulled the trigger.
 6        Q.   And just so I'm clear, these deadly blows that
 7   you're talking about, are they the blows to your face?
 8        A.   Yes.  They were the blows to my face and head
 9   area.
10        Q.   And there were pictures taken of you
11   afterwards showing your injuries, correct?
12        A.   Yes.  I believe so.
13        Q.   And this threat to kill, how many times did he
14   threaten to kill you?
15        A.   I recall him saying one time something along
16   the lines, I'm going to fucking kill you, and then
17   proceeded to use a derogatory term:  the N word.
18        Q.   And when did he say that in relation to the
19   punches?
20        A.   I do not know the exact time, but it was as he
21   was on top of me and as he was delivering these strikes,
22   these deadly blows, to my head.
23        Q.   And after you fired your shot, what happened
24   next?
25        A.   After I fired my shot, I felt like I was still
```

1   receiving these deadly blows to my head from Suspect B;

2   and then I don't know how much time passed, but it was

3   around that moment when I heard two more gunshots.

4        Q.   So you're saying that you were receiving blows

5   from Suspect B after you pulled your gun out and before

6   your shot and also you were receiving blows from

7   Suspect B after you shot?

8        A.   That's what it felt like, yes.  After I shot,

9   it felt like the punches, the blows to my head, were

10  still continuing.

11       Q.   And how many blows do you think you received

12  after you fired your shot?

13            MS. SULLIVAN:  Asked and answered.

14            Go ahead.

15            THE WITNESS:  I don't know.  I don't know how

16  many blows after I shot the firearm.

17  BY MR. GALIPO:

18       Q.   And how soon after you fired your -- strike

19  that.

20            Did you try to fire a second shot?

21       A.   Yes.  So, like I said, after I shot, it felt

22  like I -- Suspect B was still throwing these deadly blows

23  towards my head, so I did attempt to pull the trigger

24  again, and that's when I realized my gun was jammed.

25       Q.   And were you still on your back at that point?

1       A.    I'm not sure what exact moment you're

2   referring to.

3       Q.    So it sounds like you tried to fire another

4   shot, your gun appeared to be jammed, and then you heard

5   two more shots, correct?

6       A.    Yes; that's correct.

7       Q.    What did you do next?

8       A.    After the two shots?

9       Q.    Correct.

10      A.    So I -- this is where I don't really know what

11  happened.  I just remember seeing the deputy and then --

12  yeah.  That's essentially -- I remember seeing the

13  deputy, and just everything was done at that point.

14      Q.    Well, you had -- you didn't stay on your back,

15  did you?

16      A.    I remember that I was up and I was checking

17  myself and the deputy was asking if I was okay.

18      Q.    And what did you tell him?

19      A.    I remember checking myself, and I believe I

20  told him I'm good or I think I'm good, something along

21  those lines.  I don't know exactly.

22      Q.    Did you do anything to try to clear the jam

23  after you got up?

24      A.    So I remember looking at my gun and seeing

25  that it was jammed.  I can't recall if I racked the slide

1    and unjammed it or how exactly I unjammed it, but, yes.

2         Q.    And then did you re-holster your gun?

3         A.    I don't know if that was the exact moment I

4    re-holstered my gun.

5         Q.    Could you tell whether or not Suspect B had

6    been shot?

7         A.    I don't know if -- at that moment if he was

8    shot by me or the deputy.

9         Q.    But did it appear that he had been shot?

10        A.    Yes.  It appeared he was shot.

11        Q.    What did you observe or hear that made you

12   believe that Suspect B had been shot?

13        A.    I don't know in terms of hearing anything

14   because I just felt like I was hearing a ringing noise

15   that entire time.  All I saw was him off of me and on the

16   ground.

17        Q.    But did you hear something:  moaning,

18   groaning?  Did you see blood or anything?

19        A.    During that time I felt like I was pretty

20   disoriented.  I felt like I -- I generally was feeling

21   like a ringing sound coming from my ears.  I didn't hear

22   or see what you're describing.

23        Q.    Did you go and assist with Suspect A after --

24   after the shooting?

25        A.    Yes.  I remember the deputy told me, hey, CHP,

1    at 3:16 p.m.

2    BY MR. GALIPO:

3        Q.    Okay.    To your knowledge, had you had any

4    prior contact with Suspect B?

5        A.    I would not have been able to know that

6    because he was wearing a ski mask and his identity was

7    essentially hidden.

8        Q.    Did they ever take his ski mask off, if you

9    recall, before you left the scene?

10       A.    I do not recall or do not know what they did.

11       Q.    In your interview do you recall indicating

12   that you just fired once?

13       A.    I do not remember the exact statement I may

14   have said in my interview, but I know I only fired once,

15   or one shot only came out from my firearm.

16       Q.    Right.    I guess what I'm getting at, did you

17   ever say in your interview that you tried to fire a

18   second shot?

19       A.    Again, I don't know if I said that in my

20   interview or not.

21       Q.    Are you telling me today that you did try to

22   fire a second shot?

23       A.    I did pull the trigger again because, like I

24   said, I did not know if Suspect B was still -- I did not

25   know if Suspect B was still trying to continue to harm

1    me.  All I could feel was the -- the blows to my head.

2    So I -- I -- at this point I tried to fire again.  That's

3    when I felt the trigger was not working.

4         Q.   And did you try to fire again before you heard

5    the other two shots?

6         A.   Yes.  I pulled the trigger again before the

7    other shots.

8         Q.   Now, at some point did you notice that your

9    tac light was on?

10        A.   So when I pulled out my firearm, it looked

11   like my light was on.  I don't know how it turned on or

12   what caused it to turn on.  I don't know -- I don't know

13   how it turned on.

14        Q.   But did you realize that your -- your light on

15   your firearm was on before you fired your shot?

16        A.   Yes, I believe so.

17        Q.   In your statement -- and I'm on Page 80,

18   Kimberly, and I'm looking at Lines 16 through 20 --

19   there's a question, or part of a question, "Why did you

20   not pull the trigger more than once?"

21             And you say, "So, like, that's why it jammed.

22   So when I pulled the trigger, there was no pulling it

23   again because it was not in battery at this point."

24             Do you recall saying that in your statement?

25             MS. SULLIVAN:  I'm going to object to the

1   extent that it's an incomplete with respect to another

2   portion of the transcript.  At Page 97 there's further

3   responses on that specific issue.

4          MR. GALIPO:  Okay.  I'm willing to look at

5   both.  Let me just break it down.

6      Q.   Do you recall saying that in part of your

7   statement, what I just read?

8      A.   It sounds familiar.  Like I've been telling

9   you, I can't recall the exact statements I said that --

10  that day.

11     Q.   But it seems like in this portion of your

12  statement -- does the battery have something to do with

13  the jamming?  Maybe that's what I'm misunderstanding.

14     A.   So "out of battery" is a term when your gun --

15  or when your slide is jammed or locked.  Essentially,

16  when you're unable to use your gun, they call that being

17  out of battery.

18     Q.   I see.  And on Page 79 of your statement you

19  say that -- and this is on Line 1, you heard two

20  gunshots, pretty much immediately after, and you're

21  referring to your shot.

22          Does that sound right, that you heard the

23  other two gunshots almost immediately after your shot?

24     A.   Yeah.  Like I said today, after I shot, it

25  felt like a few seconds, and then the two additional

Basir Sahil Qurishi

1  skull area.

2      Q.   Do you know if there's any medical record that

3  existed that shows that you had a fractured orbital

4  socket?

5      A.   I don't know as I was never diagnosed for

6  that.  It was just what I was told by the doctor.  They

7  said it's something that heals on its own.

8      Q.   And your training with respect to use of

9  deadly force, are you essentially trained that to use

10  deadly force there has to be an immediate or imminent

11  threat of death or serious bodily injury?

12      A.   Yes.  We are trained in regards to that, to

13  use deadly force when there is an immediate -- imminent

14  threat of great bodily harm or death or injury.  In this

15  case, he was on top of me delivering deadly blows to my

16  head and telling me he was going to kill me, which is why

17  I used deadly force.

18      Q.   Right.  I'm not asking -- I've heard that

19  about 20 times today.  I was trying to focus on your

20  training right now.  And were you trained that if there's

21  not an immediate or imminent threat of death or serious

22  bodily injury you should not shoot?

23      A.   Yes.  If those circumstances aren't available

24  [sic], you should not.

25      Q.   And were you trained that to use deadly force,

1  for there to be an imminent threat of death or serious

2  bodily injury, there has to be the opportunity, ability,

3  and apparent intent to immediately cause death or serious

4  bodily injury?

5       A.   I'm sorry.  Could you repeat that for me?

6       Q.   Sure.  I don't know if you're familiar with

7  there's -- a few years back, I think maybe in the

8  year two-thousand- -- or 2020 or 2021 there was a

9  revision of Penal Code Section 835A in the learning

10 domain.

11       Are you familiar with the training that there

12 has to be the opportunity, ability, and apparent intent

13 to immediately cause death or serious bodily injury to

14 use deadly force?

15      A.   Yes.  And in this case that was happening, in

16 my situation, as Suspect B was telling me he was going to

17 kill me and he was striking me in the head over and over

18 again with deadly blows.

19      Q.   I got that part, I think, over and over again.

20       I was wondering if that was part of your

21 training.

22       MS. SULLIVAN:  Asked and answered.  Go ahead.

23       MR. GALIPO:  He's -- yeah.  I didn't know that

24 he -- I was unclear if he answered yes.  I didn't catch

25 that part.

1    Q.    So I'll ask it again if you want.  Was that

2  part of your training, to use deadly force, the person

3  has to have the ability, opportunity, and apparent intent

4  to immediately cause death or serious bodily injury?

5         MS. SULLIVAN:  Asked and answered.

6         Go ahead.

7         THE WITNESS:  Yes.  We were taught those

8  things in the CHP academy.

9  BY MR. GALIPO:

10   Q.    Okay.  And you also were trained to give a

11 verbal warning before using deadly force when feasible?

12   A.    When feasible, yes.  In my situation, it was

13 not feasible as, again, Suspect B was on top of me and

14 actively engaging in throwing these deadly blows towards

15 my head and telling me he was going to kill me.

16   Q.    I think -- I thought you told me he just said

17 that one time?

18   A.    Yes.  He's telling me he's going to kill me.

19 I heard it one time.

20   Q.    Okay.  And, if you know, does the policy say

21 you should give a verbal warning when possible?

22   A.    I am not sure what the policy says verbatim,

23 but when possible and if feasible, yes, a warning could

24 work.

25   Q.    Okay.  And, obviously, you're aware, based on

1    I, Laura L. Corning, a Certified Shorthand

2 Reporter of the State of California and a Federal

3 Certified Realtime Reporter, do hereby certify:

4     That the foregoing proceedings were taken

5 before me at the time and place herein set forth;

6     That prior to testifying, the witness was

7 placed under oath by me;

8     That a verbatim record of the proceedings was

9 made by me using machine shorthand and thereafter

10 transcribed under my direction and supervision;

11     That the foregoing deposition is a full, true,

12 and correct transcript of my shorthand notes so taken and

13 transcribed;

14     That any dismantling of this transcript will

15 void my certification as a Certified Shorthand Reporter,

16 Federal Certified Realtime Reporter;

17     That I am not financially interested in the

18 action, nor a relative or employee of any attorney or any

19 of the parties, nor am I in any way interested in the

20 outcome of the pending litigation.

21     IN WITNESS WHEREOF, I have this date subscribed

22 my name.

23 Dated:  7/21/25

24        _____

          LAURA L. CORNING

25         FCRR, CSR No. 8363