# EXHIBIT 20

1             TRANSCRIPTION OF RECORDED INTERVIEW

2                         OF

3                   BASIR QURISHI

4

5                         ON

6                 JULY 5, 2023

7            ALAMEDA COUNTY, CALIFORNIA

8

9

10

11  Interviewed by:  Special Agent Kim Mansfield,

12                   Special Agent Christian Hansen

13                   California Department of Justice

14                   Division of Law Enforcement

15                   Bureau of Investigation

16

17

18  Transcribed by:  Patricia Poswall,

19                   Foothill Transcription Company

20                   July 22, 2023

21                   Elk Grove, California

22

23                   --o0o--

24

25

1

1    from the vehicle in a westerly direction

2    towards -- um -- towards the 163rd Avenue.

3    Um -- Officer Hardin and I cleared the car,

4    so there was no one else in there.  Hardin

5    -- um -- and I run towards the suspects,

6    I'll call them that -- um -- and then he

7    instructs me to get the car, the patrol

8    vehicle.  So I run back to the patrol

9    vehicle and put it in drive and go down 163rd

10   Avenue.  Um -- I see two like figures in the

11   distance, which I believe is Hardin and the

12   suspects, or suspect.  So I drive down there

13   -- um -- it's at this point I realize it's

14   not Hardin, but I see -- do see two suspects

15   -- um -- um -- I stop my patrol vehicle, one

16   of them puts his hands up and the other one

17   is kind of just walking by -- uh -- the

18   residence we're at, I don't know the

19   address.  Um -- I was in my patrol vehicle,

20   and I withdraw my firearm and point it in

21   their general direction and instruct them

22   like get on the floor and put their hands

23   where I could see them.  Um -- they

24   complied.  Um -- I put out radio traffic of

25   where I am and what had just occurred.  Um -

32

```
 1                      - I'm waiting, I'm looking around to see
 2                      where my partner is, I'm waiting for someone
 3                      to show up.  Um -- as I'm waiting, I'm --
 4                      I'm thinking what  -- what to do next and so
 5                      -- um -- I'm sorry --
 6  Mansfield:          No worries, take your time.
 7  Qurishi:            -- I go -- during this time as I'm looking
 8                      at them -- um -- I'll call them Suspect A
 9                      and Suspect B -- uh -- Suspect A is closest
10                      to the sidewalk, he's -- he's down.  But
11                      Suspect B -- um -- keeps looking at me
12                      weirdly and -- um -- reaching for his -- um
13                      -- ankle, so at this point I'm thinking
14                      maybe he has some type of weapon or
15                      something on him.  So I -- I say out -- as I
16                      get to Suspect A I say out loud -- because
17                      at this point, I'm thinking of putting
18                      handcuffs on Suspect A, so I say out loud,
19                      do you guys have any weapons on you?  Uh --
20                      Suspect A says he has a -- uh -- um -- he
21                      says he has a knife in his front waistband.
22                      Suspect B doesn't respond to me but he's
23                      still being fidgety and reaching for his  --
24                      uh -- ankle.  I -- during this time I
25                      instructed him to stop and to keep his hands
```

33

CHP00000575

1   where they were.  As I'm putting his -- uh
2   -- Suspect A's handcuffs on, Suspect B
3   suddenly -- uh -- takes a sprint -- um --
4   and since I don't know what was possibly in
5   -- um -- in his ankle -- uh -- I just assu
6   -- I was thinking he had some weapon on him
7   and so I immediately went to go apprehend
8   him.  Uh -- I run after him -- um -- and I
9   get him to the ground.  Uh -- we're on top
10  of like these bushes or shrubs.  Um -- uh --
11  at this point because of the area I'm at and
12  Suspect A not fully handcuffed yet I tried
13  to -- um -- I tried to get -- um -- Suspect
14  B up, and as I'm getting him up, he quickly
15  turns around and gets out of my grip and --
16  uh -- grabs both of my legs -- uh -- takes
17  me down onto the floor.  I try to overcome
18  him -- um -- but I can't.  He gets fully
19  mounted on me -- um -- and then he starts
20  delivering blows -- uh -- heavy, deadly
21  blows to my head.  At this point I'm -- I'm
22  fearing that I'm going to go blackout,
23  unconscious, I'm scared that I'm about to
24  essentially die.  Um -- he's yelling at me
25  all sorts of things and he says that he's

34

CHP00000576

```
 1              Suspect A -- uh -- I hear him screaming
 2              stuff, so I don't know if he's about to join
 3              in on the fight.  And -- um -- so I pulled
 4              out my handgun -- uh -- as I pull it out, I
 5              notice somehow, I -- because I never
 6              activated it -- but my flashlight was on and
 7              -- um -- I'm trying to -- uh -- put -- uh --
 8              angle my handgun towards his -- Suspect B's
 9              body.  But I know this is like -- so I'm not
10              -- I'm unsure what's going on, if he's
11              grabbing it or whatnot, like I said I can't
12              see, he's just pummeling me in my head the
13              entire time, and then so I angle it, pull
14              the trigger.  At this point there was no
15              reaction, so I don't know if I even hit him
16              or not.  Um -- and then I just hear two more
17              gunshots, which freaks me out because I have
18              no idea -- I -- during this entire time I'm
19              thinking I'm all alone.  Then when I see --
20              to my right I see a deputy -- um -- who had
21              just pretty much -- he -- I heard two
22              gunshots, I look, I see the deputy.  Um -- I
23              get up and the deputy asked me, CHP, are you
24              okay, are you okay?  And I'm looking at
25              myself, I'm in shock as -- uh -- two
```

36

```
 1                      complying -- um -- and what does that mean
 2                      to you when you say that he's complying?
 3  Qurishi:    He's obeying my commands, he's listening.
 4                      Um -- so that's what I mean by comply.
 5  Mansfield:  Okay.  And -- um -- I think you said the
 6                      other one was complying but he was kind of
 7                      fidgety?
 8  Qurishi:    He was complying, but he was looking at me
 9                      very differently than the other one.  I
10                      don't know how to quite describe it, but it
11                      was a weird look and he was also being --
12                      like I had mentioned he kept on wanting to
13                      touch or go towards his ankle.
14  Mansfield:  And in your training and experience, what
15                      does that mean when someone keeps reaching
16                      for their ankle?
17  Qurishi:    Uh -- so usually when someone's trying to
18                      like -- for example, if they're like
19                      covering their waist or something, it means
20                      they're trying to hide a weapon or something
21                      that's there.  Um -- in this case I'm
22                      assuming it was a weapon just based on the
23                      entire circumstance with the ski mask,
24                      gloves on, so that was my thought process at
25                      the time that he had some type of weapon in
```

61

| | | |
|---|---|---|
| 1 | **Mansfield:** | Okay.  And about how far did he -- did he |
| 2 | | get before he stopped? |
| 3 | **Qurishi:** | Uh -- maybe like 25 feet, 20 feet. |
| 4 | **Mansfield:** | Okay.  And -- |
| 5 | **Qurishi:** | That's just an estimate. |
| 6 | **Mansfield:** | -- sure.  And how -- what -- what made him |
| 7 | | stop? |
| 8 | **Qurishi:** | I immediately got up and told him stop, get |
| 9 | | down.  I grab -- I got -- got my arms around |
| 10 | | him, motioned him down.  He also started, |
| 11 | | from what it looked like, complying and got |
| 12 | | down with like with me, so as I'm pulling |
| 13 | | him down, I noticed that he's also putting |
| 14 | | his body weight down.  And then we're -- |
| 15 | | that's when we're on the shrubs. |
| 16 | **Mansfield:** | Okay.  So -- |
| 17 | **Weinstein:** | (Coughs) Excuse me. |
| 18 | **Mansfield:** | -- he stopped -- um -- about the time that |
| 19 | | you made contact with him, and you wrapped |
| 20 | | your arms around him?  Or -- |
| 21 | **Qurishi:** | I don't know exactly how I -- uh -- got a |
| 22 | | hold of him, but I did get a hold of him. |
| 23 | **Mansfield:** | Okay.  And were you holding his hands?  Do |
| 24 | | you know where you were touching? |
| 25 | **Qurishi:** | I don't recall exactly where I was holding |

63

1              we are on the shrubs and due to the other

2              guy still not being completely -- um -- in

3              handcuffs, and him having a knife -- um -- I

4              tried to reposition him and get him up.  And

5              that's when he begins his attack on me.

6    **Mansfield:**   Okay.  And you said that he -- uh -- had

7              fully mounted you.  What -- what does that

8              mean?

9    **Qurishi:**    Uh -- by that I mean -- um -- just fully on

10             top of me.  Um -- like if I'm laying back

11             someone's full body just like on me, like a

12             full mount.  I don't even know how to quite

13             describe it, but it was -- he fully mounted

14             me.

15   **Mansfield:**   Okay.  So you're lying on your back?

16   **Qurishi:**    So he swept me from under my feet, taking me

17             down.  I fell straight onto my back, I don't

18             know if my head hit the -- somewhere --

19             we're somewhere on the driveway -- um -- he

20             takes me down, my head hits -- I don't know

21             if it hits or not but I'm -- I'm there.  And

22             then it's just -- I don't remember if I'm

23             trying to like push him off me, but that's

24             when he just gets his full body on and he

25             overcomes my power, gets his full body on

```
 1                    me, and just immediately starts delivering

 2                    his -- uh -- deadly blows to my head.

 3   Mansfield:       Okay.  So he actually was able to sweep your

 4                    legs out from under you?

 5   Qurishi:         So yeah, he just quickly turned around and I

 6                    remember grabs -- he grabs both of my legs

 7                    and pulls them up, which gets me off balance

 8                    and then I went on my back.

 9   Mansfield:       Okay.  And you said at that point you think

10                    you might have hit your head as well?

11   Qurishi:         I may have -- um -- I can't say for sure,

12                    but I just know that's when -- it was almost

13                    instant, he just immediately starts

14                    delivering these heavy blows to my head,

15                    just rapidly, as he's saying a bunch of

16                    things to me.

17   Mansfield:       Okay.  Did you have your firearm out of the

18                    holster at that point?

19   Qurishi:         It is in the holster, retention up at that

20                    point.

21   Mansfield:       Okay.  So -- um -- when you -- when you got

22                    out of the vehicle originally you had your

23                    -- uh -- your firearm out and they were

24                    complying and then the decedent was kind of

25                    fidgeting.  At what point did you put your
```

66

|    |             |                                                      |
|----|-------------|------------------------------------------------------|
| 1  |             | firearm back into the holster?                       |
| 2  | **Qurishi:** | When I go to Suspect A, when he's sprawled          |
| 3  |             | out on the sidewalk to put the handcuffs on,        |
| 4  |             | I holstered my firearm, retention up, and           |
| 5  |             | that's when I grabbed his arms and asked            |
| 6  |             | them do you guys have any weapons on you?           |
| 7  |             | And Suspect A said yes, I have a knife in my        |
| 8  |             | front waist.  That's when my firearm was           |
| 9  |             | back in the holster with the retention up.          |
| 10 | **Mansfield:** | Okay.  And so did you get a cuff on him at        |
| 11 |             | that point?                                          |
| 12 | **Qurishi:** | I got one of his hands cuffed.  At this            |
| 13 |             | point I'm going a little slower than what           |
| 14 |             | I'd usually be doing because I'm watching           |
| 15 |             | the other guy as he's being fidgety like I'm        |
| 16 |             | -- like I've been explaining, and also -- uh        |
| 17 |             | -- Suspect A had thick gloves on to where it        |
| 18 |             | was -- uh -- making it difficult to get the         |
| 19 |             | handcuff on as well.                                 |
| 20 | **Mansfield:** | Okay.  And did you ultimately get a handcuff     |
| 21 |             | on him?                                              |
| 22 | **Qurishi:** | Yes.                                                 |
| 23 | **Mansfield:** | Okay.  And just one?  Or both?                   |
| 24 | **Qurishi:** | Uh -- just one, so I believe if he's lying        |
| 25 |             | face down it was his right hand that I got          |

| 1 | | ground -- uh -- on your back -- um -- after |
| 2 | | he -- he took your legs out from under you, |
| 3 | | correct? |
| 4 | **Qurishi:** | Uh-huh. |
| 5 | **Mansfield:** | And your firearm is holstered at that point? |
| 6 | **Qurishi:** | Uh-huh. |
| 7 | **Mansfield:** | Um -- and you're not sure about your |
| 8 | | flashlight? |
| 9 | **Qurishi:** | Yeah, I don't know where my flashlight is. |
| 10 | | Um -- at this point I don't know if it's in |
| 11 | | my pocket or somewhere on the ground |
| 12 | | somewhere or -- um -- still on me.  I don't |
| 13 | | -- yeah, I don't know. |
| 14 | **Mansfield:** | Okay.  And you -- so let's kind of get into |
| 15 | | how -- um -- describe the mount.  So was he |
| 16 | | -- do you think he was laying all the way on |
| 17 | | top of you?  Or did he have his legs kind of |
| 18 | | straddling you? |
| 19 | **Qurishi:** | I think it's more of a straddle.  His chest |
| 20 | | is up -- uh -- knees down on me, not like |
| 21 | | one me but against my body, at least this is |
| 22 | | how I'm remembering it. |
| 23 | **Mansfield:** | Okay.  And where do you think his knees |
| 24 | | were?  Like how high up or how low -- |
| 25 | **Qurishi:** | I don't know. |

70

| | | |
|---|---|---|
| 1 | **Mansfield:** | Okay.  So you don't remember exactly where |
| 2 | | he is, but you think he's around your waist |
| 3 | | area? |
| 4 | **Qurishi:** | Yes. |
| 5 | **Mansfield:** | Um -- and he's punching you ten times or so |
| 6 | | -- um -- you reach for your firearm, and |
| 7 | | then, I'm sorry, what was the intention if |
| 8 | | you got to your firearm?  What -- like why |
| 9 | | were you reaching for the firearm?  What |
| 10 | | were -- what were you going to do? |
| 11 | **Qurishi:** | Um -- to prevent myself from being killed, |
| 12 | | to survive, to try and get him to stop -- um |
| 13 | | -- delivering these heavy, deadly blows onto |
| 14 | | my head/brain/skull area. |
| 15 | **Mansfield:** | Okay.  And -- um -- I can't remember if we |
| 16 | | went through this, he had a closed fist? |
| 17 | **Qurishi:** | Yeah. |
| 18 | **Mansfield:** | When he was punching you?  Okay.  And -- um |
| 19 | | -- I think you said you -- you did |
| 20 | | ultimately get your firearm out of your |
| 21 | | holster? |
| 22 | **Qurishi:** | Yes. |
| 23 | **Mansfield:** | Okay.  And then you said that you tried to |
| 24 | | point it towards him.  Can you describe |
| 25 | | where you were pointing it? |

1   **Qurishi:**      Yes.  So I'm laying back, I remember pulling

2                     it out, holding it, pulling it forward so

3                     it's pointed up at the sky.  Um -- I -- I

4                     remember seeing the light on it on, I don't

5                     know how it got on, so I'm -- I'm unsure if,

6                     at this point, he's grabbing it or not.  I

7                     just -- because I know I didn't turn on my

8                     flashlight and then I just know -- because

9                     I'm getting hit -- I can't really see

10                    exactly where he is, but I know he's on top

11                    of me so I'm pushing towards the left and it

12                    feels like there's resistance, so I just

13                    pushed to the left to where I know it's in

14                    his general direction, and that's when I

15                    pulled the trigger.

16  **Mansfield:**    Okay.  Um -- so what you're describing, it

17                    -- what I can see -- um -- let me just make

18                    sure that I'm describing it correctly -- um

19                    -- so you have your upper arm on the ground,

20                    and you have the firearm in your hand in

21                    your normal grip?

22  **Qurishi:**      Uh-huh.

23  **Mansfield:**    And you're trying to move your wrist and arm

24                    towards, you know, the elbow to the wrist,

25                    that area of your arm, towards where his

76

CHP00000618

```
 1                          body is?
 2   Qurishi:     Yes.
 3   Mansfield:   Okay.  And then you feel some resistance of
 4                          some sort?
 5   Qurishi:     Yes.  I can't see anything really at this
 6                          point at -- I'm just getting -- uh -- I feel
 7                          like I'm still getting these blows to my
 8                          head so I'm just trying to do my best at
 9                          this point and try and survive.
10   Mansfield:   Okay.  And you don't know if the resistance
11                          is from him grabbing your arm?  Or grabbing
12                          the -- the actual firearm?
13   Qurishi:     Yes, I don't know what's going on.  I just
14                          know that randomly my flashlight is on and
15                          I'm feeling resistance.
16   Mansfield:   Okay.  And you said at some point you moved
17                          it over to the left and then you -- you
18                          pulled the trigger?
19   Qurishi:     Yes.
20   Mansfield:   Okay.  And then why did you -- why did you
21                          shoot?
22   Qurishi:     Like I said, I was at this point throughout
23                          this fight I'm fearing for my life, I think
24                          I'm about to get incapacitated.  Um -- I was
25                          trying to get him to stop him from
```

77

```
 1                        What's up, Nigga?  As he's just delivering

 2                        these blows to my head.

 3    Mansfield:          Okay.  And -- uh -- you pulled the trigger

 4                        one time, is that correct?

 5    Qurishi:            Yeah, I pulled the trigger once, and then

 6                        that's -- I believe that's when my gun jams.

 7                        I'm not too sure, but --

 8    Mansfield:          Okay.  And what were you aiming at?  Any

 9                        particular part of his body or just in his

10                        general direction?

11    Qurishi:            I was just aiming in the general direction

12                        and when I shot, like I said, I didn't see a

13                        reaction and it felt like I was still

14                        getting beat up, so I didn't even know if I

15                        hit him or not.

16    Mansfield:          Okay.  Um -- and then you heard two shots --

17    Qurishi:            Yes.

18    Mansfield:          -- after that?

19    Qurishi:            I heard two gunshots pretty much immediately

20                        after that which, I'm going to be honest,

21                        scared me because I didn't know where that

22                        was coming from or who it was, but then I

23                        saw that it was a deputy and who saved my

24                        life.

25    Mansfield:          Okay.  And -- um -- the two gunshots, were
```

79

CHP00000621

```
 1                   that scenario?
 2   Qurishi:        I don't know, but it -- with him on top of
 3                   me, pulling out my taser would have been a
 4                   very bad idea just because how close
 5                   proximity it was, potentially tasing me or
 6                   say it tases him and then his body just
 7                   lands on top of mine, because that's what
 8                   happens when you get tased, you completely
 9                   lock up.  So I wasn't thinking about a taser
10                   at that point.
11   Mansfield:      Okay.  How about your baton?
12   Qurishi:        From the ground I would not use a baton.  Um
13                   -- it just wouldn't be helpful to bring that
14                   out or -- because you need to use it with
15                   force to get it open -- um -- so it wasn't
16                   an option.
17   Mansfield:      Okay.  Um -- any other -- um -- sort of
18                   option?  Did you have any option aside from
19                   pulling your firearm, that you believe?
20   Qurishi:        No, that was at that point my only option to
21                   survive as he's just repeating these blows
22                   to my head.  I thought I was going to die,
23                   get incapacitated in some way, shape, or
24                   form.  Um -- everyone knows your head is
25                   very sensitive, it takes one punch to -- to
```

83

CHP00000625

```
 1                       kill someone.  Honestly, that's -- um -- the

 2                       truth, so one punch can kill you.

 3   Mansfield:          How long do you think -- um -- he was on top

 4                       of you?

 5   Qurishi:            I don't know.  It felt like a long time.  Um

 6                       -- it felt like forever.

 7   Mansfield:          Okay.  Did -- do you think that you were --

 8                       um -- exhausted at that point?  Or do you

 9                       feel like if you had gotten up you could

10                       have potentially fought back?

11   Qurishi:            Uh -- I don't know, I was just getting

12                       punched in the head over and over again, I

13                       was just out of it, to be frank.

14   Mansfield:          Okay.  And when you were being punched, I

15                       know you said you were surprised that the

16                       deputy came up, were you aware of anyone

17                       else around -- um --

18   Qurishi:            I thought I was all alone.  I had no idea

19                       where my partner was, if he was even alive

20                       at this point -- um -- because essentially I

21                       didn't know, but I -- because like I said,

22                       when I was going after those two black

23                       figures I thought it was my partner.  So I

24                       don't know where he is at this point.  Um --

25                       and I didn't know deputies even knew about
```

84

```
 1                         I was -- when I had my handgun out, I wasn't
 2                         sure how the light was on, why there was
 3                         resistance when I was moving it to the left
 4                         to get to the direction of his body.  But
 5                         like I said, I was getting repeatedly blown
 6                         in the head -- um -- so I wasn't able to see
 7                         or tell if he was or not.
 8    Mansfield:           Okay.  And tell me about your light.  Is it
 9                         just a pressure light that turns it on?  Or
10                         do you have to flip a switch?
11    Qurishi:             It's a little flip, so you push down on it
12                         and then it turns on.
13    Mansfield:           And that's with your -- your index finger?
14    Qurishi:             Yeah, so I had it where I could flip it with
15                         either of my index finger here or if I were
16                         to hold it with my left hand I could flip it
17                         with my left index finger.
18    Mansfield:           Okay.  So it's more towards the -- um --
19                         muzzle end of the firearm?
20    Qurishi:             Yes, yes.
21    Mansfield:           Okay.  And that -- um -- for it to activate
22                         it has to be flipped down?  So there has to
23                         be some pressure sort of down around
24                         (overlapping) --
25    Qurishi:             Down or up can get it to turn on.
```

95

| | | |
|---|---|---|
| 1 | **Mansfield:** | Okay.  And when you pulled it out of your |
| 2 | | holster, it was already on? |
| 3 | **Qurishi:** | I just remember seeing it on once I had it |
| 4 | | up and I -- I don't know how it turned on. |
| 5 | **Mansfield:** | Okay.  Um -- so you said you were on the |
| 6 | | ground -- um -- and you fired one round. |
| 7 | | What did the decedent do in reaction to your |
| 8 | | round? |
| 9 | **Qurishi:** | So -- uh -- like I mentioned, I didn't see |
| 10 | | any reaction and it felt like I was still |
| 11 | | getting punched in the head. |
| 12 | **Mansfield:** | Uh-huh.  And then -- um -- so you feel like |
| 13 | | he was just going to continue to punch you |
| 14 | | despite that -- that one shot in his |
| 15 | | direction? |
| 16 | **Qurishi:** | Yeah, I didn't know if the shot missed or |
| 17 | | hit him or anything because he didn't give a |
| 18 | | reaction. |
| 19 | **Mansfield:** | Okay.  And then how about after the -- the |
| 20 | | two shots? Uh -- or, I'm sorry, before the |
| 21 | | two shots, do you feel like he was stopping |
| 22 | | punching?  Or do you think he was continuing |
| 23 | | on with what he was doing? |
| 24 | **Qurishi:** | It felt like he was continuing on with what |
| 25 | | he was doing. |

96

1                        TRANSCRIBER'S CERTIFICATE

2

3

4   STATE OF CALIFORNIA     )

5                           )  ss.

6   COUNTY OF SACRAMENTO    )

7

8

9        This is to certify that I, Patricia Poswall,

10  transcribed the audio recording of Basir Qurishi taken on

11  July 5, 2023; that the pages numbered 1 through 105

12  constitute said transcript; that the same is a complete and

13  accurate transcription of the aforesaid to the best of my

14  ability.

15

16        July 22, 2023

17

18

19                        *Patricia Poswall*

20                        Patricia Poswall,
                          Foothill Transcription Company

21

22

23                        --o0o--

24

25

                              106