# EXHIBIT 21

A true and correct copy of Video of the interview by Alameda County Sheriff's Office of eyewitness Owen Vivo taken on July 3, 2023. Produced by Alameda County defendants during discovery as COUNTY000282 will be submitted to the Court via thumb drive