**EXHIBIT 22**

Transcript of the Testimony of:

# OWEN VIVO

YURIAR, et al.

vs.

COUNTY OF ALAMEDA, et al.

July 8, 2025

Volume I



1   A    Yeah, he wound up on his back.
2   Q    And what did the person do that flipped the
3   officer at that point?
4   A    Got on top of him.
5   Q    And when you say "got on top of him," do
6   you know what a mount position is?
7   A    I do not.
8   Q    So the officer is on his back, right?
9   A    Yeah.
10  Q    And then the guy that flipped him over is
11  on top of him.  Right?
12  A    Uh-huh.
13  Q    Is that a "yes"?
14  A    Yes.
15  Q    And do you recall how the guy on top was
16  positioned?  Like, was he laying flat on top of him?
17  Did he have the knees on the opposite sides of his
18  body?  Was he sort of postured up?  Go ahead.
19  A    He had his knees on opposite sides of his
20  body, so almost like he was straddling a horse, kind
21  of, except his legs were bent.
22  Q    Okay.  And they were face to face, correct?
23  A    Correct.
24  Q    Now, when you saw the officer get flipped
25  over, did you observe him hit the ground at all?

```
 1    A    Yes.
 2    Q    How would you describe the flip?  Was it
 3  gentle?  Was it fast?  Was it hard?
 4    A    Fast and hard.
 5    Q    Did you notice that the officer hit his
 6  head on the ground?
 7    A    I didn't, but it didn't look comfortable.
 8    Q    Looked like it would have been painful?
 9    A    Well, yeah.  It's a cement driveway.
10    Q    Okay.  And after you saw the guy that
11  flipped him over and get on top of him straddling
12  him, did you see -- what happened next?  Did you see
13  any further physical altercation?
14    A    Yeah.  He started coming down on top of the
15  officer's head.
16    Q    Coming down with what?
17    A    His fists.
18    Q    Both hands?
19    A    Yeah.
20    Q    Like rapid succession punching?
21    A    Correct.
22    Q    To the head?
23    A    Correct.
24    Q    Did you see him target any other part of
25  the body?
```

1    A    No.
2    Q    Okay.  Was anybody saying anything that you
3    could hear at that point in time?
4    A    The guy that was handcuffed told him to
5    stop and it was over.
6    Q    Did he stop?
7    A    No.
8    Q    How long do you think -- well, strike that.
9         So as the guy on top of the officer is
10   punching him in the head repeatedly with both hands,
11   what was the officer doing?
12   A    Struggling with him.
13   Q    Like trying to block punch him?  Just
14   trying to get up?  Trying to --
15   A    Started off as trying to get up and then
16   ended up looking like more of a defensive curl.
17   Q    Like sort of trying to curl up and protect
18   himself?
19   A    Yeah.
20   Q    So fair to say the guy on top was getting
21   the better of the officer on the bottom?
22   A    Yeah.
23   Q    How long did the punching go on, if you can
24   recall?
25   A    Till everything was over, for the most

```
 1   strike that.
 2           So the guy is on top of the officer
 3   punching him in the head with both hands.  The
 4   officer initially seems to try to fight back, but
 5   then takes more of a defensive position into, like,
 6   a curl, I think you said.  Is that correct?
 7       A   Yeah.
 8       Q   So the punching goes on for a bit longer.
 9   Is that right?
10       A   Yeah.
11       Q   Then what happened?
12       A   And then the sheriff showed up.
13       Q   Okay.  And did you hear the sheriff say
14   anything?
15       A   "Stop.  Show me your hands."  That kind of
16   stuff for a little bit.
17       Q   And what did you see or hear happen next?
18       A   He moved closer to them and was continuing
19   to bark orders, and then when he didn't, he shot
20   him.
21       Q   How many gunshots did you hear?
22       A   I don't remember.  I do remember that he
23   shot him at least once, and then he kept going, and
24   then he shot him again.
25       Q   When you mean "kept going," you mean moving
```

Owen Vivo                                                July 8, 2025

```
 1   you at the table that's recording it.  I think
 2   that's why the volume is kind of low.
 3           Okay.  I'm starting -- just for the record,
 4   I'm starting this portion of the clip at 8 minutes
 5   and 18 seconds.  Okay?
 6           (Video playing.)
 7   BY MR. VALENZUELA:
 8       Q   Okay.  Were you able to hear yourself
 9   describing Diego reaching and fidgeting with his
10   shoe again?  Did you hear that part?
11       A   The first portion of it, yeah.  The end
12   portion of it, no.
13       Q   And is that similar to what you were first
14   describing and what we just talked about, about
15   Diego, or the decedent, reaching near his ankle or
16   shoe area?
17       A   Yeah.
18       Q   And, again, that's the only reaching you
19   saw Diego do during this incident, correct?
20       A   Yeah.
21       Q   Okay.  Okay.  I'm going to play another
22   clip.
23           MR. VALENZUELA:  Lee, you attached this
24   interview as an exhibit already, correct?
25           MR. ROISTACHER:  No, I did not.
```

```
 1        A    After a while, yeah.
 2        Q    Given how long it went on and how many
 3   punches were being landed?
 4        A    Yeah.
 5        Q    And you said you weren't surprised to hear
 6   gunshots, right?
 7        A    Yeah.
 8        Q    And that's from the sheriff's deputy,
 9   right?
10        A    Yeah.
11        Q    And then you said -- I think you said:
12   What do people expect is going to happen?
13             Do you recall saying that?
14        A    Yeah.
15        Q    What do you mean by that?
16        A    You're on top of a police officer whaling
17   on his head.  Some other police officer shows up,
18   and you're still doing it after you've been told not
19   to do it.  Like what do you think the outcome is at
20   that point?
21             MR. ROISTACHER:  I don't have anything
22   further.
23                      FURTHER EXAMINATION
24   BY MR. VALENZUELA:
25        Q    Really quick, before we take a break, one
```

1             I, the undersigned, a Certified Shorthand
2     Reporter of the State of California, do hereby
3     certify:
4             That the foregoing proceedings were taken
5     before me at the time and place herein set forth;
6     that any witnesses in the foregoing proceedings,
7     prior to testifying, were duly sworn; that a record
8     of the proceedings was made by me using machine
9     shorthand which was thereafter transcribed under my
10    direction; that the foregoing transcript is a true
11    record of the testimony given.
12            Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [ ] was not requested.
16            I further certify I am neither financially
17    interested in the action, nor a relative or employee
18    of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21
22    Dated: July 18, 2025
23
24                    _____
25                    JANE BRAMBLETT, CLR, CCRR
                      CSR No. 7574