# EXHIBIT 24

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
MARIA LINA YURIAR; and    )
JUAN GUILLERMO,           )
                          )
          Plaintiffs,     )
                          )
          vs.             )  NO. 4:23-cv-06438 KAW
                          )
COUNTY OF ALAMEDA; STATE  )
OF CALIFORNIA; BASIR      )
QURICHI', ALEXIS          )
PEREZ-ROJAS; and DOES     )
3-10, inclusive,          )
                          )
          Defendants.     )
_____)
```

REMOTE VIDEOTAPED DEPOSITION of KATHERINE RAVEN, M.D.

Wednesday, August 27, 2025

Reno, Nevada

Reported by:
JANE BRAMBLETT, CLR, CCRR, CSR No. 7574
Job No. 130124

```
 1        A    No.
 2        Q    Dr. Raven, we've gone over your autopsy
 3   report for Gunshot Wound No. 1 and No. 2 and we've
 4   looked at some scene photos, some autopsy photos, as
 5   well as now one of the cadaver photos.  Based on
 6   those documents and your view of those documents,
 7   are you able to come to any conclusion as to which
 8   gunshot wound caused Mr. Yuriar's death?
 9             MR. VALENZUELA:  I'll just object as to
10   form.
11             THE WITNESS:  Do you want me to answer?
12   BY MS. SULLIVAN:
13        Q    Yes, please.
14        A    Well, it would have been a combination of
15   the two gunshot wounds to the torso.
16        Q    So based on your 30 years of experience as
17   a forensic pathologist, it's your opinion that
18   Gunshot Wound No. 1 and No. 2 caused Mr. Yuriar's
19   death?
20             MR. VALENZUELA:  Same objection.
21             THE WITNESS: Yes.  I can't say the one to
22   the leg didn't contribute a little bit.  It would
23   have also had some bleeding associated with it.  But
24   the two to the thorax are the most serious.
25   ///
```

```
 1   BY MS. SULLIVAN:
 2       Q    When you say "the two to the thorax,"
 3   you're referring to the chest area?
 4       A    Yes.
 5       Q    I'm going to bring back up your autopsy
 6   report so we can look at your description for the
 7   gunshot wound to Mr. Yuriar's left leg.
 8            First, I'm on page 2.  You indicate that
 9   the entrance wound at left an- -- how do you say
10   that?
11       A    "Anteromedial."
12       Q    Anteromedial thigh.  And then the exit
13   wound is at the left posteromedial thigh, correct?
14       A    Correct.
15       Q    And you also indicated that bullet
16   fragments recovered loosely in pant leg.  True?
17       A    Correct.
18       Q    Does this at least summary of description
19   here indicate anything related to the bullet hitting
20   Mr. Yuriar's femoral artery?
21       A    No.
22       Q    I'm going to go to page 5 of your autopsy
23   report which we've marked as Exhibit 2.  And under
24   Subsection "c" you summarized your finding as to the
25   entrance wound.
```

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a record
 8   of the proceedings was made by me using machine
 9   shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [  ] was [  ] was not requested.
16            I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: September 10, 2025
23
24                      _____
25                      JANE BRAMBLETT, CLR, CCRR
                        CSR No. 7574
```