# EXHIBIT 26

## C. IDENTIFICATION

1) **Firearms/Weapons**

**Officer Basir Qurishi:**

### Primary Firearm

Manufacturer: Smith & Wesson
Model: M&P
Caliber: .40
Serial No: HXD3129

All three firearm magazines and 45 rounds of .40 caliber ammunition were accounted for. One round was fired during the incident and the bullet was recovered in the left pant leg of Bernal-Yuriar. The expended casing was ejected from the firearm during a clearing maneuver and was located at scene.

**Deputy Alexis Perez-Rojas:**

### Primary Firearm

Manufacturer: Sig Saur
Model: P226R
Caliber: 9mm
Serial No: 47C036529

All three firearm magazines and 49 rounds of 9mm caliber ammunition were accounted for. One 20 round magazine had 18 rounds remaining with 1 in the chamber of the firearm for a total of 19 rounds out of a maximum of 21 rounds. The two additional 15 round magazines were loaded to capacity with 15 rounds accounted for in each magazine. Two rounds were fired during the incident. The two expended casings were ejected from the firearm during the normal cycling process when firing the firearm. The two casings were located at scene.

CHP00000110