# EXHIBIT 27

```
1                TRANSCRIPTION OF RECORDED INTERVIEW

2                                OF

3                        ALEXIS PEREZ-ROJAS

4

5                                ON

6                          JULY 5, 2023

7                           CALIFORNIA

8

9

10

11   Interviewed by:   Special Agent Kim Mansfield,

12                     Special Agent Christian Hansen,

13                     California Department of Justice

14                     Division of Law Enforcement

15                     Bureau of Investigation

16

17

18   Transcribed by:   Omar Muchunga,

19                     Foothill Transcription Company

20                     July 24, 2023

21                     Elk Grove, California

22

23                           --oOo--

24

25
```

1

|   |   |
|---|---|
| 1 | directed to.  Um -- I think the address one |
| 2 | was -- was -- uh -- 167 163rd and down that |
| 3 | driveway I see -- I saw a -- a -- a -- a |
| 4 | subject at the time wearing black shirt -- |
| 5 | uh -- mounted on top of someone and actively |
| 6 | assaulting them violently by punching |
| 7 | directly down on them.  Uh -- by a mount I |
| 8 | mean they were physically on top of the |
| 9 | subject, mounting them, straddling them, and |
| 10 | throwing punches left and right with their |
| 11 | balled fists.  As I move closer, I see it |
| 12 | was a CHP officer based on the tan uniform |
| 13 | and the duty belt.  And I'm seeing the CHP |
| 14 | officer's head bounce off the concrete at |
| 15 | the time and I was not expecting to walk |
| 16 | into that.  And I hear the suspect on top |
| 17 | saying profanities to the officer.  Um -- I |
| 18 | can tell the officer was physically trying |
| 19 | to get off, but he appeared exhausted and I |
| 20 | -- I had no idea at the time how bad the |
| 21 | extent of his injuries were.  But it looked, |
| 22 | based on my training and experience -- um -- |
| 23 | as if he was going to be knocked out and the |
| 24 | suspect had a perfect mount on him and there |
| 25 | was no way for the CHP officer to shrimp out |

1  of that.  As I move up and -- um -- I
2  immediately radio on my handheld mic for
3  Code 3 cover based on the officer being
4  assaulted violently.  As I move up, I see
5  what appears to be the silver pistol grip of
6  a firearm and I had no idea at the time if
7  it was the officer's firearm or the
8  suspect's firearm, but I saw a pair of hands
9  fighting for this firearm.  And based on
10 that, I -- I had no -- excuse me -- um -- I
11 -- I withdrew my firearm because I thought
12 he was going to be killed.  But just seeing
13 that is -- is not norm and I feared for the
14 CHP officer's safety.  I -- he -- I can just
15 see in his face that he was terrified and
16 the suspect for a lack of a better term, did
17 not care.  He -- he continues assault as I
18 walked up and I yelled and get off of him
19 and based on my video, I -- I cussed him
20 just the direct commands on him because he
21 at -- at no point -- there was no point for
22 me to reasonably identify myself as a peace
23 officer because he is actively assaulting a
24 peace officer.  So I directed my commands, I
25 said, get the fuck off of him or I'm going

25

| | |
|---|---|
| 1 | and asked him, hey, do you guys need a |
| 2 | tourniquet for the person I just shot? And |
| 3 | he said, no, he's hit in the chest.  So I |
| 4 | said, okay.  Again, asked radio, please Code |
| 5 | 3 medical for a suspect who's been shot and |
| 6 | another separate rig for the CHP officer |
| 7 | because I can tell he had a whole bunch of |
| 8 | head injuries at the time.  And I didn't |
| 9 | know at the time if he blacked out or passed |
| 10 | out, but it looked like he did to me because |
| 11 | he could not keep his eyes straight or |
| 12 | anything.  It was very slow as eye |
| 13 | movements.  And based on my training |
| 14 | experience and based on -- I've been in also |
| 15 | fights like that and it takes a toll on you. |
| 16 | You get tired and you can't think straight, |
| 17 | and you resort to your lo -- (inaudible) |
| 18 | training for him -- uh -- appear just -- um |
| 19 | -- on unjamming his firearm at the time and |
| 20 | that's as much as he could do.  Um -- after |
| 21 | that, I remember my partner, Deputy Angel |
| 22 | Martos grabbed our first aid back from our |
| 23 | patrol cars.  It has everything he needed |
| 24 | for a person being shot.  And I immediately |
| 25 | told him, hey, he needs occlusive -- |

| | | |
|---|---|---|
| 1 | **Mansfield:** | Okay. |
| 2 | **Perez-Rojas:** | Knees left to right on his hips.  Um -- his |
| 3 | | legs were behind, you know, with the thighs |
| 4 | | of the officer standing and straight just |
| 5 | | punching down, I think of UFC fight -- um -- |
| 6 | | MMA fighting and just punching down on his |
| 7 | | head, his neck area in his chest from what I |
| 8 | | could see. |
| 9 | **Mansfield:** | Okay.  And how many punches do you think |
| 10 | | that you -- you saw. |
| 11 | **Perez-Rojas:** | Several.  Um -- do you need a number, an |
| 12 | | estimate? |
| 13 | **Mansfield:** | An estimate if you have it.  I know it won't |
| 14 | | be exact. |
| 15 | **Perez-Rojas:** | At least five or six. |
| 16 | **Mansfield:** | Okay.  And he was the -- the decedent was |
| 17 | | punching with both hands? |
| 18 | **Perez-Rojas:** | Yes. |
| 19 | **Mansfield:** | And what was the CHP officer doing at that |
| 20 | | point? |
| 21 | **Perez-Rojas:** | Um -- he was just squirming and you can just |
| 22 | | -- the -- the sounds of someone being |
| 23 | | scared, essentially just like -- like trying |
| 24 | | to get away.  Um -- I -- I can tell he was |
| 25 | | trying to say something, but he just |

37

|    |                |                                                     |
|----|----------------|-----------------------------------------------------|
| 1  |                | couldn't.  And that -- that's when -- that's        |
| 2  |                | when I was scared because usually we're --          |
| 3  |                | we're -- we're attuned to giving commands           |
| 4  |                | because it causes us to breathe and say,            |
| 5  |                | stop, get off, you know, give commands.  But        |
| 6  |                | he was just so gassed, he was -- I can tell         |
| 7  |                | he was almost -- almost to the point of             |
| 8  |                | saying, I'm done.                                   |
| 9  | **Mansfield:** | Okay.  And so what was the lighting like in        |
| 10 |                | that, in the driveway there, in that area?          |
| 11 | **Perez-Rojas:** | It was illuminated.  Um -- I wouldn't say         |
| 12 |                | very much though.  It was street lights.  Um        |
| 13 |                | -- very dim non-led lights next to the front        |
| 14 |                | of that complex.  It's an apartment complex         |
| 15 |                | I believe.  There's more light where I went,        |
| 16 |                | but that's why I had to turn on my weapon-          |
| 17 |                | mounted lights to get a better view of what         |
| 18 |                | I was looking at.                                   |
| 19 | **Mansfield:** | Okay.  And aside from your light, was there        |
| 20 |                | any other -- um -- flashlight that was being        |
| 21 |                | used?                                               |
| 22 | **Perez-Rojas:** | Not that I can recall.                            |
| 23 | **Mansfield:** | Okay.  Um -- and when you -- when you saw          |
| 24 |                | the decedent, did you see anything in his           |
| 25 |                | hands initially?                                    |

CHP00000406

| | | |
|---|---|---|
| 1 | **Perez-Rojas:** | I saw him grabbing something silver.  I saw |
| 2 | | a lot of hands.  There was two pairs of |
| 3 | | hands at least grabbing something silver and |
| 4 | | fighting for it because he would still throw |
| 5 | | a punch and still not let go of that item. |
| 6 | | So -- and that's when I saw the pistol grip |
| 7 | | and figured it was a firearm based on my |
| 8 | | training and experience.  And I know CHP |
| 9 | | carries silver firearms most of the time. |
| 10 | | Um -- but I didn't know if it was the |
| 11 | | officers or the -- the decedent at the time. |
| 12 | **Mansfield:** | Okay.  So when you came up, you saw him |
| 13 | | punching with two hands -- |
| 14 | **Perez-Rojas:** | Uh-huh. |
| 15 | **Mansfield:** | -- and then at some point, he's reaching |
| 16 | | with one hand for -- for something else, |
| 17 | | which you believed was a firearm of some |
| 18 | | sort? |
| 19 | **Perez-Rojas:** | Yes. |
| 20 | **Mansfield:** | You weren't sure who owned that firearm or |
| 21 | | possessed that firearm? |
| 22 | **Perez-Rojas:** | Correct. |
| 23 | **Mansfield:** | And then he's still punching with the other |
| 24 | | hand? |
| 25 | **Perez-Rojas:** | Yeah.  I think I saw one or two more punches |

39

| | | |
|---|---|---|
| 1 | **Mansfield:** | -- or punched I should say? |
| 2 | **Perez-Rojas:** | Yes. |
| 3 | **Mansfield:** | Okay.  Um -- you said you heard the decedent |
| 4 | | -- um -- cursing.  Do you remember what he |
| 5 | | said? |
| 6 | **Perez-Rojas:** | I -- I briefly remember saying, you like |
| 7 | | that, and you want some more or something |
| 8 | | along those lines.  And I mean, I don't want |
| 9 | | to say anything else vulgar, but that's -- |
| 10 | | that was enough for me to say he was -- he |
| 11 | | had an advantage on him and he was liking |
| 12 | | that sort of power, having an advantage on |
| 13 | | him. |
| 14 | **Mansfield:** | Okay.  Would -- would you say that what he |
| 15 | | was saying was a threat? |
| 16 | **Perez-Rojas:** | Yeah.  Yes. |
| 17 | **Mansfield:** | Okay.  And -- um -- you said that the |
| 18 | | officer looked like he had possibly been |
| 19 | | knocked out or was knocked out right about |
| 20 | | the time that you -- you got there.  What |
| 21 | | made you think that? |
| 22 | **Perez-Rojas:** | Um -- his head bouncing off the concrete |
| 23 | | when he was being punched and he was -- he |
| 24 | | was hitting.  You can hear slight that I |
| 25 | | could hear slight that's off the concrete |

```
 1                      and that -- that's enough for me to say
 2                      that's -- um -- pretty good amount of force.
 3   Mansfield:         Okay.  And then you also said he appeared
 4                      exhausted.  Can you describe that?
 5   Perez-Rojas:       Yeah, so he was trying to squirm out of the
 6                      mount.  Um -- we're taught how to shrimp
 7                      away from a mount, use our -- using our legs
 8                      to push off the other person's hip or -- and
 9                      core something, get out of that situation.
10                      But he just had nothing.  I mean, his
11                      shrimps were weak, his arms were trying to
12                      stop the punches at the same time at some
13                      point from what I saw.  And he just couldn't
14                      keep his hands up (inaudible).  He was just
15                      on the floor not able to move up
16                      essentially.  So he had no advantage of
17                      whatever sort.
18   Mansfield:         Okay.  You said you saw a terrified look in
19                      the CHP officer's eyes.
20   Perez-Rojas:       Uh-huh.
21   Mansfield:         Can you describe that?
22   Perez-Rojas:       Yeah -- um -- his eyes were squinted.  You
23                      can like a sad puppy I would describe; I
24                      don't know how else to say it, but his mouth
25                      was somewhat open as he was trying to
```

42

| | | |
|---|---|---|
| 1 | | breathe and get something out.  He just |
| 2 | | couldn't -- um -- just someone scared, you |
| 3 | | know, like as -- when someone loses a family |
| 4 | | member when they're crying, you know, |
| 5 | | they're emotional and stuff.  I can tell he |
| 6 | | -- either he wanted to cry or just do |
| 7 | | something.  He was just terrified.  He was |
| 8 | | scared. |
| 9 | **Mansfield:** | And when you -- um -- came onto the scene, |
| 10 | | do you know how long he had -- had been |
| 11 | | fighting with that other -- other person |
| 12 | | prior to your arrival? |
| 13 | **Perez-Rojas:** | No, that's what -- dwells on me is I don't |
| 14 | | know how long he was fighting for his -- |
| 15 | | essentially his life.  Because 30 seconds, |
| 16 | | it can seem like an eternity.  I've been |
| 17 | | there too.  And for him, it probably seemed |
| 18 | | like forever, and I was just thinking |
| 19 | | because I saw his hand mic fall off and he |
| 20 | | was just dragging or just flailing, I don't |
| 21 | | think anyone was going to come. |
| 22 | **Mansfield:** | Okay.  And how long from the time that you |
| 23 | | were dispatched or that you self-dispatched |
| 24 | | or heard -- heard on the radio -- um -- |
| 25 | | until you got to the scene? Do you know |

CHP00000501

| | | |
|---|---|---|
| 1 | | about how long that was? |
| 2 | **Perez-Rojas:** | About -- about 30 seconds maybe. |
| 3 | **Mansfield:** | Okay. |
| 4 | **Perez-Rojas:** | Not long. |
| 5 | **Mansfield:** | Okay.  Um -- and you said that you feared |
| 6 | | for your safety.  Can you tell me why that |
| 7 | | is? |
| 8 | **Perez-Rojas:** | Yeah.  So after I saw the firearm and I |
| 9 | | immediately heard the firearm go off because |
| 10 | | I could see the muzzle flash and me seeing |
| 11 | | the muzzle flash meant it's either coming in |
| 12 | | my direction or somewhat in my direction. |
| 13 | | And at that point in time, there was no |
| 14 | | thinking for any less lethal options of some |
| 15 | | sort.  That's -- that's a firearm being |
| 16 | | pointed in at least my direction or the |
| 17 | | CHP's officer's direction somewhere.  And |
| 18 | | that, based on my training and experience |
| 19 | | and the law and policy is a -- a lethal |
| 20 | | force option that -- at that time. |
| 21 | **Mansfield:** | Okay.  So you didn't know if the decedent |
| 22 | | had control of the firearm and was the one |
| 23 | | that -- that -- um -- shot it or if it was |
| 24 | | CHP -- |
| 25 | **Perez-Rojas:** | No. |

44

CHP00000502

|    |              |                                                              |
|----|--------------|--------------------------------------------------------------|
| 1  |              | the totality of circumstances that I saw,                    |
| 2  |              | violent assault, his head being bounced off                  |
| 3  |              | the floor -- um -- him squirming in fear for                 |
| 4  |              | his life is what I saw.  The suspect having                  |
| 5  |              | the best position of advantage over him --                   |
| 6  |              | um -- knowing that they ran from a call,                     |
| 7  |              | he's wearing all black -- um -- that time of                 |
| 8  |              | night, it's just them two.  His friend, the                  |
| 9  |              | -- the other suspect telling him to stop,                    |
| 10 |              | pleading him to stop the assault and seeing                  |
| 11 |              | the firearm and seeing the muzzle flash go                   |
| 12 |              | off.  At that point in time, I -- there was                  |
| 13 |              | no -- in my opinion, there was no other                      |
| 14 |              | option but to use lethal force to stop the                   |
| 15 |              | threat.  Then two rounds from me sufficed                    |
| 16 |              | and that was it.                                             |
| 17 | **Mansfield:**   | Okay.  And what do you think would've                    |
| 18 |              | happened if you had not started shooting?                    |
| 19 | **Perez-Rojas:** | Um -- that struggle for the firearm would've             |
| 20 |              | ensued, continued, and I did not want to                     |
| 21 |              | introduce myself to that struggle to only                    |
| 22 |              | probably cause more injury or anything like                  |
| 23 |              | that.  So I needed to stop the threat                        |
| 24 |              | immediately.  And that threat was that                       |
| 25 |              | suspect -- uh -- violently assaulting that                   |

|    |              |                                                           |
|----|--------------|-----------------------------------------------------------|
| 1  |              | CHP officer to be very tired.  So I figured               |
| 2  |              | it happened for at least a minute or two,                 |
| 3  |              | because fights like that take a -- a toll on              |
| 4  |              | you.  Um -- seeing the firearm that's                     |
| 5  |              | introduced to the fight for the struggle                  |
| 6  |              | seeing the muzzle flash in my direction --                |
| 7  |              | uh -- there was no time to -- feasible time               |
| 8  |              | to deescalate at that point or use any other              |
| 9  |              | option that I had on my body to stop the                  |
| 10 |              | threat.                                                   |
| 11 | **Mansfield:**   | Okay.                                                 |
| 12 | **Weinstein:**   | Uh -- do you mind if I ask a clarifying               |
| 13 |              | question?                                                 |
| 14 | **Mansfield:**   | Go ahead.                                             |
| 15 | **Weinstein:**   | Would you say commanding him to stop twice            |
| 16 |              | is an attempt to deescalate the situation?                |
| 17 | **Perez-Rojas:** | Yes.                                                  |
| 18 | **Weinstein:**   | So were are you referring to further                  |
| 19 |              | attempts to deescalate when you're --                     |
| 20 | **Perez-Rojas:** | After my verbal commands.                             |
| 21 | **Weinstein:**   | Okay.                                                 |
| 22 | **Mansfield:**   | Do you think it would've been feasible to --          |
| 23 |              | uh -- tactically reposition?                              |
| 24 | **Perez-Rojas:** | No.                                                   |
| 25 | **Mansfield:**   | Okay.  Do you have any past experiences that          |

CHP00000517

| | | |
|---|---|---|
| 1 | **Perez-Rojas:** | No. |
| 2 | **Mansfield:** | And why? |
| 3 | **Perez-Rojas:** | Um -- based on the time it takes to deploy |
| 4 | | the ASPs and give further commands, and I |
| 5 | | would probably hit the officer at some point |
| 6 | | because it was so close to proximity to -- |
| 7 | | **u**m -- with a firearm, I can easily change my |
| 8 | | angle to not hit the officer based on that |
| 9 | | -- um -- lethal force option essentially. |
| 10 | **Mansfield:** | Okay. |
| 11 | **Perez-Rojas:** | Uh-huh. |
| 12 | **Mansfield:** | And I -- I'm sorry, can we go back to the |
| 13 | | taser? |
| 14 | **Perez-Rojas:** | Sure. |
| 15 | **Mansfield:** | Um -- you said the taser was not -- not |
| 16 | | feasible? |
| 17 | **Perez-Rojas:** | No. |
| 18 | **Mansfield:** | And -- and can you tell me why again? I'm |
| 19 | | sorry. |
| 20 | **Perez-Rojas:** | Because of the firearm that I saw -- |
| 21 | **Mansfield:** | Okay. |
| 22 | **Perez-Rojas:** | -- they were fighting for. |
| 23 | **Mansfield:** | Okay.  The firearm that was in someone's |
| 24 | | hands? |
| 25 | **Perez-Rojas:** | Correct. |

74

| | | |
|---|---|---|
| 1 | | the hits is what it looked like. |
| 2 | **Mansfield:** | Okay.  So the CHP officer is trying to |
| 3 | | defend himself, putting his hands up? |
| 4 | **Perez-Rojas:** | Yes. |
| 5 | **Mansfield:** | Okay.  Um -- you had mentioned previously |
| 6 | | that the CHP officer looked out of it -- um |
| 7 | | -- and that he probably had a head injury or |
| 8 | | something that you have experienced in your |
| 9 | | past, made you think that he had a head |
| 10 | | injury.  Can you give me some more maybe |
| 11 | | signs and symptoms of that you saw? |
| 12 | **Perez-Rojas:** | Sure.  Um -- just looking at different |
| 13 | | directions, trying to catch his breath.  I'm |
| 14 | | try -- trying to talk to him, he's not |
| 15 | | acknowledging me like pretty sure I tell |
| 16 | | him, CHP, CHP, CHP trying to get his |
| 17 | | attention and he's just a thousand yards |
| 18 | | stare trying to catch his -- but I can see |
| 19 | | his chest rise and fall and just -- um -- |
| 20 | | him trying to touch his head, seeing where |
| 21 | | he's hit, just kind of in shock so I could |
| 22 | | just look something was out of it, not what |
| 23 | | a normal person would be like normally, I |
| 24 | | guess.  So yeah, he was -- he was hit pretty |
| 25 | | good in the head. |

CHP00000539

```
 1                    TRANSCRIBER'S CERTIFICATE
 2
 3
 4  STATE OF CALIFORNIA     )
 5                          )  ss.
 6  COUNTY OF SACRAMENTO    )
 7
 8
 9       This is to certify that I, Omar Muchunga, transcribed
10  the audio recording of Alexis Perez-Rojas taken on July 5,
11  2023; that the pages numbered 1 through 83 constitute said
12  transcript; that the same is a complete and accurate
13  transcription of the aforesaid to the best of my ability.
14
15       July 24, 2023
16
17
18                              Omar Muchunga
                                Omar Muchunga,
19                              Foothill Transcription Company
20
21
22                              --o0o--
23
24
25
```

84