# EXHIBIT 28

EDEN MEDICAL CENTER  Qurishi, Basir S
20103 Lake Chabot Road  MRN: 58445269, DOB: 7/29/1997, Legal Sex: M
Castro Valley CA 94546-5341  Adm: 7/3/2023, D/C: 7/3/2023

Case 4:23-cv-06438-KAW    Document １-31    Filed 10/25/25    Page 2 of 8

## 07/03/2023 - ED in Eden Medical Center Emergency
### ADT EVENTS/ED EVENTS (continued)

### 07/03/2023 - ED in Eden Medical Center Emergency (continued)

#### After Visit Summary (AVS)

##### After Visit Summary

###### Document on 7/3/2023 0414: ED After Visit Summary

Document (below)



**AFTER VISIT SUMMARY**

**Basir S. Qurishi**   MRN: 58445269  DoB: 7/29/1997    7/3/2023    Eden Medical Center Emergency 510-727-3015

**Instructions**

It was a pleasure meeting you today.

Please return to the emergency department immediately with any new or worsening symptoms. Please return if you experience nausea, confusion, vision changes, worsening pain, weakness, or numbness

Please follow up with your doctor in 1 week.  Please call them as soon as possible for an appointment.

The examination and treatment that you received in the Emergency Department have been rendered on an emergency basis only. They are not intended to be a substitute for, or an effort to provide, complete on-going medical care. In most cases you must let your own doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries and illnesses in a single Emergency Department visit.

 **Read the attached information**
Head Injury  Adult (ENGLISH)

 **Follow up with your doctor in 1 week** (around 7/10/2023)

**What's Next**
You currently have no upcoming appointments scheduled.

**Allergies (Reviewed on: 07/03/23)**
No Known Allergies

You were seen by: Bacon, Emily Randolph

**ED Disposition**

| ED Disposition | Condition | Comment |
|---|---|---|
| Discharge | -- | -- |

**Today's Visit**

Reason for Visit
Assault

Diagnosis
Closed head injury, initial encounter

**My Health Online**
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://myhealthonline.sutterhealth.org/mho/**, click "Sign Up Now", and enter your personal activation code: **J3VC4-BS3FM**. Activation code expires 7/25/2023.

Basir S. Qurishi (MRN: 58445269) • Printed at 7/3/2023  4:14 AM                    Page 1 of 7    *Epic*

Sutter Health

EDEN MEDICAL CENTER
20103 Lake Chabot Road
Castro Valley CA 94546-5341

Qurishi, Basir S
MRN: 58445269, DOB: [redacted], Legal Sex: M
Adm: 7/3/2023, D/C: 7/3/2023

Case 4:23-cv-06438-KAW   Document 31   Filed 10/23/25   Page 3 of 8

07/03/2023 - ED in Eden Medical Center Emergency (continued)

After Visit Summary (AVS) (continued)

AFTER CARE INSTRUCTIONS

The examination, treatment and interpretation of diagnostic studies and laboratory tests you received in the emergency department have been provided to you on an emergency basis only and should not be considered to be a substitute for comprehensive, all-inclusive medical care. Any specialty tests (e.g., EKG, x-rays, etc.) that you may have been provided have been interpreted by the Emergency Physician on a preliminary basis. You will be notified promptly of any findings that we feel are significant. A copy of your medical record and the results of any laboratory and other diagnostic studies are available to your follow-up doctor upon request. Your follow-up physician should evaluate you for any new or continuing problems because it is impossible to recognize and treat all elements of injury or illness in an emergency department visit. IF YOU BELIEVE THAT YOUR CONDITION HAS WORSENED OR NEW PROBLEMS DEVELOP, PLEASE RETURN TO THE EMERGENCY DEPARTMENT OR SEE YOUR DOCTOR IMMEDIATELY.

Take this sheet with you to your physician on your next visit.

Your medication list is based on information given by or verified by you (patient) and your family or other sources. It is not meant to substitute for advice/directions given by the prescribing physician, your pharmacist or primary care physician. Please contact them with questions. Discard old lists and update any records with all medication providers or retail pharmacies. Check with your physician before continuing over-the-counter medications, herbals and/or supplements.

* Do not drive, drink alcohol, or operate machinery for at least 8 hours if you received narcotic or sedative medications.

PUBLIC SERVICE INFORMATION:

CHILD SAFETY LAWS
California Law (Vehicle Code 27632.5) requires any child under the age of 8 or less than 4 feet 9 inches tall to be restrained in a federally approved car safety seat whenever traveling in a motor vehicle.

IF YOU SMOKE
Stopping smoking is one of the most important steps you can take to improve your health. Please call 1-800-NO-BUTTS (800-662-8887) for information on stopping smoking.

SUICIDE PREVENTION
You can contact a suicide hotline, crisis center, or local suicide prevention center for help right away:
1-800-273-TALK (1-800-273-8255)
1-800-SUICIDE (1-800-784-2433) or for TTY Users: 1-800-799-4TTY
Text/SMS/Call: 988 or Text "HOME" to 741741 ( https://www.crisistextline.org/ )
Web: National Suicide Prevention Lifeline https://suicidepreventionlifeline.org/ provides education and online chat support.
Español: la Red Nacional de Prevención del Suicidio es confidencial y está siempre disponible, llame 1-888-648-9454

ANTIBIOTIC MEDICINE
Antibiotic medicines are used to treat infections caused by **bacteria**. They work by injuring or killing the bacteria that are making you sick. It is important to know that resistance to antibiotics is a growing problem. If taken improperly, antibiotics are more likely to cause resistance in bacteria.Take the prescribed antibiotic exactly as your healthcare professional tells you: for as long as prescribed and in the dose prescribed.

Case 4:23-cv-06438-KAW   Document 71-31   Filed 10/23/25   Page 4 of 8

| | EDEN MEDICAL CENTER | Qurishi, Basir S |
|---|---|---|
| Sutter Health | 20103 Lake Chabot Road | MRN: 58445269, DOB: [redacted], Legal Sex: M |
| | Castro Valley CA 94546-5341 | Adm: 7/3/2023, D/C: 7/3/2023 |

**07/03/2023 - ED in Eden Medical Center Emergency (continued)**

**After Visit Summary (AVS) (continued)**

We encourage you to keep your immunizations for pneumonia and influenza up to date, as these will help reduce the possibility of an infection and avoid unnecessary antibiotic exposure.

NARCOTIC (OPIOID) PAIN MEDICATION INFORMATION AND RESOURCES
If you are taking narcotic pain relievers, such as hydrocodone or oxycodone, please be aware that these can be addictive and may put you at risk of injury or death.

To protect others from overdose and misuse:
- Never share your narcotics
- Store them safely
- Dispose of them promptly when no longer needed

To learn about Safe Storage and Disposal visit, https://www.end-opioid-epidemic.org.

Talk to your health care provider about ways to manage your pain without narcotics. Options with fewer risks may include: non-narcotic medicine and alternative treatments such as nutrition, meditation, massage, essential oils and/or applying heat or cold.

For concerns about narcotic usage, ask your health care provider for a referral to resources in your area. Other resources available are:
- National Institute on Drug Abuse: www.drugabuse.gov
- Substance Abuse and Mental Health Services Administration: www.samhsa.gov
- Nar-Anon at 1-800-477-6291 or https://www.nar-anon.org/find-a-meeting

### Changes to Your Medication List
You have not been prescribed any medications.

**COVID-19 Safety Notice:** Please be advised that you may have one visitor in the Emergency room if you are COVID positive and one or sometimes two visitors if you are not COVID positive. If you are admitted to the hospital, you may now have 2 visitors at a time. Those who are visiting COVID positive patients will be required to wear protective clothing including an N95 mask, a face shield or goggles, gloves, and a gown. We will provide you with the proper protection. Please check with your care team for specific details. In all cases, face masks are required for anyone age 2 and above to enter the building. Visitors must continue to follow all instructions around symptom screening, hand hygiene, physical distancing, and masking. If you do not have a mask, we will provide one for you. If you are visiting a COVID positive patient, we will provide you with the proper protection and an N95 mask.

### Release of Results to MHO

Results for tests that were ordered during your visit will be available to you in My Health Online as soon as they are finalized. This means you may see a result before your provider has had a chance to review it.

| | EDEN MEDICAL CENTER | Qurishi, Basir S | |
|---|---|---|---|
| Sutter Health | 20103 Lake Chabot Road | MRN: 58445269, DOB: , Legal Sex: M | |
| | Castro Valley CA 94546-5341 | Adm: 7/3/2023, D/C: 7/3/2023 | |

**07/03/2023 - ED in Eden Medical Center Emergency (continued)**

**After Visit Summary (AVS) (continued)**



Attached Information                                           Head Injury  Adult (ENGLISH)

## Head Injury, Adult



There are many types of head injuries. Head injuries can be as minor as a small bump, or they can be a serious medical issue. More severe head injuries include:

- A jarring injury to the brain (*concussion*).
- A bruise (*contusion*) of the brain. This means there is bleeding in the brain that can cause swelling.
- A cracked skull (*skull fracture*).
- Bleeding in the brain that collects, clots, and forms a bump (*hematoma*).

After a head injury, most problems occur within the first 24 hours, but side effects may occur up to 7–10 days after the injury. It is important to watch your condition for any changes. You may need to be observed in the emergency department or urgent care, or you may be admitted to the hospital.

## What are the causes?

There are many possible causes of a head injury. Serious head injuries may be caused by car accidents, bicycle or motorcycle accidents, sports injuries, falls, or being struck by an object.

## What are the symptoms?

Symptoms of a head injury include a contusion, bump, or bleeding at the site of the injury. Other physical symptoms may include:

- Headache.
- Nausea or vomiting.
- Dizziness.
- Blurred or double vision.
- Being uncomfortable around bright lights or loud noises.
- Seizures.
- Feeling tired.
- Trouble being awakened.
- Loss of consciousness.

Mental or emotional symptoms may include:

- Irritability.

Case 4:23-cv-06438-KAW    Document 1-31    Filed 10/25/25    Page 6 of 8

EDEN MEDICAL CENTER          Qurishi, Basir S
20103 Lake Chabot Road       MRN: 58445269, DOB: [redacted], Legal Sex: M
Castro Valley CA 94546-5341  Adm: 7/3/2023, D/C: 7/3/2023

07/03/2023 - ED in Eden Medical Center Emergency (continued)

### After Visit Summary (AVS) (continued)

- Confusion and memory problems.
- Poor attention and concentration.
- Changes in eating or sleeping habits.
- Anxiety or depression.

## How is this diagnosed?

This condition can usually be diagnosed based on your symptoms, a description of the injury, and a physical exam. You may also have imaging tests done, such as a CT scan or an MRI.

## How is this treated?

Treatment for this condition depends on the severity and type of injury you have. The main goal of treatment is to prevent complications and allow the brain time to heal.

**Mild head injury**

If you have a mild head injury, you may be sent home, and treatment may include:

- Observation. A responsible adult should stay with you for 24 hours after your injury and check on you often.
- Physical rest.
- Brain rest.
- Pain medicines.

**Severe head injury**

If you have a severe head injury, treatment may include:

- Close observation. This includes hospitalization with the following care:
    - Frequent physical exams.
    - Frequent checks of how your brain and nervous system are working (*neurological status*).
    - Checking your blood pressure and oxygen levels.
- Medicines to relieve pain, prevent seizures, and decrease brain swelling.
- Airway protection and breathing support. This may include using a ventilator.
- Treatments that monitor and manage swelling inside the brain.
- Brain surgery. This may be needed to:
    - Remove a collection of blood or blood clots.
    - Stop the bleeding.
    - Remove a part of the skull to allow room for the brain to swell.

## Follow these instructions at home:

**Activity**

- Rest and avoid activities that are physically hard or tiring.
- Make sure you get enough sleep.
- Let your brain rest by limiting activities that require a lot of thought or attention, such as:
    - Watching TV.
    - Playing memory games and puzzles.
    - Job-related work or homework.

EDEN MEDICAL CENTER | Qurishi, Basir S
20103 Lake Chabot Road | MRN: 58445269, DOB: [redacted], Legal Sex: M
Castro Valley CA 94546-5341 | Adm: 7/3/2023, D/C: 7/3/2023

Case 4:23-cv-06438-KAW   Document 71-31   Filed 10/23/25   Page 7 of 8

07/03/2023 - ED in Eden Medical Center Emergency (continued)

### After Visit Summary (AVS) (continued)

- ◦ Working on the computer, using social media, and texting.
- Avoid activities that could cause another head injury, such as playing sports, until your health care provider approves. Having another head injury, especially before the first one has healed, can be dangerous.
- Ask your health care provider when it is safe for you to return to your regular activities, including work or school. Ask your health care provider for a step-by-step plan for gradually returning to activities.
- Ask your health care provider when you can drive, ride a bicycle, or use heavy machinery. Your ability to react may be slower after a brain injury. **Do not** do these activities if you are dizzy.

#### Lifestyle



- **Do not** drink alcohol until your health care provider approves. **Do not** use drugs. Alcohol and certain drugs may slow your recovery and can put you at risk of further injury.
- If it is harder than usual to remember things, write them down.
- If you are easily distracted, try to do one thing at a time.
- Talk with family members or close friends when making important decisions.
- Tell your friends, family, a trusted colleague, and work manager about your injury, symptoms, and restrictions. Have them watch for any new or worsening problems.

#### General instructions

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Have someone stay with you for 24 hours after your head injury. This person should watch you for any changes in your symptoms and be ready to seek medical help.
- Keep all follow-up visits as told by your health care provider. This is important.

### How is this prevented?

- Work on improving your balance and strength to avoid falls.
- Wear a seat belt when you are in a moving vehicle.
- Wear a helmet when riding a bicycle, skiing, or doing any other sport or activity that has a risk of injury.
- If you drink alcohol:
  - ◦ Limit how much you use to:
    - ▪ 0–1 drink a day for nonpregnant women.
    - ▪ 0–2 drinks a day for men.
  - ◦ Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).
- Take safety measures in your home, such as:
  - ◦ Removing clutter and tripping hazards from floors and stairways.
  - ◦ Using grab bars in bathrooms and handrails by stairs.

Sutter Health

EDEN MEDICAL CENTER
20103 Lake Chabot Road
Castro Valley CA 94546-5341

Qurishi, Basir S
MRN: 58445269, DOB: [redacted], Legal Sex: M
Adm: 7/3/2023, D/C: 7/3/2023

07/03/2023 - ED in Eden Medical Center Emergency (continued)

### After Visit Summary (AVS) (continued)

- Placing non-slip mats on floors and in bathtubs.
- Improving lighting in dim areas.

## Where to find more information

- Centers for Disease Control and Prevention: www.cdc.gov

## Get help right away if:

- You have:
  - A severe headache that is not helped by medicine.
  - Trouble walking or weakness in your arms and legs.
  - Clear or bloody fluid coming from your nose or ears.
  - Changes in your vision.
  - A seizure.
  - Increased confusion or irritability.
- Your symptoms get worse.
- You are sleepier than normal and have trouble staying awake.
- You lose your balance.
- Your pupils change size.
- Your speech is slurred.
- Your dizziness gets worse.
- You vomit.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Head injuries can be minor, or they can be a serious medical issue requiring immediate attention.
- Treatment for this condition depends on the severity and type of injury you have.
- Have someone stay with you for 24 hours after your injury and check on you often.
- Ask your health care provider when it is safe for you to return to your regular activities, including work or school.
- Head injury prevention includes wearing a seat belt in a motor vehicle, using a helmet on a bicycle, limiting alcohol use, and taking safety measures in your home.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 10/30/2020 Document Reviewed: 10/30/2020
Elsevier Patient Education © 2023 Elsevier Inc.