# EXHIBIT 29



CHP00000992