# EXHIBIT 30

CRITICAL INCIDENT RECONSTRUCTION REPORT
July 3, 2023
CIIT C23-301-001

## B. SUMMARY OF INCIDENT

### 7)    Injury Descriptions

**Officer Injuries:**

Officer Qurishi sustained a mild traumatic brain injury (concussion), sprain and strain to the neck, contusions, abrasions and bruising to left eye socket and forehead area, and bruising and abrasions to his left hand as a result of this incident.

Officer Hardin did not sustain any injuries as a result of this incident.

There were no injuries to Alameda County Sheriff Office personnel as a result of this incident.

**Suspect Injuries:**

Juan Diego Bernal-Yuriar sustained fatal injuries as a result of this incident. As a result, Alameda County Sheriff Office, Coroner's Bureau Deputy Mappes, ID 2233, and Deputy Williams, ID 2375, responded to the scene and took possession of Bernal-Yuriar's body. Detailed information regarding the injuries of Bernal-Yuriar sustained, his confirmed identity, and Coroner's completed findings are contained in the Coroner's completed Death Investigation Report case report number 2023-02626.

*Refer to Annex H3.*

CHP00000107