# EXHIBIT 31

DOI 7.3.23

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
# LIMITED DUTY ASSIGNMENT - PHYSICIAN'S REPORT
CHP 443 (Rev. 9-21) OPI 096

DISTRIBUTIONS:
Original-Injury and Illness Case Management Unit
Copies-Division, field medical file, State Fund, Employee

| NAME & I.D. NUMBER | LOCATION NAME AND CODE | | ☐ Initial Request |
|---|---|---|---|
| Basir Qurishi, 22773 | Hayward 345 | | ☒ Renewal |
| NATURE OF DISABILITY | JOB RELATED | ORIGINAL INJURY DATE | DATE FORM COMPLETED |
| Contusion/lacerations to forehead and black eye | ☒ Yes  ☐ No | 07/03/2023 | 07/26/2023 |

EMPLOYEES ARE THE CALIFORNIA HIGHWAY PATROL'S (CHP) MOST VALUABLE ASSET. THE CHP'S GOAL IS TO PROVIDE LIMITED DUTY ASSIGNMENTS WHENEVER MEDICALLY APPROPRIATE. YOU CAN HELP US BY PROVIDING THE FOLLOWING INFORMATION.

## PHYSICIAN'S REPORT

The physician may provide a work status report that contains the following information. Absent a work status report, please complete this form.

### FULL DUTY
☐ May return to full duty without restrictions effective: _____

### LIMITED DUTY/TEMPORARY PARTIAL DISABILITY (TPD)
The CHP may assign appropriate limited duty based on the employee's medically approved activities, employee classification, and the needs of the Department such as, but not limited to, typical office/administrative responsibilities, i.e., reviewing reports, filing, answering phones, and front desk; no duty belt, civilian attire, and no physical contact with the public

☒ May return to limited duty: 7/26/23 hrs/day _____ days/wk Start Date: _____ End Date: 8/1/23

with the following restrictions (Check all that apply. Indicate time and weight limits):

Restrictions:
☐ Sit ___ hrs ___ min   ☐ Stand ___ hrs ___ min   ☐ Walk ___ hrs ___ min
☐ Lift ___ lbs   ☐ Push ___ lbs   ☐ Pull ___ lbs
☐ May not operate vehicle or equipment.
☐ May not climb ladders or work at heights.
☐ No repetitive:  ☐ Bending   ☐ Climbing   ☐ Squatting   ☐ Kneeling
☐ The injured area must be protected from dirt and moisture.

Limited use of:  ☐ Back   ☐ Neck
Right:  ☐ Hand   ☐ Arm   ☐ Leg   ☐ Foot
Left:   ☐ Hand   ☐ Arm   ☐ Leg   ☐ Foot

Additional restrictions/accommodations: Sit down duty

### TEMPORARY TOTAL DISABILITY (TTD)
☐ Employee is TTD with restriction(s) which do not allow for release to full duty and/or limited duty at this time.
Please provide medical basis for TTD status.

_____

Next appointment date/time: _____   ☐ Continued on next page

If a drug is prescribed will it affect safe operation of a motor vehicle or use of firearm?   ☐ Yes   ☒ No

ESTIMATED DATE FOR RETURN TO FULL DUTY: 8/3/23

PHYSICIAN'S PRINTED NAME: Indyani Polley, PAC
PHYSICIAN'S SIGNATURE: [signed]   DATE: 7/26/23

I HAVE READ AND FULLY UNDERSTAND THE RESTRICTIONS.

EMPLOYEE'S SIGNATURE: [signed]   DATE: 7/26/23
COMMANDER'S SIGNATURE: [signed]

E-MAILED
JUL 31 2023

Page 1 of ___   Destroy Previous Editions   Chp443_0921.pdf

CHP00001124
CONFIDENTIAL

Date 07/26/23

**Stanford Health Care Tri-Valley Occ Heal**
4000 Dublin Blvd, Ste 150
Dublin, CA 94568
(925) 416-3562, Fax: (925) 416-3603

Page 1

## Work Status Summary

| | | | |
|---|---|---|---|
| Company: | California Highway Patrol<br>P. O. Box 553<br>Sunol, CA 94586 | Employee: | Basir Qurishi |
| Attention: | Dallas Richey | Ident: | DOB: |
| Telephone: | (925) 862-2223 | Department: | |
| Fax: | (925) 862-0100 | Job Title: | |
| | | Email: | |
| Provider: | Indyana Polley, PA | Account No: 40000868021 | Phone: |
| Visit Date: | 7/26/23  Time In: 11:13AM  Out: 11:46AM | Purpose: | Work Comp Incident Follow-Up |

### Insurance Information

State Comp-Sacramento         Contact:
P.O. Box 3171                 Telephone: (888) 782-8338  Ext: 6
Suisun City, CA 945856171     Fax:       (707) 646-6291

### Presenting Problem

Date of Injury:  7/03/23 .   Case Number:

Left Eye, Head

( claim is only authorized for head and left eye ) letter scanned

### Diagnosis

| ICD-10 | S09.90XD | Unspecified injury of head, subsequent encounter |
| | S06.0XAD | Concussion with LOC status unknown, subsequent encounter |
| | S16.1XXD | Strain of muscle, fascia and tendon at neck level, subs |
| ICD-9 | 847.0 | Neck Sprain And Strain |

### Current Work Restrictions

Restriction - Neck                                   Starting: 7/19/23   Continuing
  Bilateral Neck Restrictions Include:
  - Sit down duty only

### Work Status

Work Status:  Return to Work with Restrictions, as of 7/19/23

### Follow Up

CHP00001125

CONFIDENTIAL

Date 07/26/23

**Stanford Health Care Tri-Valley Occ Heal**
4000 Dublin Blvd, Ste 150
Dublin, CA 94568
(925) 416-3562, Fax: (925) 416-3603

Page   2

## Work Status Summary

| | | | |
|---|---|---|---|
| Company: | California Highway Patrol<br>P. O. Box 553<br>Sunol, CA 94586 | Employee: | Basir Ourishi |
| Attention: | Dallas Richey | Ident: | DOB: |
| Telephone: | (925) 862-2223 | Department: | |
| Fax: | (925) 862-0100 | Job Title: | |
| | | Email: | |
| Provider: | Indyana Polley, PA | Account No: 40000868021 | Phone: |
| Visit Date: | 7/26/23   Time In: 11:13AM  Out: 11:46AM | Purpose: Work Comp Incident Follow-Up | |

Follow-up Appointments:   8/01/23 at 11:00AM          Work Comp Incident Follow-Up   Indyana Polley, PA

CHP00001126

CONFIDENTIAL