# EXHIBIT 32



# Alameda County Coroner's Bureau

2901 Peralta Oaks Court
Oakland, CA 94605
(510) 382-3000

---

# AUTOPSY REPORT

| | | | |
|---|---|---|---|
| **Name**: | BERNAL-YURIAR, JUAN | **Case #**: | 2023-02626 |
| **Age:** | 20 Years | **Sex**: | Male |
| **Date of death**: | 07/03/2023 | **Date of autopsy**: | 07/06/2023 |
| **Time of death**: | Unknown | **Time of autopsy**: | 1310 hours |

_____

**CAUSE OF DEATH**:

  Multiple gunshot wounds

_____

_____          ____8/23/23_____
KATHERINE RAVEN, M.D.                   DATE
Forensic Pathologist

1

BERNAL-YURIAR, JUAN              Case Number: 2023-02626

**AUTOPSY FINDINGS:**

1. Perforating gunshot wound of torso
    A. Entrance wound at left upper anterior chest
    B. Perforation of left lung
    C. Hemothorax, 1125 mL
    D. Exit wound at back
2. Penetrating gunshot wound of torso
    A. Entrance wound at left lateral chest
    B. Bullet recovered in back
3. Graze wound of left upper arm that can align with entrance defect described in #2
4. Gunshot wound of left leg
    A. Entrance wound at left anteromedial thigh
    B. Exit wound at left posteromedial thigh
    C. Bullet fragments recovered loosely in pant leg
5. Multiple blunt force injuries
    A. Multiple cutaneous abrasions and contusions of face, wrists, and legs

2

BERNAL-YURIAR, JUAN		Case Number: 2023-02626

### IDENTIFICATION:
The body was initially received secured in a body bag with tag number 7282633. On July 3, the seal was broken to examine and fingerprint the hands. Evidence was also collected at this time. The bag was then resealed on July 3 with tag number 6119048. This tag is broken at 1310 hours on July 6, 2023.

### EVIDENCE OF MEDICAL INTERVENTION:
EKG monitor pads are adhered to the torso.

### CLOTHING:
The body is clad in the following items:
1. A pair of blue denim pants with a belt around the pants. The pants and the belt are appropriately fastened. There are a set of keys attached to the left beltloop. The pants also demonstrate an irregular defect seen with some blood staining in the left medial thigh region.
2. Blue shorts.
3. A pair of socks and shoes.
4. Loosely on the left arm is a portion of a shirt, which has been cut. The other portion of the shirt appears to be loosely in the body bag. The left side of the shirt, which is still attached to the left arm, there are 2 defects. One is in the left upper chest region corresponding to injury. There is also a defect in the left lateral chest also corresponding to injury.
5. A pair of underwear.

### PRELIMINARY PROCEDURES:
1. Initially, on July 3, as described above, the hands are examined and photographed. Gunshot residue swabs and DNA swabs are also obtained from both hands. There are no significant fingernails for clippings.
2. Full body x-rays demonstrate projectiles, which are described in greater detail below under injuries.
3. Scalp hair is removed for evidentiary purposes.
4. DNA card is also obtained at autopsy.

## GENERAL EXTERNAL EXAMINATION

The body is that of a normally developed, well-nourished male appearing the recorded age of 20 years, weighs 178 pounds, and measures approximately 60 inches in height. The body is cold to touch and has been previously refrigerated. Rigor mortis is 4+ in the extremities and relatively difficult to break. Purple-red livor mortis is seen over the posterior surfaces of the body. The body is well preserved and not embalmed.

The scalp is covered by dark brown to black hair. There is a short beard and mustache present. Injury to the head and face will be described below. There is also a large amount of dried blood on the right side of the face, which is dependent in the body position. The eyes are natural and the sclerae are white. The conjunctivae are clear, without petechiae. The irides are brown. The mouth contains natural dentition in the upper and lower jaw. The oral mucosa is intact. The neck is unremarkable except for some blood staining. The chest is normally formed also with blood staining. Injuries will be described below to the torso. The abdomen has blood staining across the upper abdomen.

3

BERNAL-YURIAR, JUAN                Case Number: 2023-02626

The upper extremities are normally formed, as are the hands. The hands were examined on July 3, 2023. Evidence was also collected July 3. See above. The lower extremities are normally formed, as are the feet. The external genitalia are that of a normal male. The back and anus are normally formed.

**IDENTIFYING MARKS:**
None.

**EXTERNAL EVIDENCE OF INJURIES:**
  I. Gunshots wounds
      a. Gunshot wound of torso:
          i. Entrance wound: There is a gunshot entrance wound located to the left anterior upper chest, centered 57-1/4 inches above the left heel and 4-3/4 inches to the left of the anterior midline. Defect is circular in shape, measures 7/8 inch and has a rim of abrasion. There is no soot or stippling seen on or about the wound.
          ii. Path of wound: The bullet enters into the soft tissue of the left chest wall where there is hemorrhage. It perforates the second intercostal space and fractures the second rib as it enters the left pleural cavity. There is an associated 1125 mL of blood in the left chest cavity. The bullet path perforates the left upper lobe of the lung where there is a large amount of hemorrhage. There is also a separate hemorrhage seen of the adjacent superior portion of the lower lobe and then also at the inferior portion of the lower lobe is an additional area of contusion, although this may be from gunshot wound described under (b). The bullet exits the left pleural cavity at the posterior fourth rib where there is a fracture. It travels through the soft tissue of the back to where it exits.
          iii. Exit wound: There is a gunshot exit wound located to the back, centered 53-3/4 inches above the heel and ½ inch to the left of the posterior midline. The defect measures 5/16 of an inch.
          iv. Direction of fire: Left to right, front to back, and downward.
      b. Gunshot wound of torso:
          i. Entrance wound: There is a gunshot entrance wound located to the left lateral chest wall, centered 48-1/2 inches above the left heel and 10-1/2 inches to the left of the anterior midline, at the posterior axillary line. The defect is somewhat oval shaped and measures 9/16 of an inch and has an abrasion. There is no soot or stippling. There are small punctate abrasions seen just inferior to the wound.
          ii.
          iii. Path of wound: There is a soft tissue hemorrhage of the left chest wall. The bullet path is probed and extends across the soft tissue of the left back, just posterior to the ribcage. There is an associated fracture of the ninth posterior rib, but the bullet track does not enter the chest cavity. There is also associated contusion of the left lower lobe of the lung as described above.
          iv. Recovery of bullet: A bullet is recovered in the back, just underneath the skin, centered 47 inches above the heel and 2 inches to the right of the midline.
          v. Direction of fire: Left to right and slightly downward.

BERNAL-YURIAR, JUAN          Case Number: 2023-02626

- c. Gunshot wound left leg:
    - i. Entrance wound: There is a gunshot entrance wound located to the left anteromedial thigh, 23-1/2 inches above the heel. The defect is irregular and large and measures 1-1/4 inches with an irregular abrasion. There are adjacent smaller circular abrasions present. The bullet track enters into the soft tissue of the left thigh.
    - ii. Exit wound: There is a gunshot exit wound located to the left medial posterior thigh, 21 inches above the left heel. The defect measures 0.75 inches and there is no abrasion noted.
    - iii. Direction of fire: Front to back and slightly downward. Recovery of bullet: When the clothing is removed, several bullet fragments fall from the left pant leg and are submitted into evidence.
- d. Graze gunshot wound of the left arm:
    - i. Entrance wound: There is a graze gunshot wound to the left posterior arm region, which is somewhat elongated and measures 1 inch. this can be aligned with the entrance wound of the left lateral chest wall as described under injury (b). The defect measures 1 inch.

II. Blunt force injuries:
- a. There are scattered abrasions seen on the face. This includes yellow-red to slightly red-brown abrasion seen above the left eyebrow and also below the left eye. These measures approximately ½ inch. Abrasion is just below the right eye and focally on the forehead.
- b. On the anterior chest is a faint 1-1/4 inch purple-red contusion. Very faint contusion is seen at the mid lower chest, and measures 1-1/2 inches. A possible faint contusion is seen on the right and measures 1-1/2 inches. A possible faint contusion is seen on the right abdomen that measures 1/2 inch.
- c. There are injuries around the wrist. This includes a small contusion seen on the right lateral wrist that measures ½ inch. On the dorsal wrist are 2 contusions seen on both the lateral and medial aspect. Similar injuries are seen about the left wrist with a contusion seen on the volar medial wrist that measures 1-1/2 inches. Small contusions are seen on the dorsal wrist, in addition to a small abrasion. A small contusion is seen on the first finger.
- d. Scattered yellow-red abrasions are seen on both knees. These range in measurement from ½ up to 1 inch. Abrasion is also seen on the right anterior lower leg, which is very faint and linear. Small abrasions with focal contusion is seen on the left anterior leg slightly on the medial aspect.
- e. At the right elbow is a red-brown ½ inch yellow-red abrasion. An additional 1 inch abrasion is seen just distal to the elbow.

**INTERNAL EXAMINATION (Excluding Injuries)**

**HEAD AND CENTRAL NERVOUS SYSTEM:** The reflected scalp is free of contusions. The calvarium and skull base are not fractured. There are no epidural or subdural hemorrhages. The 1430 gram brain is covered by thin, delicate leptomeninges with no underlying subarachnoid hemorrhage or exudate. The cranial nerves at the base of the brain are intact. The vessels of the Circle of Willis have no atherosclerosis or aneurysms. The cerebral hemispheres are symmetrical. There is no obvious edema. The gyri and sulci are normal. The superficial and deep gray matter, white matter, and ventricles are unremarkable. The cerebellum and brainstem have no abnormalities.

5

BERNAL-YURIAR, JUAN            Case Number:  2023-02626

**NECK:**   The anterior muscles of the neck are free of hemorrhage. The hyoid bone and thyroid cartilage have no fractures. The large vessels of the neck are unremarkable. The pharynx, larynx, and trachea are free of masses, abnormal secretions, and obstructing foreign bodies. The epiglottis and vocal cords are unremarkable.

**BODY CAVITIES:**   All injuries described above. No other abnormalities are noted. The subcutaneous fat of the anterior abdominal wall is 1 inch in maximum thickness.

**CARDIOVASCULAR SYSTEM:**   The 320 gram heart has a smooth epicardial surface and moderate epicardial fat. The coronary ostia are normally positioned and are widely patent. The coronary circulation has a normal anatomic distribution and is free of atherosclerosis. The heart is anatomically normally developed. The uniformly brown myocardium has no fibrosis, hemorrhages or areas of pallor. The left ventricular wall, right ventricular wall, and interventricular septum show no hypertrophy. The interatrial and interventricular septa are normally developed. The fossa ovalis is closed. The endocardium is thin, translucent, and is free of mural thrombi. The papillary muscles and chordae tendineae are unremarkable. The valvular annuli are normal and have thin, pliable cardiac valves with no vegetations or calcifications. The thoracoabdominal aorta has a normal caliber, is intact, and has no significant atherosclerotic changes. The vena cava has a normal anatomic course and is free of thromboemboli.

**RESPIRATORY SYSTEM:**   The 480 gram right lung and 330 gram left lung have smooth pleural surfaces and have an unremarkable parenchyma, with no masses or consolidation. The pulmonary arteries have no thrombi.  The bronchi have no foreign material or secretions.

**GASTROINTESTINAL SYSTEM:**   The tongue has no contusions or bite marks. The serosal and mucosal surfaces of the esophagus are unremarkable. The stomach contains 10 mL of liquid material. The tan gastric mucosa has no ulcers or masses. The serosal surfaces and calibers of the small bowel and colon are normal. The colon has no palpable masses. The appendix is present.

**HEPATOBILIARY SYSTEM AND PANCREAS:**   The 1350 gram liver has a smooth, intact capsule and an unremarkable parenchyma with no masses. The thin-walled gallbladder has velvety mucosa and contains a trace amount of bile and is free of calculi. The biliary tree is normally developed and has patent branches with normal calibers. The vessels of the porta hepatis are unremarkable. The pancreas has a lobulated, tan parenchyma with no masses.

**RETICULOENDOTHELIAL SYSTEM:**   The thymus is not conspicuous.  The 150 gram spleen has a smooth, intact capsule and a firm parenchyma. The bone marrow of the ribs is red and soft. The lymph nodes of the neck, thorax, abdomen, and pelvis are not enlarged.

**GENITOURINARY SYSTEM:**   The 130 gram right kidney and 100 gram left kidney have capsules that strip easily, revealing smooth cortical surfaces. The renal parenchyma has clearly demarcated corticomedullary junctions and no masses. The renal vessels are patent. The pelvicalyceal systems are unremarkable. The ureters have normal courses and calibers. The bladder contains approximately 100 mL of urine. The bladder has tan, flat mucosa. The prostate gland is unremarkable.

BERNAL-YURIAR, JUAN             Case Number:  2023-02626

**ENDOCRINE SYSTEM:**   The pituitary gland is not enlarged. The thyroid gland is free of masses. The parathyroid glands are inconspicuous. The adrenal glands have unremarkable, yellow-orange cortices and brown medullae.

**MUSCULOSKELETAL SYSTEM:**   The skeletal muscles of the thorax, abdomen, and pelvis are red and soft. The ribs, clavicles, sternum, and vertebrae are unremarkable. The pelvis has no palpable abnormalities.

**SPECIMENS/MISCELLANEOUS ITEMS:**
1. Heart blood, chest cavity blood, vitreous, urine, and DNA card and liver.
2. Heart blood is sent for toxicology.