LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO**. 4:23-cv-06438 KAW<br><br>**STIPULATION MODIFYING BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

Whereas, Defendants filed their Motion for Summary Judgment (Doc. 71) on October 15, 2025.

1    Whereas, pursuant to Local Rule 7-3(a-b), Plaintiffs opposition is currently due in two weeks, on October 29, 2025 and Defendants' reply would be due one week after Plaintiffs' opposition is filed.

Whereas, Plaintiffs counsel Dale K. Galipo and Eric Valenzuela, are starting trial in Federal Court in Nevada on Monday, October 20, 2025, in a fatal officer involved shooting case, Llera v. LVMPD, case no. 2:20-cv-01589-RFB-BNW.  This trial is expected to last approximately two weeks.  Mr. Galipo and Mr. Valenzuela are the attorneys handling the instant matter and due to the upcoming trial, do not believe they will have sufficient time to oppose Defendants dispositive motion.

Whereas, pursuant to the Court's Order, the last day to hear Defendants' dispositive motion is currently November 20, 2025 (Doc. 66).

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiffs an additional two weeks to oppose the motion, making Plaintiffs' opposition due on or before November 12, 2025.  The parties also agree and stipulate that Defendants shall have three weeks to file their reply, which would be due on or before December 3, 2025.  Further, the parties agree and stipulate that the Court continue the last day to hear dispositive motions until December 18, 2025, and that the Court continue the Defendants' Motion for Summary Judgment to December 18, 2025 or a date before December 18, 2025.

All other dates shall remain in effect unless the Court feels that the trial date and related dates should also be continued to accommodate the requested dispositive motion briefing schedule.

1  DATED: October 16, 2025          LAW OFFICES OF DALE K. GALIPO

3                                    By:      /s/ *Eric Valenzuela*
                                         Eric Valenzuela
4                                        Attorneys for Plaintiffs

7  DATED: October 16, 2025

9                                    By      /s/ *Kimberly Sullivan*

10                                       Attorneys for Defendant
                                         STATE OF CALIFORNIA