1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN, GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO**. 4:23-cv-06438 KAW<br><br>**[Proposed] ORDER RE: STIPULATION MODIFYING BRIEFING SCHEDULE RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 3:23-cv-06438 KAW is **GRANTED** and Plaintiffs shall have until November 12, 2025 to oppose Defendants' Motion for Summary Judgment (Doc. 71) and the Defendants will have until November 19, 2025 to file their reply to Plaintiffs' opposition. It is further ordered that the deadline to hear dispositive motions shall be continued until December 18, 2025 and Defendants' motion for summary judgment will be heard on _____, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Honorable Kandis A. Westmore
United States Magistrate Judge