UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 23-cv-06438-KAW<br><br>**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE; CONTINUING TRIAL DATE AND RELATED DEADLINES**<br><br>Re: Dkt. No. 72 |

On October 17, 2025, the parties filed a stipulation to modify the briefing schedule as to Defendants' pending motion for summary judgment. (Dkt. No. 72.) The Court GRANTS the parties' stipulation. The Court, however, finds that the trial date and related deadlines need to be continued to accommodate the requested schedule, and CONTINUES the dates as follows:

| | |
|---|---|
| Trial Date | March 23, 2026 |
| Pretrial Conference | March 11, 2026 |
| Joint Evidentiary Objections and Responses | February 20, 2026 |
| Oppositions to Motions in Limine | February 13, 2026 |
| Joint Pretrial Statement/Motions in Limine | February 3, 2026 |
| Meet and Confer | January 27, 2026 |
| Dispositive Motion Hearing Deadline/Hearing on Defendants' Motion for Summary Judgment | December 18, 2025 |

| Defendants' Reply | December 3, 2025 |
| --- | --- |
| Plaintiffs' Opposition | November 12, 2025 |

IT IS SO ORDERED.

Dated: October 23, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge