LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
Cooper Alison-Mayne (Bar No. 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 4:23-CV-06438 KAW <br><br> [*Honorable Kandis A. Westmore*] <br><br> **DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

# DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court, Northern District of California. I am one of the attorneys of record for Plaintiffs in the instant action. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the declaration of retained police practices expert, Roger Clark.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant pages of the interview transcript of Defendant Basir Qurishi.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant pages of the deposition transcript of Defendant Basir Qurishi.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the video recording of the interview of witness Owen Vivo.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant pages of the deposition transcript of witness Owen Vivo.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant pages of the deposition transcript of witness Ivan Ramirez.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of the relevant pages of the interview transcript of Deputy Alexis Perez-Rojas.

9. Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant pages of the deposition transcript of Deputy Alexis Perez-Rojas.

10. Attached hereto as "**Exhibit I**" is a true and correct copy of the relevant pages of the medical records of Defendant Basir Qurishi.

1

DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1  11. Attached hereto as **"Exhibit J"** is a true and correct copy of the relevant pages of the deposition transcript of Dr. Katherine Raven.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/12/2025.

By:    /s/ *Eric Valenzuela*
       Eric Valenzuela
       Attorneys for Plaintiff