# EXHIBIT B

1     TRANSCRIPTION OF RECORDED INTERVIEW

2          OF

3        BASIR QURISHI

4

5          ON

6        JULY 5, 2023

7     ALAMEDA COUNTY, CALIFORNIA

8

9

10

11 Interviewed by: Special Agent Kim Mansfield,

12        Special Agent Christian Hansen

13        California Department of Justice

14        Division of Law Enforcement

15        Bureau of Investigation

16

17

18 Transcribed by: Patricia Poswall,

19        Foothill Transcription Company

20        July 22, 2023

21        Elk Grove, California

22

23        --o0o--

24

25

DOJ001961

| | | |
|---|---|---|
| 1 | | top, however you prefer. |
| 2 | **Qurishi:** | I'll start top to -- top to bottom, I guess. |
| 3 | | Um -- I was wearing a long tan -- a long |
| 4 | | sleeved, tan uniform, so the CHP uniform. |
| 5 | | Um -- I had my badge, my nameplate -- um -- |
| 6 | | and then I had my tactical duty belt.  Do |
| 7 | | you want me to describe everything on the |
| 8 | | duty belt, too? |
| 9 | **Mansfield:** | Yes, please. |
| 10 | **Qurishi:** | Okay.  Um -- I'll start from the right, it |
| 11 | | has my mag pouch -- um -- a little area for |
| 12 | | my handcuff keys and my car keys, it has my |
| 13 | | firearm -- um -- my handcuff case, and then |
| 14 | | my secondary handcuff case.  Um -- my radio |
| 15 | | -- uh -- baton and then taser.  Um -- and |
| 16 | | then I have my tan CHP pants.  And then I |
| 17 | | was wearing my boots, my black boots. |
| 18 | **Mansfield:** | Okay.  And -- and did you have a ballistic |
| 19 | | vest on as well? |
| 20 | **Qurishi:** | Uh -- yes, yeah, underneath -- underneath |
| 21 | | the uniform I had my vest on. |
| 22 | **Mansfield:** | Okay.  So there's no pouches on the |
| 23 | | ballistic vest that you can utilize to hold |
| 24 | | any of your tools or anything? |
| 25 | **Qurishi:** | Uh -- none. |

17

DOJ001977

| | | |
|---|---|---|
| 1 | | can't remember the brand name of the taser, |
| 2 | | to be honest with you. |
| 3 | **Mansfield:** | Okay.  Um -- do you know if -- are there two |
| 4 | | cartridges that are in the front, and you |
| 5 | | can choose which cartridge you use?  Or do |
| 6 | | you load it from the bottom and put the next |
| 7 | | one on after you use one? |
| 8 | **Qurishi:** | Uh -- there are two cartridges in the front. |
| 9 | **Mansfield:** | Okay.  Perfect.  And then your -- you said |
| 10 | | you had a baton, correct? |
| 11 | **Qurishi:** | Yes. |
| 12 | **Mansfield:** | Okay.  And so that's the -- the long stick, |
| 13 | | it's not collapsible? |
| 14 | **Qurishi:** | It's collapsible, yes. |
| 15 | **Mansfield:** | It's collapsible?  Okay.  And do you know |
| 16 | | the length of it when it's fully extended? |
| 17 | **Qurishi:** | I couldn't tell you off the top of my head |
| 18 | | right now. |
| 19 | **Mansfield:** | Okay.  And did your firearm function |
| 20 | | properly that night? |
| 21 | **Qurishi:** | Um -- yes and no, I suppose.  It did -- I |
| 22 | | did notice at the end that it jammed, but -- |
| 23 | **Mansfield:** | Okay.  And we'll go through that a little |
| 24 | | bit more.  Okay.  Um -- was your firearm |
| 25 | | collected by someone after the incident? |

DOJ001984

1      Um -- I was updating our ATS, that's our --

2      um -- activity tracker.  So I'm updating

3      we're on -- um -- eastbound 580 at Grand.

4      Officer Hardin was looking for traf -- he

5      was conducting traffic enforcement and he

6      noticed a vehicle that was traveling at a

7      high rate of speed.  Um -- he's -- um --

8      certified in radar, I'm not, so he activated

9      his -- the radar and saw that it was going

10     98 miles per hour so -- uh -- we took off

11     after it, trying to catch up.  Um -- as we

12     were getting closer to it it's reaching the

13     -- uh -- 164th exit, it takes the exit -- um

14     -- we're following it, trying to get a

15     license plate number so we can initiate an

16     enforcement stop.  Um -- but at this time it

17     gets into a traffic collision.  Um -- the

18     minute -- that gets into the traffic

19     collision -- uh -- Officer Hardin activates

20     -- um -- the red and blue emergency lights.

21     Um -- we exit -- uh -- we see a bunch of

22     people exit -- um -- from the I'll call it

23     the suspect vehicle.  We see individuals

24     exit the suspect vehicle, they're all

25     wearing ski masks, and they start fleeing

31

DOJ001991

1     Suspect A -- uh -- I hear him screaming

2     stuff, so I don't know if he's about to join

3     in on the fight.  And -- um -- so I pulled

4     out my handgun -- uh -- as I pull it out, I

5     notice somehow, I -- because I never

6     activated it -- but my flashlight was on and

7     -- um -- I'm trying to -- uh -- put -- uh --

8     angle my handgun towards his -- Suspect B's

9     body.  But I know this is like -- so I'm not

10     -- I'm unsure what's going on, if he's

11     grabbing it or whatnot, like I said I can't

12     see, he's just pummeling me in my head the

13     entire time, and then so I angle it, pull

14     the trigger.  At this point there was no

15     reaction, so I don't know if I even hit him

16     or not.  Um -- and then I just hear two more

17     gunshots, which freaks me out because I have

18     no idea -- I -- during this entire time I'm

19     thinking I'm all alone.  Then when I see --

20     to my right I see a deputy -- um -- who had

21     just pretty much -- he -- I heard two

22     gunshots, I look, I see the deputy.  Um -- I

23     get up and the deputy asked me, CHP, are you

24     okay, are you okay?  And I'm looking at

25     myself, I'm in shock as -- uh -- two

DOJ001995

1      coming from, where it's coming from, but I

2      look to my right -- um -- I see that is a --

3      a deputy.  Um -- so I don't know exactly how

4      or remember how, but I do stand back up on

5      my own two feet, the deputy asks me, CHP,

6      you okay, you okay?  Um -- I look at myself

7      up and down and I think I replied to him

8      saying yeah, I'm good -- um -- because he

9      essentially just saved my life because I had

10     no idea if my gunshot struck or not.  So

11     once he shot his two the -- the Suspect B

12     was off of me, I get up.  Um -- I just

13     remember -- uh -- the deputy -- because I'm

14     -- I'm like in shock, I -- I'm not entirely

15     sure what's going on, I'm trying to go for

16     my radio, trying to -- trying to tell

17     dispatch what's going on.  The deputy is

18     like hey, get the other guy, the other guy.

19     And so I remember looking at -- um -- uh --

20     also, and I forgot to mention, as I'm

21     getting up my gun was jammed as I'm -- so

22     I'm -- when I'm up checking myself to see if

23     the deputy might -- might have accidentally

24     shot me, I see my gun is jammed, and I do

25     fire.  It's out of battery, and I -- out of

38

DOJ001997

1    battery means it's like -- um -- it's not

2    properly functioning at this moment so I --

3    I just rack it back, I don't know if a round

4    ejected or not, but -- and then it gets back

5    into battery.  Um -- I don't know if I re-

6    holstered it then or if I'm walking with the

7    deputy towards Suspect A and then re-holster

8    it, but I just -- uh -- remember just

9    putting the next dude in cuffs and then I'm

10   just kind of like -- um -- yeah, just kind

11   of walking around dazed and in shock at

12   what's going on.  And I -- at this moment I

13   look, I see the -- um -- Suspect B, there is

14   someone doing CPR on him or doing chest

15   compressions.  Um -- and that's when almost

16   like multiple units come in -- um -- my

17   partner comes back into the scene.  Um -- uh

18   -- my beat partners are back, I see -- um --

19   the ACSO sergeant comes, he's asking if I

20   shot, I told him yeah, I shot once.  He

21   instructs me to walk over there and then

22   from here -- um -- medical arrives and

23   provides me assistance.  And from there

24   everything is kind of -- um -- like a --

25   like a blur.  Like I remember bits and

39

DOJ001998

```
 1   Qurishi:      Uh-huh.

 2   Mansfield:    Um -- and do you know what the intersection

 3                 was that they crash -- or was there an

 4                 intersection there?

 5   Qurishi:      Um -- uh -- well, technically they crashed

 6                 on the offramp, so exiting 580 on -- so

 7                 that's where they kind of crashed, but it

 8                 leads into Liberty Street --

 9   Mansfield:    Okay.

10   Qurishi:      -- and the -- I guess the intersection

11                 closest is 163rd and Liberty Street.

12   Mansfield:    Okay.  And you said they crashed into some

13                 sort of electrical box?

14   Qurishi:      Uh-huh.

15   Mansfield:    Um -- did they hit any other vehicles or

16                 people?

17   Qurishi:      No.

18   Mansfield:    Nothing?

19   Qurishi:      No.

20   Mansfield:    Okay.  Um -- and no telephone poles or

21                 anything like that, it was just the

22                 electrical box that you knew of?

23   Qurishi:      Yeah, it should have just been the

24                 electrical box -- um -- and maybe the raised

25                 curb on that -- that island right there,
```

44

DOJ002003

| | | |
|---|---|---|
| 1 | | got out (inaudible). |
| 2 | **Qurishi:** | Yeah -- um -- we were just slightly -- uh -- |
| 3 | | behind them to the right of them. |
| 4 | **Mansfield:** | Okay. |
| 5 | **Qurishi:** | So adjacent to them. |
| 6 | **Mansfield:** | Okay. And -- uh -- the lights are activated |
| 7 | | by your partner? Or you? |
| 8 | **Qurishi:** | My partner activates the lights, the moment |
| 9 | | the traffic collision happens he turns on |
| 10 | | our lights. |
| 11 | **Mansfield:** | Okay. And when you turn on the lights, does |
| 12 | | that trigger the -- uh -- in-car camera to |
| 13 | | also turn on? |
| 14 | **Qurishi:** | It turns on the in-car camera and our -- it |
| 15 | | turns on our mics as well. |
| 16 | **Mansfield:** | Okay. Um -- would the camera have been |
| 17 | | running before the lights are on? |
| 18 | **Qurishi:** | It -- it shouldn't. Um -- it only activates |
| 19 | | when we turn it on, so I do know once -- |
| 20 | | once they're turned on it records a minute |
| 21 | | back. |
| 22 | **Mansfield:** | Okay. All right. And -- um -- is there a |
| 23 | | buffer time? When you say it records a |
| 24 | | minute back, is that -- is there a buffer |
| 25 | | time between when the video comes on and |

47

DOJ002006

| | | |
|---|---|---|
| 1 | **Mansfield:** | -- the suspect vehicle? |
| 2 | **Qurishi:** | So I can't recall for sure but because the |
| 3 | | doors were all open it was just clear like |
| 4 | | access looking in for Hardin. |
| 5 | **Mansfield:** | Okay. And -- um -- can you describe -- um |
| 6 | | -- I think you might have done this already, |
| 7 | | but I -- I can't remember. Can you describe |
| 8 | | the people that got out of the vehicle? |
| 9 | **Qurishi:** | Yeah, they were -- uh -- all -- from what I |
| 10 | | remember they were all wearing ski masks -- |
| 11 | | ski masks on, like black -- uh -- ski masks |
| 12 | | or some type of head garment. Just -- they |
| 13 | | were wearing something black on their -- |
| 14 | | covering their face. Um -- they looked like |
| 15 | | they were all covered up head to toe, gloves |
| 16 | | on -- um -- and looked like they were all |
| 17 | | wearing dark colored attire and they all |
| 18 | | just ran, so I couldn't see much other than |
| 19 | | that. |
| 20 | **Mansfield:** | Okay. Did you see any weapons on any of |
| 21 | | them? |
| 22 | **Qurishi:** | As they were -- |
| 23 | **Mansfield:** | At that point? |
| 24 | **Qurishi:** | -- as they're running? No. |
| 25 | **Mansfield:** | Okay. Did you hear them say anything? |

50

DOJ002009

| | | |
|---|---|---|
| 1 | | ground. |
| 2 | **Mansfield:** | Okay.  When you say foot bail, that means |
| 3 | | running? |
| 4 | **Qurishi:** | Yes. |
| 5 | **Mansfield:** | Okay.  All right.  And -- um -- at -- at the |
| 6 | | time -- um -- that you took out your |
| 7 | | firearm, what -- what crime were you |
| 8 | | investigating, or did you think that was |
| 9 | | occurring or would occur? |
| 10 | **Qurishi:** | Um -- so that's what we were trying to |
| 11 | | figure out because -- because normal people |
| 12 | | don't wear ski masks or immediately run out |
| 13 | | of the vehicle upon a traffic collision, |
| 14 | | especially of maybe that caliber, you know, |
| 15 | | and try to get medical assistance or |
| 16 | | something, so based on everything I wasn't |
| 17 | | sure what was going on, but I knew some type |
| 18 | | of crime was -- had maybe taken place |
| 19 | | earlier or is being taking place at the |
| 20 | | time.  So something was going on at that |
| 21 | | moment that I -- we were trying to figure |
| 22 | | out, obviously, that's why we were |
| 23 | | apprehending them, trying to go after them. |
| 24 | **Mansfield:** | Okay.  And -- um -- had you heard any sort |
| 25 | | of dispatch or radio traffic -- um -- that |

DOJ002013

| | | |
|---|---|---|
| 1 | | that vehicle or any of those subjects had |
| 2 | | been involved in any other crimes prior? |
| 3 | **Qurishi:** | No, not -- not at that time. |
| 4 | **Mansfield:** | Okay.  And does your radio connect to the |
| 5 | | local either PD or County radio?  Can you |
| 6 | | hear their radio traffic? |
| 7 | **Qurishi:** | Um -- on my hand held?  On my -- on my radio |
| 8 | | on my person? |
| 9 | **Mansfield:** | Um -- on your person or in the vehicle? |
| 10 | **Qurishi:** | Um -- so on my person, no.  But in the |
| 11 | | vehicle, you can turn on a scanner and |
| 12 | | listen to those traffics, but ours was not |
| 13 | | on. |
| 14 | **Mansfield:** | Okay.  Um -- can you describe the -- uh -- |
| 15 | | the scene, like the lighting?  So let's |
| 16 | | start with -- um -- initially the crash -- |
| 17 | | um -- can you describe the lighting, the |
| 18 | | weather conditions, that kind of stuff? |
| 19 | **Qurishi:** | Um -- it was fair weather.  Um -- the |
| 20 | | lighting had -- there were street lights -- |
| 21 | | uh -- car lights, obviously.  Uh -- just |
| 22 | | like basic ambient lighting.  And then, |
| 23 | | yeah, that's -- that's that scene. |
| 24 | **Mansfield:** | Okay.  And then as you were driving -- um -- |
| 25 | | down the road, describe the -- the roadway |

DOJ002014

| | | |
|---|---|---|
| 1 | | his ankle or in his sock or shoe or |
| 2 | | something. |
| 3 | **Mansfield:** | Okay.  But you didn't actually see -- |
| 4 | **Qurishi:** | No. |
| 5 | **Mansfield:** | -- any sort of weapon there but based -- |
| 6 | **Qurishi:** | I didn't -- |
| 7 | **Mansfield:** | -- on his action? |
| 8 | **Qurishi:** | -- I didn't see it, but I -- my thought |
| 9 | | process was that something of a weapon was |
| 10 | | concealed down there. |
| 11 | **Mansfield:** | And how many times do you think that he |
| 12 | | reached for his ankle? |
| 13 | **Qurishi:** | I -- I couldn't -- couldn't say. |
| 14 | **Mansfield:** | Okay.  Um -- so about how long do you think |
| 15 | | it was from the time that he first complied, |
| 16 | | if you will, at least got down on the |
| 17 | | ground, to the time that he got up and |
| 18 | | started running? |
| 19 | **Qurishi:** | I'm not -- I'm not sure.  Um -- yeah, I |
| 20 | | don't know how long it was. |
| 21 | **Mansfield:** | Okay. |
| 22 | **Qurishi:** | It felt long, I can tell you that. |
| 23 | **Mansfield:** | Yeah.  Um -- so he got up, and which |
| 24 | | direction did he -- did he run in? |
| 25 | **Qurishi:** | So from right there he'd be running east. |

DOJ002021

| | | |
|---|---|---|
| 1 | **Mansfield:** | Okay.  And about how far did he -- did he |
| 2 | | get before he stopped? |
| 3 | **Qurishi:** | Uh -- maybe like 25 feet, 20 feet. |
| 4 | **Mansfield:** | Okay.  And -- |
| 5 | **Qurishi:** | That's just an estimate. |
| 6 | **Mansfield:** | -- sure.  And how -- what -- what made him |
| 7 | | stop? |
| 8 | **Qurishi:** | I immediately got up and told him stop, get |
| 9 | | down.  I grab -- I got -- got my arms around |
| 10 | | him, motioned him down.  He also started, |
| 11 | | from what it looked like, complying and got |
| 12 | | down with like with me, so as I'm pulling |
| 13 | | him down, I noticed that he's also putting |
| 14 | | his body weight down.  And then we're -- |
| 15 | | that's when we're on the shrubs. |
| 16 | **Mansfield:** | Okay.  So -- |
| 17 | **Weinstein:** | (Coughs) Excuse me. |
| 18 | **Mansfield:** | -- he stopped -- um -- about the time that |
| 19 | | you made contact with him, and you wrapped |
| 20 | | your arms around him?  Or -- |
| 21 | **Qurishi:** | I don't know exactly how I -- uh -- got a |
| 22 | | hold of him, but I did get a hold of him. |
| 23 | **Mansfield:** | Okay.  And were you holding his hands?  Do |
| 24 | | you know where you were touching? |
| 25 | **Qurishi:** | I don't recall exactly where I was holding |

63

DOJ002022

|    |             |                                                              |
|----|-------------|--------------------------------------------------------------|
| 1  |             | him, but I -- I know I -- like I said, I                     |
| 2  |             | know I just grabbed him.                                     |
| 3  | Mansfield:  | Okay.  And did you do -- um -- any sort of                   |
| 4  |             | defensive tactic technique?  Like an arm bar                 |
| 5  |             | or anything?                                                 |
| 6  | Qurishi:    | No, no.                                                      |
| 7  | Mansfield:  | Okay.  So -- um --                                           |
| 8  | Qurishi:    | He wasn't fighting me at that point.                         |
| 9  | Mansfield:  | -- okay, so he's -- you're starting to bring                 |
| 10 |             | him down with your weight, essentially,                      |
| 11 |             | because you're not doing any sort of move                    |
| 12 |             | that (overlapping)?                                          |
| 13 | Qurishi:    | Yeah, yeah, yeah.  Uh -- he's -- like I                      |
| 14 |             | said, he's also putting his own weight down                  |
| 15 |             | to -- he was essentially stopping from                       |
| 16 |             | fleeing right there.                                         |
| 17 | Mansfield:  | Okay.                                                        |
| 18 | Qurishi:    | Yeah.                                                        |
| 19 | Mansfield:  | So it seemed like he was actually trying to                  |
| 20 |             | go down to the ground at that point?                         |
| 21 | Qurishi:    | The -- yeah, as I'm putting him down, too.                   |
| 22 | Mansfield:  | Okay.  And then -- then what happened?                       |
| 23 | Qurishi:    | Um -- so that's when we're on the shrubs.                    |
| 24 |             | Um -- I remember -- um -- asking for another                 |
| 25 |             | unit and because of this -- because of where                 |

64

DOJ002023

|   |   |   |
|---|---|---|
| 1 |  | we are on the shrubs and due to the other |
| 2 |  | guy still not being completely -- um -- in |
| 3 |  | handcuffs, and him having a knife -- um -- I |
| 4 |  | tried to reposition him and get him up.  And |
| 5 |  | that's when he begins his attack on me. |
| 6 | **Mansfield:** | Okay.  And you said that he -- uh -- had |
| 7 |  | fully mounted you.  What -- what does that |
| 8 |  | mean? |
| 9 | **Qurishi:** | Uh -- by that I mean -- um -- just fully on |
| 10 |  | top of me.  Um -- like if I'm laying back |
| 11 |  | someone's full body just like on me, like a |
| 12 |  | full mount.  I don't even know how to quite |
| 13 |  | describe it, but it was -- he fully mounted |
| 14 |  | me. |
| 15 | **Mansfield:** | Okay.  So you're lying on your back? |
| 16 | **Qurishi:** | So he swept me from under my feet, taking me |
| 17 |  | down.  I fell straight onto my back, I don't |
| 18 |  | know if my head hit the -- somewhere -- |
| 19 |  | we're somewhere on the driveway -- um -- he |
| 20 |  | takes me down, my head hits -- I don't know |
| 21 |  | if it hits or not but I'm -- I'm there.  And |
| 22 |  | then it's just -- I don't remember if I'm |
| 23 |  | trying to like push him off me, but that's |
| 24 |  | when he just gets his full body on and he |
| 25 |  | overcomes my power, gets his full body on |

DOJ002024

| | | |
|---|---|---|
| 1 | Mansfield: | Okay.  So you don't remember exactly where |
| 2 | | he is, but you think he's around your waist |
| 3 | | area? |
| 4 | Qurishi: | Yes. |
| 5 | Mansfield: | Um -- and he's punching you ten times or so |
| 6 | | -- um -- you reach for your firearm, and |
| 7 | | then, I'm sorry, what was the intention if |
| 8 | | you got to your firearm?  What -- like why |
| 9 | | were you reaching for the firearm?  What |
| 10 | | were -- what were you going to do? |
| 11 | Qurishi: | Um -- to prevent myself from being killed, |
| 12 | | to survive, to try and get him to stop -- um |
| 13 | | -- delivering these heavy, deadly blows onto |
| 14 | | my head/brain/skull area. |
| 15 | Mansfield: | Okay.  And -- um -- I can't remember if we |
| 16 | | went through this, he had a closed fist? |
| 17 | Qurishi: | Yeah. |
| 18 | Mansfield: | When he was punching you?  Okay.  And -- um |
| 19 | | -- I think you said you -- you did |
| 20 | | ultimately get your firearm out of your |
| 21 | | holster? |
| 22 | Qurishi: | Yes. |
| 23 | Mansfield: | Okay.  And then you said that you tried to |
| 24 | | point it towards him.  Can you describe |
| 25 | | where you were pointing it? |

DOJ002034

| | | |
|---|---|---|
| 1 | **Qurishi:** | Yes.  So I'm laying back, I remember pulling |
| 2 | | it out, holding it, pulling it forward so |
| 3 | | it's pointed up at the sky.  Um -- I -- I |
| 4 | | remember seeing the light on it on, I don't |
| 5 | | know how it got on, so I'm -- I'm unsure if, |
| 6 | | at this point, he's grabbing it or not.  I |
| 7 | | just -- because I know I didn't turn on my |
| 8 | | flashlight and then I just know -- because |
| 9 | | I'm getting hit -- I can't really see |
| 10 | | exactly where he is, but I know he's on top |
| 11 | | of me so I'm pushing towards the left and it |
| 12 | | feels like there's resistance, so I just |
| 13 | | pushed to the left to where I know it's in |
| 14 | | his general direction, and that's when I |
| 15 | | pulled the trigger. |
| 16 | **Mansfield:** | Okay.  Um -- so what you're describing, it |
| 17 | | -- what I can see -- um -- let me just make |
| 18 | | sure that I'm describing it correctly -- um |
| 19 | | -- so you have your upper arm on the ground, |
| 20 | | and you have the firearm in your hand in |
| 21 | | your normal grip? |
| 22 | **Qurishi:** | Uh-huh. |
| 23 | **Mansfield:** | And you're trying to move your wrist and arm |
| 24 | | towards, you know, the elbow to the wrist, |
| 25 | | that area of your arm, towards where his |

76

DOJ002035

| | | |
|---|---|---|
| 1 | | body is? |
| 2 | **Qurishi:** | Yes. |
| 3 | **Mansfield:** | Okay.  And then you feel some resistance of |
| 4 | | some sort? |
| 5 | **Qurishi:** | Yes.  I can't see anything really at this |
| 6 | | point at -- I'm just getting -- uh -- I feel |
| 7 | | like I'm still getting these blows to my |
| 8 | | head so I'm just trying to do my best at |
| 9 | | this point and try and survive. |
| 10 | **Mansfield:** | Okay.  And you don't know if the resistance |
| 11 | | is from him grabbing your arm?  Or grabbing |
| 12 | | the -- the actual firearm? |
| 13 | **Qurishi:** | Yes, I don't know what's going on.  I just |
| 14 | | know that randomly my flashlight is on and |
| 15 | | I'm feeling resistance. |
| 16 | **Mansfield:** | Okay.  And you said at some point you moved |
| 17 | | it over to the left and then you -- you |
| 18 | | pulled the trigger? |
| 19 | **Qurishi:** | Yes. |
| 20 | **Mansfield:** | Okay.  And then why did you -- why did you |
| 21 | | shoot? |
| 22 | **Qurishi:** | Like I said, I was at this point throughout |
| 23 | | this fight I'm fearing for my life, I think |
| 24 | | I'm about to get incapacitated.  Um -- I was |
| 25 | | trying to get him to stop him from |

DOJ002036

| | | |
|---|---|---|
| 1 | | they in rapid succession?  Or was there a |
| 2 | | time where there was a gunshot, wait to see |
| 3 | | what happens, a gunshot? |
| 4 | **Qurishi:** | It seemed rapid. |
| 5 | **Mansfield:** | Okay.  And what happened after the second |
| 6 | | gunshot? |
| 7 | **Qurishi:** | Like I said, this part is where I'm -- I |
| 8 | | don't know, but I just remember getting up |
| 9 | | and then checking my gun, and then that's |
| 10 | | when the deputy said CHP, are you okay?  I'm |
| 11 | | looking at myself up and down and I'm okay, |
| 12 | | so that was it. |
| 13 | **Mansfield:** | And you had more -- as far as you know, you |
| 14 | | had more bullets -- um -- or rounds in -- in |
| 15 | | your firearm, right?  Um -- why -- why did |
| 16 | | you not pull the trigger more than once? |
| 17 | **Qurishi:** | So like that's why it jammed, so when I |
| 18 | | pulled the trigger there was no pulling it |
| 19 | | again because it was not in battery at this |
| 20 | | point. |
| 21 | **Mansfield:** | Okay.  All right.  And then -- uh -- you |
| 22 | | hear the two -- the two gunshots, and the |
| 23 | | decedent jumped off of you, fell off of you, |
| 24 | | or you got out from under him? |
| 25 | **Qurishi:** | I -- I don't know how -- |

DOJ002039

| | | |
|---|---|---|
| 1 | | the call or were even in the area, so -- um |
| 2 | | -- I thought I was all alone. |
| 3 | **Mansfield:** | Okay.  Did you see any weapons on the |
| 4 | | decedent? |
| 5 | **Qurishi:** | No. |
| 6 | **Mansfield:** | Okay.  And did you see any in his vicinity? |
| 7 | **Qurishi:** | Um -- just what I knew of knowledge-wise was |
| 8 | | that Suspect A had that knife in his front |
| 9 | | waistband and that Suspect B was |
| 10 | | continuously reaching for his ankle, which I |
| 11 | | thought a weapon may have been in there. |
| 12 | | But other than that -- uh -- I didn't see |
| 13 | | anything. |
| 14 | **Mansfield:** | Okay.  When you were being punched, did he |
| 15 | | have anything in his hands? |
| 16 | **Qurishi:** | I don't know. |
| 17 | **Mansfield:** | Okay.  Did he take anything from you?  I |
| 18 | | know you're not sure about the -- the |
| 19 | | firearm, if he was holding it or not.  Any - |
| 20 | | - any other piece of equipment -- um -- did |
| 21 | | he take anything from you? |
| 22 | **Qurishi:** | I don't know. I just know that after the |
| 23 | | fact I was missing that magazine -- um -- |
| 24 | | somehow my badge was out or lost somewhere |
| 25 | | in there, and my flashlight was gone, too. |

85

DOJ002044

| | | |
|---|---|---|
| 1 | | walk-through? |
| 2 | **Qurishi:** | I couldn't say. |
| 3 | **Mansfield:** | Okay.  Did you leave the scene and then come |
| 4 | | back for the walk-through? |
| 5 | **Qurishi:** | Uh -- so yeah, I was transported to the |
| 6 | | hospital and then from there I went to the |
| 7 | | CHP Castro Valley Office, and I was there |
| 8 | | for about like several hours, and then we |
| 9 | | went to the walk-through. |
| 10 | **Mansfield:** | Okay.  Um -- and so it sounds like you |
| 11 | | weren't admitted to the hospital, but they |
| 12 | | did treat you at the hospital for your |
| 13 | | injuries?  Is that -- |
| 14 | **Qurishi:** | What do you mean? |
| 15 | **Mansfield:** | Admitted like where you stay overnight -- |
| 16 | **Qurishi:** | Oh, yeah. |
| 17 | **Mansfield:** | -- and you're under observation overnight? |
| 18 | **Qurishi:** | Uh -- no, I was not admitted.  Um -- the |
| 19 | | doctor checked me out and said that it -- I |
| 20 | | may have had a possible fracture, but she |
| 21 | | didn't want to put me under radiation just |
| 22 | | to check for that and I said okay.  Um -- |
| 23 | | and then they were waiting for my heart rate |
| 24 | | to drop and that was their way of letting me |
| 25 | | go once they saw it at a good level.  Then |

87

| | | |
|---|---|---|
| 1 | | they let me go. |
| 2 | **Mansfield:** | Okay.  And so after the hospital you went |
| 3 | | back to the station, and then from there you |
| 4 | | went to the walk-through? |
| 5 | **Qurishi:** | Yeah. |
| 6 | **Mansfield:** | Okay.  And who was present in the walk- |
| 7 | | through with you? |
| 8 | **Qurishi:** | Uh -- for the walk-through it was me and |
| 9 | | Joel. |
| 10 | **Mansfield:** | Okay. |
| 11 | **Weinstein:** | Do you mind if I ask one? |
| 12 | **Mansfield:** | Go ahead. |
| 13 | **Weinstein:** | Did -- do you -- do you recall whether or |
| 14 | | not you were ever diagnosed or -- with a |
| 15 | | potential concussion? |
| 16 | **Qurishi:** | I don't -- I don't think I was, or I don't |
| 17 | | know if they did or not. |
| 18 | **Weinstein:** | All right. |
| 19 | **Qurishi:** | Yeah.  I'd have to read the paper thing they |
| 20 | | gave me. |
| 21 | **Mansfield:** | In your experience, when an officer is being |
| 22 | | assaulted, what's the likely outcome? |
| 23 | **Qurishi:** | When an officer is being assaulted, what's |
| 24 | | the likely outcome?  I -- |
| 25 | **Mansfield:** | Do you want to rephrase it? |

88

DOJ002047

| | | |
|---|---|---|
| 1 | **Weinstein:** | I -- I -- I understand that it's been a long |
| 2 | | time, but I feel like we're re-asking |
| 3 | | questions now and it's -- at some point I'm |
| 4 | | just -- I know we're almost done, so I'm not |
| 5 | | trying -- but -- |
| 6 | **Mansfield:** | Okay.  I'll just ask the questions.  If you |
| 7 | | -- if you want to stop (inaudible).  So you |
| 8 | | said your -- uh -- firearm malfunctioned -- |
| 9 | | um -- in some capacity.  Did you try to pull |
| 10 | | the trigger again and it just didn't -- um - |
| 11 | | - work? |
| 12 | **Qurishi:** | So because I didn't see a reaction and the |
| 13 | | blows were still coming, when I tried to |
| 14 | | pull again that's when it was just -- uh -- |
| 15 | | they call it a mushy trigger, so it wasn't |
| 16 | | working. |
| 17 | **Mansfield:** | Okay.  Do you -- do you know what might have |
| 18 | | happened?  Or based on your training with -- |
| 19 | | with the firearms, what would have caused |
| 20 | | that type of malfunction? |
| 21 | **Qurishi:** | I have no idea.  My thought process was |
| 22 | | maybe he was holding onto it or something, |
| 23 | | maybe that's why it jammed.  But like I |
| 24 | | said, I didn't see that, I was just getting |
| 25 | | hit in the head the entire time. |

97

DOJ002056

1                        TRANSCRIBER'S CERTIFICATE

2

3

4   STATE OF CALIFORNIA      )

5                            )   ss.

6   COUNTY OF SACRAMENTO     )

7

8

9        This is to certify that I, Patricia Poswall,

10  transcribed the audio recording of Basir Qurishi taken on

11  July 5, 2023; that the pages numbered 1 through 105

12  constitute said transcript; that the same is a complete and

13  accurate transcription of the aforesaid to the best of my

14  ability.

15

16       July 22, 2023

17

18

19                    *Patricia Poswall*
                      Patricia Poswall,
20                    Foothill Transcription Company

21

22

23                    --o0o--

24

25

                              106

DOJ002065