# EXHIBIT D

**THIS IS A VIDEO EXHIBIT - INTERVIEW OF OWEN VIVO "COUNTY000282" WHICH WILL BE PROVIDED TO THE COURT VIA THUMB DRIVE**