# EXHIBIT E

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

   MARIA LINA YURIAR; and      )
   JUAN GUILLERMO,             )
                               )
              Plaintiffs,      )
                               )
         vs.                   )  NO. 4:23-cv-06438 KAW
                               )
   COUNTY OF ALAMEDA; STATE    )
   OF CALIFORNIA; BASIR        )
   QURISHI', ALEXIS            )
   PEREZ-ROJAS; and DOES       )
   3-10, inclusive,            )
                               )
              Defendants.      )
   _____)




            REMOTE VIDEOTAPED DEPOSITION of OWEN VIVO

                    Wednesday, July 8, 2025

                     San Leandro, California




   Reported by:
   JANE BRAMBLETT, CLR, CCRR, CSR No. 7574
   Job No. 127056
```

```
 1              (Video playing.)
 2   BY MR. VALENZUELA:
 3       Q    You first said, "Yeah, when he was messing
 4   with his foot, when he was laying down, but after
 5   that, no."
 6            So you were asked, "Did you -- at any time
 7   do you see Diego reach for anything?"  And your
 8   response was, "Yeah, he was messing with his foot
 9   when he was laying down, but other than that, no."
10            That was your response in this clip that I
11   just played you.
12            Does that help refresh your recollection as
13   to what, if anything, Diego had been reaching for?
14       A    A little bit.
15       Q    Okay.  In this clip that I just played you,
16   you indicated that the only reaching that you saw
17   Diego do was for his foot when he was laying on the
18   ground, and that other than that, you never saw him
19   reaching for anything else.  That's what is
20   indicated in this clip.
21            So my question would be, Did you ever see
22   Diego reach for the CHP's officer's gun?
23       A    No.
24       Q    Okay.  You never saw that, correct?
25       A    No.
```

```
 1              MR. VALENZUELA:  Okay.  What exhibit are we
 2   at, Ms. Court Reporter?
 3              THE REPORTER:  The last number marked was
 4   10.
 5              MR. VALENZUELA:  So I'll attach this as
 6   Exhibit 11.
 7              (Exhibit 11 was marked for identification.)
 8              MR. VALENZUELA:  And for the record, this
 9   next clip is starting at the 15-minute mark on the
10   video.
11              (Video playing.)
12   BY MR. VALENZUELA:
13      Q    Okay.  Were you able to hear portions of
14   that?
15      A    Yeah.
16      Q    Okay.  You referenced in this clip that
17   Diego was targeting his head area.  Did you hear
18   that?
19      A    Yeah.
20      Q    But then you made a comment that he was not
21   targeting the officer in the chest area.  Do you
22   hear that part?
23      A    Yeah.
24      Q    Okay.  So is it fair to say that during the
25   incident, Diego's hands were near the officer's head
```

1   and you didn't even see Diego's hands near the
2   officer's chest area?  Is that fair?
3        A    Yeah.
4        Q    So while Diego was on top of the officer,
5   Diego's hands were throwing blows near the officer's
6   head area, but his hands didn't go below that area,
7   including the chest or anything below that.  Is that
8   fair?
9        A    I said something about throwing elbows, or
10  coming down with elbows.  If you're coming down with
11  elbows, your hand would end up around somebody's
12  chest area.
13       Q    Okay.  Let me play it back for you again,
14  okay, just to clarify what you said with regards to
15  the chest area.
16            (Video playing.)
17  BY MR. VALENZUELA:
18       Q    Okay.  So did you hear the part where you
19  were saying he is targeting his head area with fists
20  and elbows, but he wasn't targeting the chest area?
21       A    Yeah.
22       Q    So during the incident, the arms and -- the
23  arms of Diego would be near the head area.  Is that
24  fair?
25       A    Yeah.  But if you're throwing elbows, your

```
 1   officer, when he was kind of flipped over, landed on
 2   his back?  Did you hear that part?
 3        A    Yeah.
 4        Q    And is that your recollection, as you sit
 5   here today, when Diego flipped over the officer,
 6   that the officer landed on his back?
 7        A    Yeah.
 8        Q    You might have indicated this already, and
 9   I apologize if I'm asking it again.  At some point,
10   do you see the CHP officer get one handcuff on
11   Diego?
12        A    I can't recall.
13        Q    Okay.  You don't recall at any point
14   whether the CHP officer was able to get any
15   handcuffs on Diego?
16        A    No, I can't recall.
17        Q    Okay.  Did you ever see any weapons on
18   Diego or the other individual that you were shown in
19   the photo earlier?
20        A    No.
21        Q    Did you ever hear any of those two
22   individuals verbally threaten either the CHP officer
23   or the deputy?
24        A    I don't recall.
25        Q    Did you ever hear the CHP officer give a
```

```
 1   shots came from the deputy as opposed to the CHP
 2   officer?
 3        A    Yes.
 4        Q    Okay.  So you never saw the CHP's -- strike
 5   that.
 6             You never saw the CHP officer's gun at any
 7   point during the incident, correct?  Actually,
 8   strike that.  That was a bad question.  Let me ask
 9   it again.
10             During this struggle, while Diego is on top
11   of the CHP officer, during that period of time, did
12   you ever see the CHP officer unholster his gun?
13        A    He might have when he initially took off,
14   but I can't recall entirely.  It might have been a
15   taser.
16        Q    Okay.  Now, during this period of time
17   while the officer's on the ground and Diego is on
18   top of the officer, do you ever recall seeing the
19   CHP officer's handgun at that point?
20        A    I do not, no.
21        Q    You recall seeing the sheriff deputy's gun
22   shortly before the shooting.  Is that correct?
23        A    That is correct.
24        Q    Okay.  So just so I understand you, you saw
25   the sheriff deputy's gun during the incident, but at
```

1         I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4         That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12        Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [  ] was [  ] was not requested.
16        I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19        IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: July 18, 2025
23
24   _____
25   JANE BRAMBLETT, CLR, CCRR
     CSR No. 7574