# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

    MARIA LINA YURIAR; and     )
    JUAN GUILLERMO,            )
                               )
              Plaintiffs,      )
                               )
         vs.                   )  NO. 4:23-cv-06438 KAW
                               )
    COUNTY OF ALAMEDA; STATE   )
    OF CALIFORNIA; BASIR       )
    QURISHI', ALEXIS           )
    PEREZ-ROJAS; and DOES      )
    3-10, inclusive,           )
                               )
              Defendants.      )
    _____)




                  REMOTE VIDEOTAPED DEPOSITION of

                     IVAN RODRIGUEZ RAMIREZ

                    Tuesday, July 15, 2025

                       Ceres, California




    Reported by:
    JANE BRAMBLETT, CLR, CCRR, CSR No. 7574
    Job No. 128052
```

Ivan Rodriguez Ramirez                                              July 15, 2025

```
 1   into the fight, correct?
 2        A    Didn't or did?
 3        Q    Did.
 4        A    Yes, I did see them get into a physical
 5   fight.
 6        Q    Were you able to personally see the entire
 7   fight?
 8        A    Yes, I was.
 9        Q    Okay.  And how far were you located from
10   where the fight occurred?
11        A    Four to six feet.
12        Q    Did you see how the fight started?
13        A    Yes.
14        Q    Okay.  How did the fight start?
15        A    The fight started when -- the fight started
16   when I believe the officer was trying to handcuff
17   Diego or Diego was trying to move, or something like
18   that.  It was either Diego trying to move or the
19   officer tried to jump on Diego's back to handcuff
20   him.  And that's when both of them started fighting
21   with each other.
22        Q    Do you know what started the fight?
23        A    I do not.  Maybe it was the police
24   officer's aggressive handling, I believe.
25        Q    Why do you believe the officer was
```

Ivan Rodriguez Ramirez                                              July 15, 2025

1  obviously see exactly what they were doing with
2  their hands.  It was nighttime, and it was only,
3  like, a small light pointing towards them.  But I
4  seen that they were both exchanging aggressive
5  movements towards each other.
6      Q   Did the officer try to handcuff Diego
7  before the fighting started?
8      A   I believe so.  Yes.
9      Q   Did you ever observe Diego mounted on top
10 of the officer?
11     A   I wouldn't say "mounted."  So, no.
12     Q   Did you ever see Diego on top of the
13 officer?
14     A   I seen Diego, I believe he was on his knees
15 fighting with the officer while the officer was on
16 his side.
17     Q   Okay.  Did you ever see the officer on his
18 back and Diego on top of him punching the officer?
19     A   Yes.  At the very end.
20     Q   Okay.  And how many times did you see Diego
21 punch the officer?
22     A   I believe three times.  Three to four
23 times.  And they were both exchanging what I believe
24 is punches.  Both of them.
25     Q   Okay.  Do you believe the officer was

1  before?
2     A    No, he had never been arrested ever in his
3  life.
4     Q    Do you know if Diego served any time in
5  jail or prison?
6     A    He did not serve any time in jail or
7  prison.
8     Q    Did Diego have any guns, if you know?
9     A    No, he did not have a gun, or never fired a
10 gun, or never touched a gun.
11    Q    Okay.  Those are all the questions that I
12 have.  But don't leave yet.  I don't know if Eric is
13 going to have questions for you.
14         MR. VALENZUELA:  A few follow-ups.  I won't
15 be too long.
16
17                     EXAMINATION
18 BY MR. VALENZUELA:
19    Q    Earlier you testified that you never saw
20 Diego and the CHP officer struggle for the firearm.
21         Do you remember that?
22    A    Yes.
23    Q    Okay.  So is that your testimony?  Diego
24 never struggled with the CHP officer for the CHP
25 officer's gun?

1   A   Yes, Diego never struggled with the CHP
2   officer for the CHP officer's firearm.
3   Q   At any point, did you ever see
4   Diego's -- strike that.
5       At any point, did you ever see Diego grab
6   the officer's firearm, whether the gun was in the
7   holster or out of the holster?
8   A   No, I seen everything.  He did not even
9   reach or get anywhere close to the CHP officer's
10  firearm.
11  Q   Was there enough light where you would have
12  been able to see that had it occurred?
13  A   Yes.  I was at the angle where I could see
14  the police officer's firearm in his holster.  And I
15  could see the hands of Juan Diego.
16  Q   Nothing was obstructing -- hold on.  Hold
17  on.
18      Let me finish the question, and then start
19  to respond.  And try to not go too fast so the court
20  reporter can get everything down.  Okay?
21  A   Okay.  I apologize.
22  Q   Okay.  So there was nothing obstructing
23  your view from where you were positioned to where
24  the officer was struggling with Diego, correct?
25  A   Yes.

Ivan Rodriguez Ramirez                                              July 15, 2025

```
 1   stolen?
 2       A    No.
 3            MS. SULLIVAN:  Calls for speculation.
 4   BY MR. VALENZUELA:
 5       Q    Okay.  At any point, did you see the CHP
 6   officer appear to lose consciousness or black out?
 7       A    No.
 8       Q    Okay.  Earlier you described Diego
 9   throwing, like, three or four punches at the CHP
10   officer.
11            Do you recall that?
12       A    Yes, I do recall.
13       Q    Were all those punches landing on the CHP
14   officer, or was he able to block some of them, if
15   you could see?
16            MS. SULLIVAN:  Leading.
17            THE WITNESS:  The CHP officer was blocking
18   a majority of the hits that Diego was doing, but of
19   course some hits did land.
20   BY MR. VALENZUELA:
21       Q    And did you see the CHP officer punching
22   back at Diego?
23       A    Yes.  I did see both of them fighting with
24   each other, kind of like a street fight.
25       Q    So if I understand you correctly, you also
```

Ivan Rodriguez Ramirez                                           July 15, 2025

```
 1   saw the CHP officer throwing punches at Diego.
 2           Do I have that right?
 3           MS. SULLIVAN:  Leading.
 4   BY MR. VALENZUELA:
 5       Q   Go ahead.
 6       A   Yes.  I believe I did observe the CHP
 7   officer punching Juan Diego back.
 8       Q   Did you ever see the CHP officer choking
 9   Diego?
10           MS. SULLIVAN:  Leading.
11           THE WITNESS:  I believe I seen a CHP
12   officer reach over to either grab his collar or to
13   choke him.
14   BY MR. VALENZUELA:
15       Q   Okay.  In your opinion, do you think it was
16   necessary for the CHP officer to shoot Diego?
17           MS. SULLIVAN:  Leading.  Lacks foundation.
18   Calls for speculation.  Incomplete hypothetical.
19   BY MR. VALENZUELA:
20       Q   You may answer.
21           You might have frozen up on us, Ivan.  Just
22   my luck.  As soon as I start asking, then he freezes
23   up?  Gee.
24           MS. SULLIVAN:  I thought he was in deep
25   thought for a second.
```

Ivan Rodriguez Ramirez                                                July 15, 2025

```
 1            So just so I understand you correct, at no
 2   point did you ever see Diego touching the CHP
 3   officer's gun.  Is that correct?
 4       A    Correct.
 5            MS. SULLIVAN:  Leading.
 6   BY MR. VALENZUELA:
 7       Q    In your opinion, did you think it was
 8   necessary to shoot Diego based on what you were
 9   observing?
10            MS. SULLIVAN:  Leading.  Lacks foundation.
11   Incomplete hypothetical.  Calls for speculation.
12            MR. VALENZUELA:  You may answer.
13            THE WITNESS:  No.
14   BY MR. VALENZUELA:
15       Q    In your opinion, do you think the shooting
16   was justified?
17            MS. SULLIVAN:  Lacks foundation.  Leading.
18   Calls for expert opinion.  Incomplete hypothetical.
19            MR. VALENZUELA:  You may answer.
20            THE WITNESS:  No.
21   BY MR. VALENZUELA:
22       Q    Okay.  Did you think that the CHP officer
23   had other options instead of shooting Diego?
24            MS. SULLIVAN:  Calls for expert opinion.
25   Calls for a legal conclusion.  Lacks foundation.
```

1    I, the undersigned, a Certified Shorthand
2    Reporter of the State of California, do hereby
3    certify:
4    That the foregoing proceedings were taken
5    before me at the time and place herein set forth;
6    that any witnesses in the foregoing proceedings,
7    prior to testifying, were duly sworn; that a record
8    of the proceedings was made by me using machine
9    shorthand which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12   Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [  ] was [  ] was not requested.
16   I further certify I am neither financially
17   interested in the action, nor a relative or employee
18   of any attorney or party to this action.
19   IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated: July 29, 2025
23
24   _____
25   JANE BRAMBLETT, CLR, CCRR
     CSR No. 7574