# EXHIBIT G

```
 1                TRANSCRIPTION OF RECORDED INTERVIEW
 2                                OF
 3                        ALEXIS PEREZ-ROJAS
 4
 5                                ON
 6                          JULY 5, 2023
 7                           CALIFORNIA
 8
 9
10
11   Interviewed by:  Special Agent Kim Mansfield,
12                    Special Agent Christian Hansen,
13                    California Department of Justice
14                    Division of Law Enforcement
15                    Bureau of Investigation
16
17
18   Transcribed by:  Omar Muchunga,
19                    Foothill Transcription Company
20                    July 24, 2023
21                    Elk Grove, California
22
23                           --oOo--
24
25
```

DOJ001866

```
 1   of that.  As I move up and -- um -- I
 2   immediately radio on my handheld mic for
 3   Code 3 cover based on the officer being
 4   assaulted violently.  As I move up, I see
 5   what appears to be the silver pistol grip of
 6   a firearm and I had no idea at the time if
 7   it was the officer's firearm or the
 8   suspect's firearm, but I saw a pair of hands
 9   fighting for this firearm.  And based on
10   that, I -- I had no -- excuse me -- um -- I
11   -- I withdrew my firearm because I thought
12   he was going to be killed.  But just seeing
13   that is -- is not norm and I feared for the
14   CHP officer's safety.  I -- he -- I can just
15   see in his face that he was terrified and
16   the suspect for a lack of a better term, did
17   not care.  He -- he continues assault as I
18   walked up and I yelled and get off of him
19   and based on my video, I -- I cussed him
20   just the direct commands on him because he
21   at -- at no point -- there was no point for
22   me to reasonably identify myself as a peace
23   officer because he is actively assaulting a
24   peace officer.  So I directed my commands, I
25   said, get the fuck off of him or I'm going
```

```
 1    to shoot you.  I saw a firearm, so I
 2    immediately withdrew my agency issued
 3    firearm, turned on my weapons behind the
 4    lights to illuminate both of them.  And
 5    that's when I completely saw the outline of
 6    a firearm.  And as soon as I saw the
 7    outline, I heard a shot.  And I didn't know
 8    if it was directed to me or not, but -- or
 9    at the officer and that I was scared.  I was
10    -- I feared for his safety, feared for my
11    safety,  and I fired two rounds directly at
12    the suspect's -- um -- center mass.  Uh --
13    the suspect immediately stopped his assault
14    and to see if the officer was able to get up
15    from his -- um -- the bottom and my
16    attention was solely at the suspect at the
17    time to make sure he wasn't going to get
18    back up or continue his assault or try to do
19    something else.  I noticed the CHP officer
20    grab the firearm and I -- what I thought was
21    based on his experience and looked like he
22    had jammed because he cleared it and
23    holstered did.  So as soon as that -- that
24    was done, I heard the other suspect.  There
25    was another suspect I didn't know at the
```

| | | |
|---|---|---|
| 1 | **Perez-Rojas:** | I saw him grabbing something silver.  I saw |
| 2 | | a lot of hands.  There was two pairs of |
| 3 | | hands at least grabbing something silver and |
| 4 | | fighting for it because he would still throw |
| 5 | | a punch and still not let go of that item. |
| 6 | | So -- and that's when I saw the pistol grip |
| 7 | | and figured it was a firearm based on my |
| 8 | | training and experience.  And I know CHP |
| 9 | | carries silver firearms most of the time. |
| 10 | | Um -- but I didn't know if it was the |
| 11 | | officers or the -- the decedent at the time. |
| 12 | **Mansfield:** | Okay.  So when you came up, you saw him |
| 13 | | punching with two hands -- |
| 14 | **Perez-Rojas:** | Uh-huh. |
| 15 | **Mansfield:** | -- and then at some point, he's reaching |
| 16 | | with one hand for -- for something else, |
| 17 | | which you believed was a firearm of some |
| 18 | | sort? |
| 19 | **Perez-Rojas:** | Yes. |
| 20 | **Mansfield:** | You weren't sure who owned that firearm or |
| 21 | | possessed that firearm? |
| 22 | **Perez-Rojas:** | Correct. |
| 23 | **Mansfield:** | And then he's still punching with the other |
| 24 | | hand? |
| 25 | **Perez-Rojas:** | Yeah.  I think I saw one or two more punches |

39

1     at the time.

2 **Mansfield:** Okay. And as far as you know, there was

3     nothing in the other hand that he was

4     punching with?

5 **Perez-Rojas:** No.

6 **Mansfield:** Okay. And the firearm, do you know if it

7     was in the holster, if they were fighting

8     for it in the holster or if the firearm was

9     out of the holster?

10 **Perez-Rojas:** It was out of the holster.

11 **Mansfield:** Out of the holster. Okay. Um -- and do you

12     know if the CHP officer was actually holding

13     onto that firearm or could you tell if it

14     was the decedent that had the actual like,

15     sort of possession, you know, that was

16     controlling the firearm?

17 **Perez-Rojas:** I don't know who had possession at the time.

18 **Mansfield:** Okay. All right. It just looked like both

19     of them were sort of tussling back and forth

20     for the -- the firearm --

21 **Perez-Rojas:** Correct.

22 **Mansfield:** -- as well as the CHP officer getting hit.

23 **Perez-Rojas:** Uh-huh.

24 **Mansfield:** Uh --

25 **Perez-Rojas:** Yes.

| | | |
|---|---|---|
| 1 | | about how long that was? |
| 2 | **Perez-Rojas:** | About -- about 30 seconds maybe. |
| 3 | **Mansfield:** | Okay. |
| 4 | **Perez-Rojas:** | Not long. |
| 5 | **Mansfield:** | Okay. Um -- and you said that you feared |
| 6 | | for your safety. Can you tell me why that |
| 7 | | is? |
| 8 | **Perez-Rojas:** | Yeah. So after I saw the firearm and I |
| 9 | | immediately heard the firearm go off because |
| 10 | | I could see the muzzle flash and me seeing |
| 11 | | the muzzle flash meant it's either coming in |
| 12 | | my direction or somewhat in my direction. |
| 13 | | And at that point in time, there was no |
| 14 | | thinking for any less lethal options of some |
| 15 | | sort. That's -- that's a firearm being |
| 16 | | pointed in at least my direction or the |
| 17 | | CHP's officer's direction somewhere. And |
| 18 | | that, based on my training and experience |
| 19 | | and the law and policy is a -- a lethal |
| 20 | | force option that -- at that time. |
| 21 | **Mansfield:** | Okay. So you didn't know if the decedent |
| 22 | | had control of the firearm and was the one |
| 23 | | that -- that -- um -- shot it or if it was |
| 24 | | CHP -- |
| 25 | **Perez-Rojas:** | No. |

44

| | | |
|---|---|---|
| 1 | **Mansfield:** | -- that shot it? You just heard the shot? |
| 2 | **Perez-Rojas:** | Correct. |
| 3 | **Mansfield:** | Saw the muzzle flash? |
| 4 | **Perez-Rojas:** | Uh-huh. |
| 5 | **Mansfield:** | And then about how long from there -- um -- |
| 6 | | did you fire? |
| 7 | **Perez-Rojas:** | I would say less than a second. |
| 8 | **Mansfield:** | Okay.  Did it look like the decedent had any |
| 9 | | sort of -- um -- special -- specialized |
| 10 | | training -- um -- in the way that he was |
| 11 | | fighting with the officer? |
| 12 | **Perez-Rojas:** | Yes. |
| 13 | **Mansfield:** | Okay.  And can you describe that? |
| 14 | **Perez-Rojas:** | Uh -- based on the mount and how well he had |
| 15 | | control of it -- um -- what the -- I -- I've |
| 16 | | seen that CHP officer from time to time on |
| 17 | | prior occasion working through my shift |
| 18 | | because that's just his normal beat, too. |
| 19 | | He's a tall person, tallish, taller than me |
| 20 | | and the decedent looked a little bit |
| 21 | | shorter, but based on his stature and the |
| 22 | | way he had him mounted -- um -- it looked |
| 23 | | like he had some sort of MMA, at least |
| 24 | | jiujitsu because he had that mount pretty |
| 25 | | well, pretty good.  Um -- and I wouldn't say |

45

| | | |
|---|---|---|
| 1 | | officer. |
| 2 | **Perez-Rojas:** | Yes. |
| 3 | **Mansfield:** | Okay. Um -- when you began giving your commands, was there any response either verbally or a change in his behavior to your commands? |
| 7 | **Perez-Rojas:** | No. |
| 8 | **Mansfield:** | Okay. Did the CHP officer respond to your commands in any way? Did you see him change or -- or say anything differently? |
| 11 | **Perez-Rojas:** | Well, I could tell he -- I guess you can call it a second wind to try to get off because he saw help was there, so he was trying to get away from the situation like we're taught, disengage, where he gets up and -- but that's when I saw the firearm too. So I figured he was trying to get away from that. |
| 19 | **Mansfield:** | Did the decedent appear to understand the commands? Could you -- could you tell that? |
| 21 | **Perez-Rojas:** | Didn't seemed like he cared. |
| 22 | **Mansfield:** | Okay. So you don't know if he heard but he didn't -- he was doing what he was doing and didn't matter if you were there or not? |
| 25 | **Perez-Rojas:** | Correct. |

54

| | | |
|---|---|---|
| 1 | **Mansfield:** | Sound about right? |
| 2 | **Perez-Rojas:** | Uh-huh. |
| 3 | **Mansfield:** | Okay. Did the decedent -- um -- threaten |
| 4 | | you? |
| 5 | **Perez-Rojas:** | No. |
| 6 | **Mansfield:** | Okay. And you said that he threatened the |
| 7 | | CHP officer as he was punching him, is that |
| 8 | | -- |
| 9 | **Perez-Rojas:** | Yes. |
| 10 | **Mansfield:** | Okay. And you said you fired, was it two |
| 11 | | rounds? |
| 12 | **Perez-Rojas:** | Two rounds. |
| 13 | **Mansfield:** | Okay. And that was from your holstered |
| 14 | | firearm? |
| 15 | **Perez-Rojas:** | It was unholstered, so I mean I unholstered |
| 16 | | it at some point, yes. |
| 17 | **Mansfield:** | Okay. So when you drove up, you came out -- |
| 18 | | um -- out of your car, you unholstered it |
| 19 | | when you saw someone punching? |
| 20 | **Perez-Rojas:** | I unholstered it as I walked up, I had my |
| 21 | | hand over my gun because I saw the violent |
| 22 | | assault and as I got closer, that's when I |
| 23 | | saw the outline of the firearm. So that's |
| 24 | | when I unholstered -- |
| 25 | **Mansfield:** | Okay. |

55

|   |   |   |
|---|---|---|
| 1 |   | the totality of circumstances that I saw, |
| 2 |   | violent assault, his head being bounced off |
| 3 |   | the floor -- um -- him squirming in fear for |
| 4 |   | his life is what I saw.  The suspect having |
| 5 |   | the best position of advantage over him -- |
| 6 |   | um -- knowing that they ran from a call, |
| 7 |   | he's wearing all black -- um -- that time of |
| 8 |   | night, it's just them two.  His friend, the |
| 9 |   | -- the other suspect telling him to stop, |
| 10 |   | pleading him to stop the assault and seeing |
| 11 |   | the firearm and seeing the muzzle flash go |
| 12 |   | off.  At that point in time, I -- there was |
| 13 |   | no -- in my opinion, there was no other |
| 14 |   | option but to use lethal force to stop the |
| 15 |   | threat.  Then two rounds from me sufficed |
| 16 |   | and that was it. |
| 17 | **Mansfield:** | Okay.  And what do you think would've |
| 18 |   | happened if you had not started shooting? |
| 19 | **Perez-Rojas:** | Um -- that struggle for the firearm would've |
| 20 |   | ensued, continued, and I did not want to |
| 21 |   | introduce myself to that struggle to only |
| 22 |   | probably cause more injury or anything like |
| 23 |   | that.  So I needed to stop the threat |
| 24 |   | immediately.  And that threat was that |
| 25 |   | suspect -- uh -- violently assaulting that |

DOJ001922

| | | |
|---|---|---|
| 1 | | officer. |
| 2 | **Mansfield:** | Okay. And so I -- I believe you said you |
| 3 | | thought the CHP officer would've been dead? |
| 4 | **Perez-Rojas:** | Yes. |
| 5 | **Mansfield:** | Okay. And you said you shot two rounds and |
| 6 | | that was enough. Um -- so why -- why did |
| 7 | | you stop? Why do you think that that was |
| 8 | | enough? |
| 9 | **Perez-Rojas:** | The assault stopped. He immediately |
| 10 | | disengaged from the mount and laid on the |
| 11 | | floor and I can see there was nothing else |
| 12 | | in his hands. There was no other objects |
| 13 | | that I can -- uh -- depict as a weapon. So |
| 14 | | that's -- that was it. |
| 15 | **Mansfield:** | Okay. |
| 16 | **Perez-Rojas:** | We're trained to stop the threat. He |
| 17 | | stopped, CHP officer disengaged, and I was |
| 18 | | okay with that. |
| 19 | **Mansfield:** | Okay. Did you see that there was a |
| 20 | | reasonable opportunity for you to be able to |
| 21 | | deescalate the situation? |
| 22 | **Perez-Rojas:** | No, based on what I saw. |
| 23 | **Mansfield:** | Okay. And why would you say that? |
| 24 | **Perez-Rojas:** | Um -- I don't know how long that assault was |
| 25 | | taking place for, but it was enough for the |

DOJ001923

| | | |
|---|---|---|
| 1 | | of behavior, I saw the firearm and the |
| 2 | | muzzle flash went off. So the firearm went |
| 3 | | off -- |
| 4 | **Mansfield:** | Okay. |
| 5 | **Perez-Rojas:** | -- within that timeframe. |
| 6 | **Mansfield:** | Okay. And do you speak Spanish? |
| 7 | **Perez-Rojas:** | I do. |
| 8 | **Mansfield:** | Okay. And did anybody speak Spanish at the |
| 9 | | scene? |
| 10 | **Perez-Rojas:** | No. |
| 11 | **Mansfield:** | Okay. So the commands that were being given |
| 12 | | by you, were those in English or Spanish? |
| 13 | **Perez-Rojas:** | English. |
| 14 | **Mansfield:** | Okay. And then the -- the words that you |
| 15 | | heard from the decedent, were those in |
| 16 | | English or Spanish? |
| 17 | **Perez-Rojas:** | English. |
| 18 | **Mansfield:** | Okay. And then how about the CHP officer? |
| 19 | | Did you hear him speak any other language? |
| 20 | **Perez-Rojas:** | Just English. |
| 21 | **Mansfield:** | Okay. And you shot your first round and |
| 22 | | then what did the decedent do? Or was -- was |
| 23 | | there any reaction -- um -- after your first |
| 24 | | round? |
| 25 | **Perez-Rojas:** | No, not that I can tell. |

DOJ001934

```
 1  Perez-Rojas:  Uh -- I would say average build, well, maybe
 2                a little more weight, but for sure average.
 3                He was wearing a black t-shirt from what I
 4                can remember.  Um -- I can't remember
 5                anything else.
 6  Mansfield:    Okay.  No, you don't know about anything on
 7                his head or his pants or his shoes?
 8  Perez-Rojas:  No.
 9  Mansfield:    Okay.  You just remember the black shirt?
10  Perez-Rojas:  Uh-huh.
11  Mansfield:    Okay.  And I'd like to go through all the
12                different force options with you.  I know
13                you said that you felt that the other ones
14                were not -- um -- feasible.  But let's go
15                through them and you can tell me why they
16                weren't --
17  Perez-Rojas:  Uh-huh.
18  Mansfield:    -- weren't feasible.
19  Perez-Rojas:  Sure.
20  Mansfield:    Um -- let's start with just commands.
21  Perez-Rojas:  Okay.  Uh -- ordered him to stop.  Um -- he
22                acknowledged my presence but didn't stop
23                doing what I told him to do.  He didn't get
24                off of him.  He didn't stop his assault.  Um
25                -- my taser that was on my vest was not a
```

| | | |
|---|---|---|
| 1 | | attempting to be detained. |
| 2 | **Mansfield:** | Okay.  I -- |
| 3 | **Weinstein:** | I might be able to help on this because I -- |
| 4 | | well -- but so prior to that you did not |
| 5 | | know whether or not that wa -- he was the |
| 6 | | second suspect, correct? |
| 7 | **Mansfield:** | Correct. |
| 8 | **Weinstein:** | But you knew somebody was present stating, |
| 9 | | Diego stop? |
| 10 | **Perez-Rojas:** | Yes. |
| 11 | **Weinstein:** | Is that -- okay.  So you didn't know whether |
| 12 | | that was somebody from the house or somebody |
| 13 | | from somewhere else, correct? |
| 14 | **Perez-Rojas:** | Correct.  Yep. |
| 15 | **Weinstein:** | Okay. |
| 16 | **Mansfield:** | And did you understand that Diego was the |
| 17 | | decedent or that they were talking to the |
| 18 | | decedent? |
| 19 | **Perez-Rojas:** | I picked -- I put two and two together.  I |
| 20 | | figured that because that CHP officer's name |
| 21 | | is not Diego. |
| 22 | **Mansfield:** | Okay.  All right.  Okay.  When did you first |
| 23 | | see the firearm? |
| 24 | **Perez-Rojas:** | Um -- I saw it once I pointed my firearm at |
| 25 | | the suspect and illuminated it and that's |

DOJ001942

| | | |
|---|---|---|
| 1 | | when I saw the silver glare. And then |
| 2 | | immediately after is when I saw the muzzle |
| 3 | | flashing and heard the pop. |
| 4 | **Mansfield:** | Okay. So as you walked up and you saw the |
| 5 | | person being punched, you -- uh -- |
| 6 | | illuminated the area, you saw the firearm -- |
| 7 | **Perez-Rojas:** | Uh-huh. |
| 8 | **Mansfield:** | -- still saw the punching. Okay. So that's |
| 9 | | all kind of right about the same -- |
| 10 | **Perez-Rojas:** | Yes. |
| 11 | **Mansfield:** | -- same time. Okay. |
| 12 | **Perez-Rojas:** | It was very fast. |
| 13 | **Mansfield:** | Okay. And did you see if any of the other |
| 14 | | gear that the CHP officer had was being |
| 15 | | grabbed aside from the firearm? |
| 16 | **Perez-Rojas:** | No, I just saw his -- um -- hand mic |
| 17 | | flailing. It was off his shoulder strap, |
| 18 | | that's it. |
| 19 | **Mansfield:** | Okay. Okay. Do you know what else the |
| 20 | | officer, the CHP officer had on his belt? |
| 21 | **Perez-Rojas:** | I saw handcuffs, mags, taser -- uh -- I |
| 22 | | think the little recording device they carry |
| 23 | | maybe, that's all I can remember -- |
| 24 | **Mansfield:** | Okay. |
| 25 | **Perez-Rojas:** | -- and his holster for his firearm. |

| | | |
|---|---|---|
| 1 | | didn't cycle properly.  I can -- from my |
| 2 | | peripheral vision, I can see the slide lock |
| 3 | | to the rear and I'm pretty sure he doesn't |
| 4 | | carry his firearm just with one bullet.  So |
| 5 | | I think he just cleared the jam. |
| 6 | **Mansfield:** | Okay.  And did you see a stove pipe or any |
| 7 | | -- could you see a jam from where you were, |
| 8 | | your perspective? Could you see -- |
| 9 | **Perez-Rojas:** | No, just a slide lock to the rear. |
| 10 | **Mansfield:** | Okay. |
| 11 | **Perez-Rojas:** | Like very halfway kind of offset.  I can |
| 12 | | just tell when it's slide locked and then |
| 13 | | cut off.  It's like something's wrong with |
| 14 | | the firearm. |
| 15 | **Mansfield:** | Okay.  And he -- um -- how did he clear the |
| 16 | | -- the jam if you saw it? |
| 17 | **Perez-Rojas:** | Uh -- I looked at it, pulled the slide is |
| 18 | | what I saw, and I heard it go slide back |
| 19 | | into place and that was it, holstered. |
| 20 | **Mansfield:** | Okay.  When the CHP officer was on his back |
| 21 | | and the decedent was on him punching him -- |
| 22 | **Perez-Rojas:** | Uh-huh. |
| 23 | **Mansfield:** | -- did you see anything in the CHP officer's |
| 24 | | hands? |
| 25 | **Perez-Rojas:** | No, just him reaching for him to try to stop |

| | | |
|---|---|---|
| 1 | | the hits is what it looked like. |
| 2 | **Mansfield:** | Okay. So the CHP officer is trying to |
| 3 | | defend himself, putting his hands up? |
| 4 | **Perez-Rojas:** | Yes. |
| 5 | **Mansfield:** | Okay. Um -- you had mentioned previously |
| 6 | | that the CHP officer looked out of it -- um |
| 7 | | -- and that he probably had a head injury or |
| 8 | | something that you have experienced in your |
| 9 | | past, made you think that he had a head |
| 10 | | injury. Can you give me some more maybe |
| 11 | | signs and symptoms of that you saw? |
| 12 | **Perez-Rojas:** | Sure. Um -- just looking at different |
| 13 | | directions, trying to catch his breath. I'm |
| 14 | | try -- trying to talk to him, he's not |
| 15 | | acknowledging me like pretty sure I tell |
| 16 | | him, CHP, CHP, CHP trying to get his |
| 17 | | attention and he's just a thousand yards |
| 18 | | stare trying to catch his -- but I can see |
| 19 | | his chest rise and fall and just -- um -- |
| 20 | | him trying to touch his head, seeing where |
| 21 | | he's hit, just kind of in shock so I could |
| 22 | | just look something was out of it, not what |
| 23 | | a normal person would be like normally, I |
| 24 | | guess. So yeah, he was -- he was hit pretty |
| 25 | | good in the head. |

DOJ001946

```
 1                    TRANSCRIBER'S CERTIFICATE
 2
 3
 4   STATE OF CALIFORNIA    )
 5                          ) ss.
 6   COUNTY OF SACRAMENTO   )
 7
 8
 9        This is to certify that I, Omar Muchunga, transcribed
10   the audio recording of Alexis Perez-Rojas taken on July 5,
11   2023; that the pages numbered 1 through 83 constitute said
12   transcript; that the same is a complete and accurate
13   transcription of the aforesaid to the best of my ability.
14
15        July 24, 2023
16
17
18                              *Omar Muchunga*
19                              Omar Muchunga,
                                Foothill Transcription Company
20
21
22                              --oOo--
23
24
25
```

84