# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4   MARIA LIN YURIAR; and JUAN    )
     GUILLERMO,                    )
 5                                 )
             Plaintiffs,           )
 6                                 )  Case No.:
        vs.                        )  4:23-cv-06438-KAW
 7                                 )
     STATE OF CALIFORNIA; BASIR    )
 8   QURISHI; and DOES 3-10,       )
     Inclusive,                    )
 9                                 )
             Defendants.           )
10   _____)

11

12

13

14

15       VIDEOTAPED/VIDEOCONFERENCED DEPOSITION OF

16                   ALEXIS PEREZ-ROJAS

17                   Dublin, California

18                 Friday, July 11, 2025

19

20

21

22

23   Reported by:
     LAURA L. CORNING
24   FCRR
     California CSR No. 8363
25   JOB No. 18224
```

1  seen individuals with knives or other objects in their
2  hand before?
3      A.   Yes.
4      Q.   And do you have an estimate as to
5  approximately how many times?
6      A.   About 20 to 30.
7      Q.   Have you been in physical altercations with
8  suspects before?
9      A.   Yes.
10     Q.   Including fights?
11     A.   Yes.
12     Q.   Including fights where punches were thrown at
13 you by the suspect?
14     A.   Yes.
15     Q.   Do you have an estimate as to how many times
16 you've been involved in fights where punches have been
17 exchanged?
18     A.   Between 10 and 15.
19     Q.   Were you trained that you can shoot someone
20 merely for getting in a fight with them and exchanging
21 punches?
22     A.   Depending on the situation.
23     Q.   What type of firearm did you have on you in
24 terms of caliber?
25     A.   9-millimeter.

| | | |
|---|---|---|
| 1 | Q. | Did you have a taser on you? |
| 2 | A. | Yes. |
| 3 | Q. | Do you know what kind? |
| 4 | A. | Taser 7 from Axon. |
| 5 | Q. | Did you have pepper spray? |
| 6 | A. | Yes. |
| 7 | Q. | Was it OC spray, if you know? |
| 8 | A. | Yes. |

9  Q.  And how about a baton?  Did you have a baton
10 on your person?
11      A.  Not on my person.
12      Q.  Was it in the -- in your patrol car?
13      A.  Yes.
14      Q.  Prior to the date of the incident that we're
15 here to talk about, had you ever discharged your firearm
16 in the line of duty?
17      A.  No.
18      Q.  So all those incidents where you were in
19 fights, in -- in none of those incidents you discharged
20 your firearm; is that correct?
21      A.  That is correct.
22      Q.  And in all those incidents where you saw
23 someone with a gun in their hand, approximately 10 times,
24 in none of those incidents you fired?  Is that also
25 correct?

1    A.   Yes.
2    Q.   Did you notice that the CHP officer's arms
3 were up in a defensive position at some point during the
4 time of the punches?
5    A.   At some point.
6    Q.   And was it your impression that the CHP
7 officer was trying to block some of the punches?
8    A.   Yes.
9    Q.   Did you see muzzle flash associated with the
10 first shot?
11    A.   Yes.
12    Q.   And if we can go to the top of Page 45?
13    A.   Okay.
14    Q.   Do you see in the first four lines about the
15 reference to you hearing the first shot and seeing the
16 muzzle flash?
17    A.   Yes.
18    Q.   You said, or they wrote down "Uh-huh," but you
19 say you were trying to say yes?
20    A.   Yes.
21    Q.   And then the next question if you see by the
22 detective:  "And then about how long from there did you
23 fire?"  And you say, "I would say less than a second."
24         Do you see that?
25    A.   Yes.

1    I, Laura L. Corning, a Certified Shorthand
2 Reporter of the State of California and a Federal
3 Certified Realtime Reporter, do hereby certify:
4        That the foregoing proceedings were taken
5 before me at the time and place herein set forth;
6        That prior to testifying, the witness was
7 placed under oath by me;
8        That a verbatim record of the proceedings was
9 made by me using machine shorthand and thereafter
10 transcribed under my direction and supervision;
11        That the foregoing deposition is a full, true,
12 and correct transcript of my shorthand notes so taken and
13 transcribed;
14        That any dismantling of this transcript will
15 void my certification as a Certified Shorthand Reporter,
16 Federal Certified Realtime Reporter;
17        That I am not financially interested in the
18 action, nor a relative or employee of any attorney or any
19 of the parties, nor am I in any way interested in the
20 outcome of the pending litigation.
21        IN WITNESS WHEREOF, I have this date subscribed
22 my name.
23 Dated:  7/19/25

_____
LAURA L. CORNING
FCRR, CSR No. 8363