# EXHIBIT I

Case 4:23-cv-06438-KAW   Document 74-10   Filed 11/12/25   Page 2 of 4

**Legal Copy**

Sutter Health

EDEN MEDICAL CENTER
20103 Lake Chabot Road
Castro Valley CA 94546-5341

Qurishi, Basir S
MRN: 58445269, DOB:            , Legal Sex: M
Adm: 7/3/2023, D/C: 7/3/2023

**Qurishi, Basir S #58445269**
Admission Info: **Emergency (Adm: 07/03/23)**
Hospital Account: **307782411**

Description: **27 year old M**
Primary Service: **Emergency**
Unit Info: **EHEMERDA**

## Coding Summary

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 07/03/2023  2:33 AM | Admit Date/Time: | 07/03/2023  2:45 AM | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Physician/self Referral | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Emergency | Secondary Service: | |
| Transfer Source: | | Service Area: | EAST BAY REGION ACUTE CARE SERVICES | Unit: | Eden Medical Center Emergency |
| Admit Provider: | | Attending Provider: | Bacon, Emily Randolph, MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/03/2023  4:21 AM | Home Or Self Care | None | Bacon, Emily Randolph, MD | Eden Medical Center Emergency |

### Coding Status

| Coding Status | Coder | Status Change Date/Time | Comment |
|---|---|---|---|
| Completed | Veeram Lavanya | 07/08/2023  1:15:09 AM | |

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| S09.90XA | Unspecified injury of head, initial encounter | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S09.90XA **[Principal]** | Unspecified injury of head, initial encounter | | | | |

### External Causes of Injury (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Y04.0XXA | Assault by unarmed brawl or fight, initial encounter | | | | |

Legal Copy | Case 4:23-cv-06438-KAW  Document 74-10  Filed 11/12/25  Page 3 of 4

Sutter Health

EDEN MEDICAL CENTER | Qurishi, Basir S
20103 Lake Chabot Road | MRN: 58445269, DOB: ███████, Legal Sex: M
Castro Valley CA 94546-5341 | Adm: 7/3/2023, D/C: 7/3/2023

**07/03/2023 - ED in Eden Medical Center Emergency (continued)**

**Visit Information (continued)**

**ED Provider Note**

ED Provider Notes by Bacon, Emily Randolph, MD at 7/3/2023 0412

Arrival Date/Time: 7/3/23 0233

Roomed Date/Time: 7/3/2023 0245



### EDEN EMERGENCY DEPARTMENT NOTE
Chief Complaint:
Patient presents with:
Assault: Officer got into altercation, was hit multiple time in the head has swelling under left eye - denies pain or loc

Source: History obtained from patient
Permission was obtained to discuss private information in presence of visitors.

Interpretive services: none

### HISTORY

### HPI
Basir S Qurishi is a 25 year old male who presents with head injury. Patient works as a police officer. Was in an altercation. Was struck multiple times in the head. No loss of consciousness. Does not take blood thinners. Denies any weapons used against him. Denies any pain over the neck, chest, back, extremities, abdomen. No nausea or vomiting. No difficulty breathing. Says he has mild soreness that "isn't even pain" over his forehead. No vision changes

Code Status/POLST:
EMS Run Sheet:
Old chart reviewed, pertinent findings:

**Screened for social determinants of health:** yes. Notable for:

### PMH
**Medical History**

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| No significant past medical history (No Bill) | | | |

Legal Copy | Case 4:23-cv-06438-KAW  Document 74-10  Filed 11/12/25  Page 4 of 4

EDEN MEDICAL CENTER | Qurishi, Basir S
20103 Lake Chabot Road | MRN: 58445269, DOB: ████████, Legal Sex: M
Castro Valley CA 94546-5341 | Adm: 7/3/2023, D/C: 7/3/2023

**07/03/2023 - ED in Eden Medical Center Emergency (continued)**

LHR Scans (continued)



| Patient Name: | QURISHI, BASIR | (Page 6 of 6) |
|---|---|---|
| Date Of Birth: | 07/29/1997 | |
| MRN# | 58445269 | |

**CONDITIONS OF ADMISSION AND/OR REGISTRATION**

**FINANCIAL AGREEMENT:** I have read the information above and have been given the opportunity to have my questions answered fully and to my satisfaction, and have received a copy of this agreement.

Signature of Patient/Legal Representative
07/03/2023 03:10 AM

| Please indicate your relationship to the patient. | SELF |
|---|---|
| Name of Patient/Legal Representative: | BASIR QURISHI |

Witnesses (2) only required for telephone consent, physical inability to sign, or signature by mark:

Witness Name:

Witness Signature:

Witness Name:

Witness Signature:

If an interpreter provided assistance with this form, please fill in information and sign below:

| Name of interpreter: |
|---|
| Name of company: |
| ID# |

☐ Virtual interpreter (NO signature required)

Interpreter Signature:

## End of Report