# EXHIBIT J

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA LINA YURIAR; and      )
JUAN GUILLERMO,             )
                            )
          Plaintiffs,       )
                            )
        vs.                 )   NO. 4:23-cv-06438 KAW
                            )
COUNTY OF ALAMEDA; STATE    )
OF CALIFORNIA; BASIR        )
QURICHI', ALEXIS            )
PEREZ-ROJAS; and DOES       )
3-10, inclusive,            )
                            )
          Defendants.       )
_____)
```

REMOTE VIDEOTAPED DEPOSITION of KATHERINE RAVEN, M.D.

Wednesday, August 27, 2025

Reno, Nevada

Reported by:
JANE BRAMBLETT, CLR, CCRR, CSR No. 7574
Job No. 130124

1    A    No.

2    Q    Dr. Raven, we've gone over your autopsy
3    report for Gunshot Wound No. 1 and No. 2 and we've
4    looked at some scene photos, some autopsy photos, as
5    well as now one of the cadaver photos.  Based on
6    those documents and your view of those documents,
7    are you able to come to any conclusion as to which
8    gunshot wound caused Mr. Yuriar's death?

9         MR. VALENZUELA:  I'll just object as to
10   form.

11        THE WITNESS:  Do you want me to answer?
12   BY MS. SULLIVAN:

13   Q    Yes, please.

14   A    Well, it would have been a combination of
15   the two gunshot wounds to the torso.

16   Q    So based on your 30 years of experience as
17   a forensic pathologist, it's your opinion that
18   Gunshot Wound No. 1 and No. 2 caused Mr. Yuriar's
19   death?

20        MR. VALENZUELA:  Same objection.

21        THE WITNESS:  Yes.  I can't say the one to
22   the leg didn't contribute a little bit.  It would
23   have also had some bleeding associated with it.  But
24   the two to the thorax are the most serious.

25   ///

1  A   Thousands and thousands.
2  Q   So this isn't -- this wasn't your first
3  one.  Fair to say?
4  A   Correct.  Correct.
5  Q   Okay. Okay.  That's all I have.  Thank you
6  Dr. Raven.  Don't leave yet, though, because Eric is
7  going to have some questions.
8       MR. VALENZUELA:  Just a few, not too much.
9
10                       EXAMINATION
11 BY MR. VALENZUELA:
12 Q   Good afternoon, Doctor.
13 A   Good afternoon.
14 Q   Did I hear you testify earlier that it was
15 your opinion that the gunshot wound to the leg did
16 have some contribution to the cause of death?
17 A   All gunshot wounds are going to cause
18 bleeding wherever they're at.  So they all kind of
19 contribute because you're bleeding out from the
20 gunshot wound.  So I can't say big contribution, but
21 I can't say no contribution.
22 Q   Would it be fair to say that it had some
23 contribution to the cause of death?
24 A   Possibly.  Very small contribution, yes,
25 could have.

Katherine Raven, M.D.                                      August 27, 2025

```
 1   purposes?
 2       A    Yes.  Just for the report purposes.
 3       Q    Generally speaking, Doctor, would a gunshot
 4   wound like the one sustained to the leg be painful?
 5       A    Generally speaking, I would think so.  Yes.
 6       Q    Okay.  Doctor, what was the cause of death
 7   in this case?
 8       A    Multiple gunshot wounds.
 9       Q    And what would be the classification of the
10   death?  In other words, homicide?  unknown?
11   accidental?  Do you understand those classification?
12       A    Yeah.  It's manner of death, and the
13   coroner is the one who does the manner of death in
14   California -- or in Alameda County.
15       Q    Okay.  So you, as the forensic pathologist,
16   have no opinion as to the manner of death?
17       A    Yeah.  That's rendered by the coroner in
18   California.
19       Q    As you sit here today, do you have an
20   opinion as to what you believe was the manner of
21   death?
22       A    Yes, I do.
23       Q    What was that?
24       A    Homicide.
25       Q    And is homicide death at the hands of
```

Katherine Raven, M.D.                                           August 27, 2025

```
 1   another?
 2        A    Correct.
 3        Q    Okay.  As a doctor and a forensic
 4   pathologist, are you familiar with the term
 5   "mechanism of death"?
 6        A    Yes.
 7        Q    And can you please explain what the
 8   mechanism of death is in this -- strike that.
 9             Please explain first what the mechanism of
10   death is generally, the term.
11        A    Mechanism of death is the medical entity
12   what is actually causing the death, the actual last
13   event of it, whether it's from bleeding -- bleeding,
14   whether it's from brain injury.  Could be from a
15   cardiac arrest.  It just depends.  The mechanism is
16   the actual physical medical diagnoses that
17   terminates the life.
18        Q    And in your opinion what was the mechanism
19   of death in this case?
20        A    Exsanguination.
21        Q    Is that another term for loss of blood?
22        A    Yes.  Sorry.
23        Q    No.  No.  No.  I want you to use your
24   medical terms.  I just need to dumb it down for the
25   rest of us.
```

Katherine Raven, M.D.　　　　　　　　　　　　　　　　　　　　　　　　　August 27, 2025

1　　　　　　I, the undersigned, a Certified Shorthand
2　　Reporter of the State of California, do hereby
3　　certify:
4　　　　　　That the foregoing proceedings were taken
5　　before me at the time and place herein set forth;
6　　that any witnesses in the foregoing proceedings,
7　　prior to testifying, were duly sworn; that a record
8　　of the proceedings was made by me using machine
9　　shorthand which was thereafter transcribed under my
10　　direction; that the foregoing transcript is a true
11　　record of the testimony given.
12　　　　　　Further, that if the foregoing pertains to
13　　the original transcript of a deposition in a Federal
14　　Case, before completion of the proceedings, review
15　　of the transcript [  ] was [  ] was not requested.
16　　　　　　I further certify I am neither financially
17　　interested in the action, nor a relative or employee
18　　of any attorney or party to this action.
19　　　　　　IN WITNESS WHEREOF, I have this date
20　　subscribed my name.
21
22　　Dated: September 10, 2025
23
24　　　　　　　　　　_____
25　　　　　　　　　　JANE BRAMBLETT, CLR, CCRR
　　　　　　　　　　　CSR No. 7574