Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (317857)
Brooke M. Mesner, Esq. (SBN 354265)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  lroistacher@deangazzo.com
         ksullivan@deangazzo.com
         bmesner@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway
Patrol and Officer Basir Qurishi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA; BASIR QURISHI; ALEXIS PEREZ-ROJAS; and DOES 3-10, inclusive,<br><br>Defendants. | Case No.:   4:23-cv-06438 KAW<br><br>**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF REPLY OF DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER BASIR QURISHI TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        December 18, 2025<br>Time:        1:30 p.m.<br>Courtroom:   TBD<br><br>Magistrate: Judge Kandis A. Westmore<br>Referred to: Magistrate Judge Peter H Kang (Settlement)<br><br>Complaint Filed: 12/14/2023<br>Trial Date: 03/02/2026 |

I, Lee H. Roistacher, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the courts of this state, and am a partner with the firm of Dean Gazzo Roistacher, LLP, attorneys of record for defendants State of California by and through California Highway Patrol and Officer Basir Qurishi in the above matter.

///

1

Declaration of Lee H. Roistacher in Support of Reply of Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi to Plaintiffs' Opposition to Motion for Summary Judgment

Case No.:   4:23-cv-06438 KAW

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto.

3. A true and correct copy of Plaintiffs' Rule 26 Initial Expert Disclosure and the report of Roger Clark is attached as Exhibit 34.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed this 2nd day of December, 2025, at Solana Beach, California.

*/s/ Lee H. Roistacher*

Lee H. Roistacher, declarant

2

Declaration of Lee H. Roistacher in Support of Reply of Defendants State of California by and Through California Highway Patrol and Officer Basir Qurishi to Plaintiffs' Opposition to Motion for Summary Judgment

Case No.:   4:23-cv-06438 KAW