LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN GUILLERMO,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA; and Does 1-20, inclusive,<br><br>Defendants. | **CASE NO**. 4:23-cv-06438-KAW<br><br>**PLAINTIFFS' REQUEST FOR PERMISSION TO APPEAR REMOTELY**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>Date: December 18, 2025<br>Time: 1:30 p.m.<br>Courtroom: 4<br>Judge: Hon. Kandis A. Westmore |

Plaintiffs Maria L. Yuriar and Juan Guillermo, by and through their counsel of record, respectfully submit this Request for Permission to Appear Remotely at the hearing scheduled for today, **December 18, 2025, at 1:30 p.m.,** on Defendants' Motion for Summary Judgment, before the Honorable Kandis A. Westmore,

Plaintiffs respectfully request that the Court permit Plaintiffs' counsel, Dale K. Galipo, to appear remotely by videoconference for the summary judgment hearing scheduled for today.

**I. Good cause exists to grant this request:**

Plaintiff's counsel believed, based on the court's standing order which provides that "Unless otherwise ordered, all court proceedings, with the exception of pretrial conferences and trial, will be held via videoconference" that they would not be required to appear personally at today's hearing. However, the Court yesterday at approximately 4:00 pm issued an order requiring the attorneys to appear in person. The reason for the request is Plaintiff's counsel's sole office is located over 370 miles away from this court in Woodland Hills, California. Plaintiff's counsel would save considerable time and expense if a remote appearance was permitted at this hearing.

Under these circumstances, Plaintiffs respectfully request that the Court permit Plaintiffs' counsel to appear remotely for today's summary judgment hearing. Plaintiffs make this request with full respect for the Court's authority and apologize for any inconvenience caused by the late notice. Defense counsel has no objections to this request.

DATED:   December 18. 2025        LAW OFFICES OF DALE K. GALIPO

                                                    By:   /s/ *Eric Valenzuela*
                                                        Eric Valenzuela
                                                        Attorneys for Plaintiffs