# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LINA YURIAR; and JUAN, GUILLERMO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; STATE OF CALIFORNIA and DOES 1-20, inclusive,<br><br>Defendant. | **CASE NO.** 4:23-cv-06438 KAW<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR PERMISSION TO APPEAR REMOTELY** |

# ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Plaintiffs' counsel, Dale K. Galipo's request to appear remotely by videoconference at the hearing on Defendant's Motion for Summary Judgment scheduled for November 18, 2025, at 1:30 p.m. before the Honorable Kandis A. Westmore, is **GRANTED.**

**IT IS SO ORDERED.**

DATED:  December 18, 2025

_____
Honorable Kandis A. Westmore
United States Magistrate Judge