**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL LAW AND MOTION MINUTES**

| **Date:** December 18, 2025 | **Time:** 1:56 PM - 2:27 PM | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 23-cv-06438-KAW | **Case Name:** Yuriar v. County of Alameda | |

**For Plaintiff(s):** Dale Galipo (Appeared via Zoom)
**For Defendant(s):** Lee Roistacher

**Deputy Clerk:** Cindy C. Fan        **Recorded via Liberty Recorder:** 31 minutes

**PROCEEDINGS**

Motion for Summary Judgment, Dkt. 71, held in person.
Matter taken under submission. Court to issue an order.