UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA LINA YURIAR, et al., | Case No. 23-cv-06438-KAW |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | Re: Dkt. No. 80 |
| Defendants. | |

On December 19, 2025, the Court granted Defendants State of California's and Basir Qurishi's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants State of California and Basir Qurishi and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 19, 2025

KANDIS A. WESTMORE
United States Magistrate Judge